# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **ROBERT STROUGO, individually and on behalf of all others similarly situated,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **No. 3:20-cv-00165** |
| **TIVITY HEALTH, INC., et al.,** | ) ) | |
| **Defendants.** | ) ) | |

## <u>ORDER</u>

For the reasons stated in the accompanying Memorandum Opinion, Defendants' Motion to Dismiss (Doc. No. 108) is **DENIED**. Counts I and II will proceed, and this case is returned to the Magistrate Judge for further case management. As a housekeeping matter, Defendants' unopposed Motion for Reconsideration (Doc. No. 102) is **DENIED AS MOOT** because that filing related to the deadlines for the currently disposed-of Motion to Dismiss.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE