# EXHIBIT 5

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| ROBERT STROUGO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TIVITY HEALTH, INC., DONATO TRAMUTO, ADAM C. HOLLAND, and DAWN ZIER,<br><br>Defendants. | Civil Action No. 3:20-CV-00165 |

**EXPERT REPORT OF PAUL A. GOMPERS, PH.D.**

**February 7, 2023**

EXHIBIT KS
532
PENGAD 800-631-6989
Dalrymple 5-17-23

reliable measure of the inflation created by the alleged misrepresentations on each day of a class period prior to the alleged corrective disclosure. Under certain circumstances, it may be possible to measure alleged inflation earlier in a class period using a stock price reaction on alleged corrective disclosure dates. In order for the type of back-casting employed by Mr. Dalrymple to reliably estimate earlier inflation, certain conditions must hold. At a minimum, the information that was ultimately disclosed on the alleged corrective event days must reflect the allegedly misrepresented information—and only that information (*i.e.*, the "but-for" disclosure). Without such a correspondence, there is simply no economic justification for equating the price effect on the alleged corrective event day with the earlier alleged inflation. However, Mr. Dalrymple fails to reliably demonstrate that this fundamental assumption holds in this matter, which renders his damages model flawed and unreliable.

137. One example of a mismatch that makes back-casting inappropriate is where an alleged corrective disclosure represents materialization of risk, while an alleged misstatement represents a misrepresentation about the degree of risk. Section VI includes other examples of how the Alleged Corrective Disclosures do not match the alleged misrepresentations in Section IV. Given these mismatches, Mr. Dalrymple has not established that back-casting is appropriate in this matter. In addition, I understand that another of Plaintiff's experts analyzed potential impairment at different points in time and found lower impairment in 2Q 2019 than was ultimately announced in February 2020.[234] This implies that the value impact of the "but-for" impairment would also have varied over time, contrary to Mr. Dalrymple's "constant dollar method."

## VIII. Damages Are No More than $1.67 Per Share

138. For the reasons discussed in detail in Sections VI and VII, Mr. Dalrymple has neither reliably established that any losses were caused by the alleged misrepresentations nor reliably measured damages in this matter. However, I have been asked to analyze potential stock price inflation under the assumption that the finder of fact determines that (1) Tivity should have disclosed Nutrisystem's Pre-Transaction 1Q 2019 Adjusted EBITDA earlier than it did, and (2)

[234] Expert Report of Mark L. Zyla, CPA/ABV, CFA, ASA dated January 10, 2023, ¶ 7; Tivity Form 8-K, filed on February 19, 2020, Ex. 99.1, p. 2.

that Tivity could have and should have announced FY 2019 adjusted EBITDA guidance of $80–84 million on May 8, 2019,[235] consistent with the updated guidance the Company announced on August 7, 2019 (the "Assumed Misrepresentation"). It should be noted that the Assumed Misrepresentation is contradicted by Tivity's internal projections as of May 2019, which forecasted 2019 revenue and adjusted EBITDA above the guidance announced on that date (as discussed in Section VI.B.2). In the counterfactual scenario, however, the Assumed Misrepresentation would have been corrected by August 7, 2019, when Tivity disclosed Nutrisystem's Pre-Transaction 1Q 2019 Adjusted EBITDA and reduced guidance for the Nutrition segment's FY 2019 adjusted EBITDA to an amount that was generally consistent with its contemporaneous internal projections. In addition, I was asked to assume that any inflation due to the Assumed Misrepresentation would have been introduced into Tivity's stock price on May 8, 2019 after market close.[236] Under these assumptions and using different approaches described below, I find that Tivity's stock price would have been inflated by $0.26–$1.67 between May 9, 2019 and August 7, 2019.

139. As described in Section V, a company's stock price reflects the present value of expected future cash flows in an efficient market. Thus, past performance is only relevant in so far as it changes expectations of future cash flows. Therefore, I analyzed changes in analyst forecasts between mid-May 2019, after the 1Q 2019 earnings announcement, and mid-August 2019, after the disclosure of Pre-Transaction 1Q 2019 Adjusted EBITDA on August 7, 2019 as part of the 2Q 2019 earnings announcement. No analyst reports published during these time periods reported forecasts of adjusted EBITDA for the Nutrition segment specifically. However, as shown in **Exhibit 3**, eight contributors published projections of FY 2019 adjusted EBITDA for Tivity as a whole.

140. The change in projected adjusted EBITDA for Tivity as a whole reflects revised expectations for both the Nutrition segment and the Healthcare segment. However, given Tivity's FY 2019 guidance reductions described below, it is reasonable to assume that the

---

[235] As discussed in Section VI.B.2, the guidance that Tivity announced on May 7, 2019 of $91–$101 million for 2019 Nutrition Adjusted EBITDA was conservative relative to the Company's internal projections. *See*, Tivity Form 8-K, filed on May 8, 2019, Ex. 99.1, p. 3; "CEO Business Update," Week of May 10, 2019, TVTY_STROUGO0069132–134 at 133.

[236] As noted in Section VII.B.4, Tivity announced its quarterly earnings and filed its financial statements with the SEC more than a month after the quarter ends.

revision of analyst forecasts for the overall company was equal to or greater than the contribution of the Nutrition segment alone. Hence, using the overall Company change in the average analyst FY 2019 adjusted EBITDA forecast to estimate the value impact of the disclosure is reasonable. Tivity reduced guidance for the Nutrition segment's 2019 adjusted EBITDA on August 7, 2019, dropping the guidance range from the previously announced $91–101 million range to $80–$84 million (a $14 million reduction using the midpoint of the ranges).[237] The Healthcare segment's adjusted EBITDA guidance was also reduced, though by a smaller amount, from $140–$145 million to $140–$143 million (a $1 million reduction at the midpoint).[238] Analyst commentary is also consistent with the assumption that revised 2019 adjusted EBITDA forecasts for the overall company reflected changes in expectations for the Nutrition segment.[239]

141. To be conservative, I also assumed that the entirety of the average revision in analyst forecasts of FY 2019 adjusted EBITDA was caused by the correction of the Assumed Misrepresentation, and not by unanticipated negative events related to the Nutrition segment's performance that occurred in the three months following the Assumed Misrepresentation. In particular, I note that analysts indicated that the guidance cut for the Nutrition segment was at least partially attributable to the Nutrition segment's weak 2Q 2019 performance, which was not known as of May 8, 2019 and not anticipated by Tivity (as evidenced by the fact that, as previously discussed, Tivity's May 8, 2019 guidance was conservative relative to the Company's contemporaneous internal projections). For example, SunTrust Robinson Humphrey described "[d]isappointing Nutrition [r]esults," adding that "[t]he diet business came in below expectations (lower DTC, fewer new customer starts) and full year EBITDA adjusted EBITDA guidance was

---

[237] Tivity Form 8-K, filed on August 7, 2019, Ex. 99.1, p. 3.
[238] Tivity Form 8-K, filed on August 7, 2019, Ex. 99.1, p. 3.
[239] *See*, for example, "Q2 Results Mixed, Multiple Positive Developments Emerging To Drive Improved Earnings Results In 2020 And Beyond. Reiterate BUY Rating And $30 Price Target," Craig-Hallum, August 8, 2019 ("[T]he mid-point of full-year adjusted EBITDA guidance was lowered from $249M to $234M, reflecting softer expectations for Nutrisystem in the second half."). *See also*, "Nutrition Outlook Reduced, But Overall Outlook Positive for 2020; Overweight," Cantor Fitzgerald, August 7, 2019 ("Despite a decent quarter, Tivity reduced its 2019 consolidated guidance… [The Healthcare segment's] adjusted EBITDA remain [*sic*] essentially unchanged due to mix."); "4 Key Insights from TVTY's 2Q19," Jefferies, August 8, 2019 ("Nutrition is experiencing more pressure and is the source of the guidance cut and our lowered EPS projections.").

lowered $14M at the midpoint."[240] Oppenheimer added that "the core Nutrition segment's turnaround appears harder than anticipated, forcing TVTY to cut 2019 guidance."[241]

142. **Exhibit 3** summarizes the changes in analysts' forecasts of adjusted EBITDA in reports published in the period up to one week following the May 8, 2019 and August 7, 2019 earnings announcements. Averaging across all analysts, FY 2019 adjusted EBITDA forecasts decreased by $12.3 million. Of note, the magnitude of the reduction in analyst forecasts is comparable to the magnitude of the revision to 2019 adjusted EBITDA guidance for the Nutrition segment ($14 million, as discussed above).[242] Under the simplifying assumption that a change in forecasted adjusted EBITDA is comparable to a change in expected cash flows,[243] this $12.3 million reduction in FY 2019 guidance would result in a reduction in Tivity's share price of $0.26.[244]

143. The Assumed Misrepresentation that I have been asked to analyze includes only the FY 2019 expected performance of the Nutrition segment. However, I also calculated share price inflation under the assumption that Plaintiff can demonstrate that changes in analysts' forecasts for FY 2020 were also in response to the correction of the Assumed Misrepresentation. Unlike FY 2019 adjusted EBITDA forecasts, changes in analysts' FY 2020 adjusted EBITDA forecasts for Tivity as a whole may not provide reasonable measures of changes in forecasts for the Nutrition segment only.[245] While analysts did not publish forecasts of FY 2020 Nutrition

---

[240] "HC Solid, Nutrition Soft - Still Well Positioned For SD Of Health But Execution Key; Estimates Cut," SunTrust Robinson Humphrey, August 8, 2019.

[241] "Healthcare Gaining Momentum But Nutrition Segment Turnaround Likely Takes Longer," Oppenheimer, August 8, 2019.

[242] Tivity Form 8-K, filed on August 7, 2019, Ex. 99.1, p. 3.

[243] As explained in **Appendix D**, free cash flow is equal to EBITDA less taxes, capital expenditures, and changes in net working capital. Adjusted EBITDA as reported by Tivity also does not include acquisition and integration charges or restructuring charges. Hence, changes in adjusted EBITDA can be used for changes in free cash flow when, all else equal, the source of the changes would not be expected to change taxes, capital expenditures, net working capital, acquisition and integration charges, or restructuring charges. Finally, because the value of the firm's debt is subtracted from the value of the firm to estimate the value of the firm's equity, the share price calculations described in this section also assume no changes in the value of Tivity's debt. Tivity Form 8-K, filed on August 7, 2019, Ex. 99.1, p. 12.

[244] Tivity reported 47.8 million shares outstanding as of July 31, 2019. *See*, Tivity Form 10-Q, filed on August 8, 2019, p. 1. $12.3 million / 47.8 million shares outstanding = $0.26 / share.

[245] In its 2Q 2019 earnings release, Tivity announced preliminary projections for FY 2020 Healthcare segment revenue growth "between high single digit to low double digits," which analysts said exceeded their expectations. As a result, while analysts did not publish explicit forecasts of Healthcare segment adjusted EBITDA, their expectations of 2020 Healthcare segment adjusted EBITDA would likely also have increased, implying that the total Company change in FY 2020 adjusted EBITDA forecasts may be less than the change in Nutrition segment adjusted EBITDA forecasts. *See*, Tivity Form 8-K, filed on August 7, 2019, Ex. 99.1; "4 Key Insights from TVTY's 2Q19," Jefferies, August 8, 2019 ("TVTY's initial 2020 revenue growth guidance of high single digits to low double digits was much better than the Street's +5%.").

segment adjusted EBITDA, they did publish forecasts of FY 2020 Nutrition segment revenue. I therefore use the change in Nutrition segment revenue forecasts, combined with an assumption about the expected FY 2020 adjusted EBITDA margin for the Nutrition segment, to measure the change in expected adjusted EBITDA forecasts for the Nutrition segment. I use the implied expected FY 2020 adjusted EBITDA margin for the Nutrition segment from Tivity's most recent long-range projections prior to the August 7, 2019 earnings announcement. The implied FY 2020 adjusted EBITDA margin was 14.0%.[246] Applying this margin to the average reduction in FY 2020 Nutrition revenue forecasts of $44.5 million (*see* **Exhibit 3**) results in a reduction of $6.2 million in FY 2020 Nutrition segment adjusted EBITDA (14.0% * $44.5 million).

144. Because I am now determining the per share impact of the change in projections for both the current year and the next year, a discount rate is also necessary to convert future values into present values. I reviewed analyst reports published between May 8, 2019 and August 15, 2019, as well as a valuation performed by KPMG for the Nutrisystem purchase price allocation, Tivity's 3Q 2019 impairment analysis, and KPMG's annual impairment analysis for 2019 and found that discount rates used for Tivity's cash flows from these sources ranged from 9.5% to 10.5%.[247] In addition, I have been asked by counsel to also evaluate the impact using a discount rate of 8.5%. Assuming that changes in adjusted EBITDA expectations are comparable to changes in cash flow expectations, share price inflation attributable to the Assumed Misrepresentation is $0.38.[248]

145. Finally, even though, as previously discussed, the Assumed Misrepresentation includes only FY 2019 expected financial performance, I also calculated share price inflation under the assumption that Plaintiffs are able to demonstrate that the disclosure of Nutrisystem's Pre-Transaction 1Q 2019 Adjusted EBITDA caused analysts to change their expectations about the

---

[246] The most recent long-range projections available at the time was developed in February 2019. *See*, Tivity Board of Directors Materials, September 4, 2019, TVTY_STROUGO0001994–2018 at 1996, 2015.

[247] *See*, for example, "Impairment Assessment at September 30, 2019," November 5, 2019, PwC007100–106 at 104; "Valuation of Certain Acquired Tangible and Intangible Assets of Nutrisystem, Inc.," April 23, 2019, PwC008297–353 at 341; "ASC 350 – Intangibles – Goodwill and Other," February 25, 2020, PwC004501–569 at 556; "Nutrisystem Off to a Good Start; Increasing Estimates and Price Target; Overweight," Cantor Fitzgerald, May 8, 2019, p. 7; "Nutrition Outlook Reduced, But Overall Outlook Positive for 2020; Overweight," Cantor Fitzgerald, August 7, 2019, p. 7.

[248] Discount rates of 8.5% and 10.5% all yield estimated inflation of $0.38 per share when rounded to the nearest cent. $12.32 million + $6.24 million / (1 + 8.5%) = $18.07 million. $18.07 million / 47.8 million shares outstanding = $0.38 / share. $12.32 million + $6.24 million / (1 + 10.5%) = $17.96 million. $17.96 million / 47.8 million shares outstanding = $0.38 / share. Tivity Form 10-Q, filed on August 8, 2019, p. 1.

Nutrition segment's performance in perpetuity. In this scenario, I measure stock price inflation based on changes in analysts' forecasts for both FY 2019 *and* FY 2020 Nutrition segment performance, and *also* assume that expectations of Nutrition segment adjusted EBITDA in all future years were reduced by $6.2 million, the same amount as the change estimated for FY 2020. Again, using discount rates ranging from 8.5% to 10.5% and assuming that changes in adjusted EBITDA expectations are comparable to changes in cash flow expectations, share price inflation attributable to the Assumed Misrepresentation is $1.38 to $1.67.[249]

Executed this 7th day of February, 2023

Paul A. Gompers, Ph.D.

---

[249] Capitalizing the $6.24 million in reduced 2020 adjusted EBITDA expectations at an 8.5% discount rate results in a present value of $6.24 million / 8.5% = $73.38 million. 12.32 million + $73.38 million / (1 + 8.5%) = $79.95 million. $79.95 million / 47.8 million shares outstanding = $1.67 / share. Capitalizing the $6.24 million in reduced 2020 adjusted EBITDA expectations at a 10.5% discount rate results in a present value of $6.24 million / 10.5% = $59.40 million. 12.32 million + $59.40 million / (1 + 10.5%) = $66.08 million. $66.08 million / 47.8 million shares outstanding = $1.38 / share. Tivity Form 10-Q, filed on August 8, 2019, p. 1.

# Tivity Health, Inc.
## Analyst Forecasts Following 1Q 2019 and 2Q 2019 Earnings Announcements
### FY 2019 Tivity Adjusted EBITDA and FY 2020 Nutrition Segment Revenue

*($ in millions)*

| Contributor[1] | Forecast Dates[2] | | FY 2019 Tivity Adjusted EBITDA | | | FY 2020 Nutrition Segment Revenue | | |
|---|---|---|---|---|---|---|---|---|
| | 1Q 2019 | 2Q 2019 | 1Q 2019 | 2Q 2019 | Forecast Revision | 1Q 2019 | 2Q 2019 | Forecast Revision |
| | | | *(a)* | *(b)* | *(b) - (a)* | *(a)* | *(b)* | *(b) - (a)* |
| Barrington Research | 5/10/19 | 8/8/19 | $240.2 | $232.5 | -$7.7 | $692.6 | $643.8 | -$48.7 |
| Cantor Fitzgerald | 5/8/19 | 8/7/19 | $251.6 | $237.6 | -$14.0 | $729.2 | $699.1 | -$30.1 |
| Craig-Hallum | 5/9/19 | 8/8/19 | $243.4 | $230.5 | -$13.0 | $726.2 | $689.0 | -$37.2 |
| Jefferies | 5/9/19 | 8/8/19 | $249.4 | $231.7 | -$17.6 | – | – | – |
| Oppenheimer | 5/9/19 | 8/8/19 | $243.0 | $236.6 | -$6.4 | – | – | – |
| Piper Jaffray | 5/9/19 | 8/8/19 | $250.7 | $232.1 | -$18.6 | $705.4 | $638.9 | -$66.5 |
| SunTrust Robinson Humphrey | 5/14/19 | 8/8/19 | $245.0 | $232.0 | -$13.0 | $698.0 | $658.0 | -$40.0 |
| William Blair | 5/8/19 | 8/7/19 | $244.8 | $236.6 | -$8.2 | – | – | – |
| **Average** | | | **$246.0** | **$233.7** | **-$12.3** | **$710.3** | **$665.8** | **-$44.5** |

Source: Analyst Reports

Note:
[1] Analyst forecasts are presented for all contributors who included 2019 adjusted EBITDA forecasts or 2020 Nutrition segment revenue forecasts in reports published in the period up to one week following May 8, 2019 and August 7, 2019 earnings announcements.
[2] The first set of forecasts published by each contributor after May 8, 2019 and August 7, 2019 are reported.



Case 3:20-cv-00165 Document 256-5 Filed 07/10/23 Page 9 of 9 PageID #: 7796