UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ROBERT STROUGO, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>TIVITY HEALTH, INC., et al.,<br><br>　　　　　　　　Defendants. | Civil Action No. 3:20-cv-00165<br><br>CLASS ACTION<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Jeffery S. Frensley<br><br>LEAD PLAINTIFF'S MOTION TO ASCERTAIN STATUS OF PENDING UNOPPOSED MOTION TO APPROVE THE FORM AND MANNER OF CLASS NOTICE AND NOTICE PLAN; REVISED EXHIBITS AND ORDER IN SUPPORT THEREOF |

Lead Plaintiff and Class Representative Sheet Metal Workers Local No. 33, Cleveland District, Pension Fund ("Plaintiff") respectfully makes this request, pursuant to Local Rule 7.01(c), to: (i) ascertain the status of Plaintiff's Unopposed Motion to Approve the Form and Manner of Class Notice and Notice Plan (ECF 247) (the "Motion"); and (ii) provide the Court with a revised order and exhibits in support thereof, which update the deadlines for effectuating and completing the Notice Plan. *See* ECF 247-4.

On June 15, 2023, Plaintiff filed the Motion, which was unopposed. ECF 247. The Motion included specific proposed dates for the effectuation of notice to the class, including that Gilardi & Co. LLC, the proposed Notice Administrator, would begin sending the proposed Postcard Notice no later than July 1, 2023 (the "Notice Date"). ECF 247-4.

The Court has yet to rule on the Motion, and the proposed Notice Date has now passed, rendering stale the proposed deadlines for effectuating notice.

Plaintiff respectfully requests that the Court advise the parties of the status of the Motion as notice should be provided promptly to the class in light of the upcoming trial in this action, which is currently set for September 12, 2023.

Attached hereto are a revised [Proposed] Order, Postcard Notice, Summary Notice, Notice of Pendency of Class Action, and Notice Plan, with a proposed Notice Date of July 28, 2023.

DATED: July 24, 2023

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHRISTOPHER M. WOOD, #032977
HENRY S. BATOR, #040431

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2203
615/252-3798 (fax)
cwood@rgrdlaw.com
hbator@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
SNEHEE KHANDESHI (admitted *pro hac vice*)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
skhandeshi@rgrdlaw.com

- 2 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
DAVID W. MITCHELL (admitted *pro hac vice*)
SARA B. POLYCHRON (admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
dmitchell@rgrdlaw.com
spolychron@rgrdlaw.com

Class Counsel for Class Representative

BARRETT JOHNSTON MARTIN
  & GARRISON, LLC
JERRY E. MARTIN, #20193
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2202
615/252-3798 (fax)
jmartin@barrettjohnston.com

Local Counsel

ALLOTTA FARLEY CO., L.P.A.
MICHAEL E. HEFFERNAN
2222 Centennial Road
Toledo, OH 43617
Telephone: 419/535-0075
419-535-1935 (fax)
mheffernan@allottafarley.com

Additional Counsel

## CERTIFICATE OF SERVICE

      I hereby certify under penalty of perjury that on July 24, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

      s/ Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
    & DOWD LLP
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2203
615/252-3798 (fax)

Email: cwood@rgrdlaw.com

# Mailing Information for a Case 3:20-cv-00165 Strougo v. Tivity Health, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael Albert**
  malbert@rgrdlaw.com

- **David L Balser**
  dbalser@kslaw.com

- **Henry Scattergood Bator**
  hbator@rgrdlaw.com

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Robert P. Bramlett**
  robert@bramlettlawoffices.com

- **David Bricker**
  dbricker@tenlaw.com

- **Gustavo F. Bruckner**
  gfbruckner@pomlaw.com

- **Lisa R. Bugni**
  lbugni@kslaw.com

- **Jessica Perry Corley**
  jpcorley@kslaw.com

- **Joseph B. Crace , Jr**
  jcrace@bassberry.com,llewis@bassberry.com,lbilbrey@bassberry.com,eward@kslaw.com

- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com

- **Michael E. Hefferman**
  mheffernan@allottafarley.com

- **Logan R. Hobson**
  lhobson@kslaw.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com

- **Brandon R. Keel**
  bkeel@kslaw.com

- **Snehee Khandeshi**
  skhandeshi@rgrdlaw.com

- **Madeline Korber**
  mkorber@tenlaw.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **Jerry E. Martin**
  jmartin@barrettjohnston.com,jkarsten@barrettjohnston.com,elusnak@barrettjohnston.com,jmartin@rgrdlaw.com

- **David W. Mitchell**
  davidm@rgrdlaw.com

- **Danielle S. Myers**
  danim@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Sara Polychron**
  spolychron@rgrdlaw.com,Spolychron@ecf.courtdrive.com,e_file_SD@rgrdlaw.com

- **Darren J. Robbins**
  darrenr@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Brian Schall**
  brian@schallfirm.com

- **Ronni D. Solomon**
  rsolomon@kslaw.com

- **John Tate Spragens**
  john@spragenslaw.com,stacia@spragenslaw.com,spragenslaw@ecf.courtdrive.com

- **Briana T. Sprick Schuster**
  briana.sprick.schuster@bassberry.com,lbilbrey@bassberry.com

- **Tivity Investor Group**
  PKNASHLAW@AOL.COM

- **Shawn A. Williams**
  shawnw@rgrdlaw.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,CWood@ecf.courtdrive.com,panderson@ecf.courtdrive.com,pmitchell@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`