**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **ROBERT STROUGO, Individually and on Behalf of All Others Similarly Situated,** | ) | |
| **Lead Plaintiff,** | ) | |
| **v.** | ) | **No. 3:20-cv-00165** |
| **TIVITY HEALTH, INC., et al.,** | ) | |
| **Defendants.** | ) | |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, the Court rules as follows: Defendants' Motion for Summary Judgment (Doc. No. 213) is **GRANTED** to the extent Lead Plaintiff seeks damages related to Dawn Zier's departure from Tivity Health, Inc., and is **DENIED** in all other respects; and Lead Plaintiff's Motion to Supplement Status Conference (Doc. No. 284) is **GRANTED**.

Having received a ruling on Defendants' Motion (Doc. No. 213), the parties shall proceed to mediation. No later than Friday, **April 25, 2025**, the parties will inform the Court of an agreed upon mediator and mediation date. If there is no settlement, this case will proceed to trial as scheduled.

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE