**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **ROBERT STROUGO, Individually and on Behalf of All Others Similarly Situated,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **Civil Action No. 3:20-cv-00165** |
| **TIVITY HEALTH, INC., DONATO TRAMUTO, ADAM C. HOLLAND, and DAWN ZIER,** | ) | |
| **Defendants.** | ) | |

---

**EXPERT REPORT OF**
**W. SCOTT DALRYMPLE, CFA**
**JANUARY 10, 2023**

---

**CONFIDENTIAL**

bvagroup® Valuation. Disputes. Advisory.

# TABLE OF CONTENTS

**Page**


I. Scope of the Engagement ... 1
II. Credentials and Compensation ... 2
III. Information Considered ... 3
IV. Summary of Opinions ... 3
V. Background ... 5
A. The Class ... 5
B. Defendants ... 5
C. Allegations ... 6
VI. Nutrisystem Acquisition and Defendants' Alleged Fraud and Corrective Disclosures ... 9
A. Closing of the Acquisition: March 8, 2019 ... 13
B. Q1 2019 Earnings Announcement and Alleged Misrepresentations: May 8, 2019 ... 16
C. Q2 2019 Earnings Announcement and Alleged Misrepresentations: August 7, 2019 ... 19
D. Q3 2019 Earnings Announcement and Alleged Misrepresentations: November 12, 2019 ... 24
E. Dawn Zier's Departure ... 27
F. Q4 2019 Earnings Announcement and Corrective Disclosure: February 19, 2020 ... 32
VII. Analysis of Corrective Disclosures ... 38
A. Event Study ... 40
B. Analysis of the Corrective Disclosures ... 42
1) December 2019 Disclosure ... 43
2) February 2020 Disclosure ... 45
VIII. Share Price Inflation ... 48
A. Inflation at the Time of the Corrective Disclosures ... 49
1) December 2019 Disclosure ... 49
2) February 2020 Disclosure ... 49
3) Nutrisystem Claim and Goodwill Claim ... 54
B. Inflation During the Class Period ... 56
IX. Per Share Damages ... 62
X. Further Work ... 63

bvagroup® Valuation. Disputes. Advisory.

7250 Dallas Parkway
Suite 200
Plano, Texas 75024
+1.972.377.0300

1000 Louisiana Street
Suite 1150
Houston, Texas 77002
+1.713.457.3125

405 Lexington Avenue
Floor 9
New York, New York 10174
+1.212.364.1926

Re: Robert Strougo, Individually and on Behalf of All Others Similarly Situated ("Plaintiff") v. Tivity Health, Inc. ("Tivity" or "TVTY"), Donato Tramuto, Adam C. Holland, and Dawn Zier (collectively, "Defendants")

## I. Scope of the Engagement

1. I have been retained by Robbins Geller Rudman & Dowd LLP, counsel for Plaintiff, in the above-styled case to analyze share price inflation and damages associated with Plaintiff's allegations that the Defendants engaged in a scheme to defraud investors and made materially false and misleading statements and omissions regarding Tivity's business and operations that led to artificially inflated share prices between March 8, 2019 and February 19, 2020 (the "Class Period").[1]

2. I previously issued two reports in this matter dated October 26, 2021 ("Dalrymple Class Certification Report") and January 21, 2022 ("Dalrymple Class Certification Rebuttal Report"), in which I offered opinions concerning market efficiency, damages methodologies expected to be applied in this case, and the impact of Defendants' alleged misrepresentations, omissions, and scheme on the price of Tivity's common stock.[2]

---

1 I understand that the class in this matter includes "[a]ll persons who purchased or otherwise acquired the common stock of Tivity Health, Inc. between March 8, 2019, and February 19, 2020, inclusive" (the "Class") and that this Class was certified on June 7, 2022. Order granting class certification dated June 7, 2022. I further understand that the Class certification ruling was subsequently reversed. U.S. Court of Appeals for the Sixth Circuit Order 22-0502, filed November 21, 2022.

2 Defined terms in this report have the same meanings as used in my prior reports unless otherwise noted. My previous opinions related to the impact of the alleged misrepresentations, omissions, and scheme on the price of Tivity's common stock and other opinions set forth in the Dalrymple Class Certification Rebuttal Report are in response to purported issues raised by Defendants' expert, Professor Paul Gompers, who issued an expert report in this matter on November 30, 2021 (the "Gompers Class Certification Report") and testified at deposition in this matter on December 14, 2021.

## II. Credentials and Compensation

3. I, W. Scott Dalrymple, am a Partner at BVA Group LLC ("BVA Group"). I am an economist and a CFA charter holder with extensive experience in economic, financial and statistical analyses. During my career, I have worked on issues relating to the analysis of economic damages involving securities litigation, business valuation, structured finance, financial derivatives, antitrust, intellectual property, and breach of contract. I have advised companies, investors, financial institutions, and government agencies in the U.S., Europe, and Australia on a range of matters, including valuation and securities analysis, market structure, capital restructurings, financial and economic modeling and quantitative methods.

4. I have been retained as a consulting and testifying expert in a wide range of matters involving financial markets and securities, including equities, fixed income, structured products, and derivatives. I have been involved in shareholder class action matters in the US and Australia on issues related to share price inflation, market efficiency and shareholder damages. I have provided expertise on numerous litigation matters involving financial, economic, statistical, and valuation analysis.

5. I hold a Master of Science in economics with a concentration in Industrial Organization from the London School of Economics and Political Science and a Bachelor of Business Administration in the Business Honors Program and Finance from the University of Texas at Austin. I have written about and presented on economic and financial topics, including financial markets and securities analysis, and have provided expert opinions on these topics in a number of federal court, state court, and arbitration proceedings. My full curriculum vitae, including testimony history and publications, is attached as **Appendix A**.

6. BVA Group is being compensated at the rate of $740 per hour for my work in this matter. As part of performing my analysis, I utilized a team of BVA Group personnel who worked under my direction and supervision. BVA Group is being compensated for time incurred by other professionals who have supported my analysis in this matter at rates of $250 to $650 per hour. Neither BVA Group's nor my compensation depends on opinions provided herein or on the outcome of this litigation.

## III. Information Considered

7. I have prepared this report to state my expert opinions; to describe the bases for those opinions; to disclose the facts and data I considered in reaching my opinions; and to make other appropriate disclosures.[3] The work that I conducted in this matter has been informed by my education, knowledge, and experience in economics and finance. This report is based upon discovery to date and the information that is currently available. A listing of the materials I have considered in my work for this matter as of the date of this report is contained in **Appendix B**, as well as the citations presented in this report.[4]

8. Conclusions and analysis contained in this report may be supplemented through deposition, live testimony, or future response or supplemental reports. For trial in this matter, I may prepare demonstrative aids such as charts, graphs, or other summaries of information presented in this report or contained in my reliance materials. I may review, evaluate, and analyze additional data, facts, or information as they become available. I reserve the right to amend or supplement my opinions based upon further information learned, produced, or provided to me. Therefore, the analyses and opinions described herein may be subject to change based upon additional information that becomes available or other developments that occur.

## IV. Summary of Opinions

9. Generally, I understand Plaintiff alleges that Defendants engaged in a scheme to defraud and made numerous materially false and misleading statements and omissions to investors regarding Tivity's business and operations. These statements include alleged misrepresentations and omissions associated with Tivity's acquisition of Nutrisystem, Inc. ("Nutrisystem"), as well as alleged misrepresentations and omissions regarding Tivity's compliance with regulatory and reporting requirements such as performing goodwill impairment testing in conformity with U.S. Generally Accepted Accounting Principles ("GAAP"). Defendants' scheme to defraud and

---

3 Use of the first person "I" in my report refers either to me or to those working under my direct supervision.

4 In addition to documents referenced in this report and attached appendices, I relied on my education, background, skills, and experience, including a body of knowledge derived from numerous other treatises and case law not specifically identified herein.

material misrepresentations, according to Plaintiff, caused the price of Tivity stock to be artificially inflated during the Class Period.[5]

10. I have measured the loss caused by Tivity's alleged scheme to defraud and false and misleading statements and omissions by reference to the share price reactions corresponding to corrective disclosures on December 9, 2019 and February 19, 2020, adjusting for the impact of unrelated factors. Based on this analysis, I have estimated share price inflation over the Class Period, as set forth in the following table:[6]

**Table 1. Class Period Inflation: March 8, 2019 to February 19, 2020**

| | Mar. 8, 2019 to Aug. 7, 2019 | Aug. 8, 2019 to Dec. 8, 2019 | Dec. 9, 2019 to Feb. 19, 2020 |
|---|---|---|---|
| ***Nutrisystem Claim**** | | | |
| **Zier Termination** | **$2.23** | **$2.23** | **$ -** |
| **February 2020 Disclosure** | **$8.19** | **$8.19** | **$8.19** |
| | **$10.42** | **$10.42** | **$8.19** |
| ***Goodwill Claim***** | | | |
| **February 2020 Disclosure** | **$ -** | **$8.19** | **$8.19** |

* Nutrisystem Claim with or without Goodwill Claim

** Goodwill Claim without Nutrisystem Claim

[5] References to misrepresentations and misstatements in this report may refer generally to Plaintiff's allegations, including omissions and Defendants' alleged scheme. My assessment of the impact of certain information on Tivity's share price is not dependent on findings as to which of these or other legal definitions would apply to the information allegedly withheld.

[6] I understand that Defendants have characterized Plaintiff's claim as separate theories of liability related to a Nutrisystem Claim and a Goodwill Claim (*see, e.g.*, Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint, December 4, 2020, p. 5). I understand that Plaintiff disputes this characterization. For ease of reference, I adopt this terminology but do not express an opinion on this issue.

11. The above share price inflation figures would apply as of the date that the trier-of-fact determines that information revealed through the corrective disclosure was within the zone of risk concealed through Defendants' alleged fraud. Subject to these findings of fact and statutory limitations as set forth herein, one may compute damages for any member of the class of investors who acquired Tivity's stock during the Class Period (the "Class") based on share price inflation corresponding to the above purchase dates for shares sold or held on or after February 19, 2020.[7]

## V. Background

### A. The Class

12. I understand that the proposed Class in this matter includes "[a]ll persons who purchased or otherwise acquired the common stock of Tivity Health, Inc. between March 8, 2019 and February 19, 2020, inclusive."[8] I understand that this Class was granted class certification by this Court, but that this ruling was appealed to the Sixth Circuit Court of Appeals, which granted the appeal and remanded the case, subject to an "analysis of the Rule 23(a) factors."[9]

### B. Defendants

13. During the Class Period, Tivity was a for-profit, publicly traded healthcare company based in Franklin, Tennessee.[10] Prior to being acquired by Stone Point Capital in June 2022, Tivity traded under the ticker symbol "TVTY" on the National Association of Securities Dealers Automated Quotations ("Nasdaq") stock exchange.[11] The company was founded in 1981 and,

---

7 I understand that the Class includes persons or entities who purchased or acquired Tivity common stock between March 8, 2019 and February 19, 2020, inclusive. *See* Consolidated Complaint, ¶ 1.

8 Order granting class certification dated June 7, 2022. Excluded from the Class are Tivity, Donato Tramuto, Adam C. Holland, and Dawn Zier, and members of their immediate families, and any entity of which Defendant has a controlling interest, and the legal representatives, heirs, predecessors, successors, or assigns of any excluded party.

9 Order granting class certification dated June 7, 2022; U.S. Court of Appeals for the Sixth Circuit Order 22-0502, filed November 21, 2022.

10 Tivity Form 10-K for period ending December 31, 2019, p. 4.

11 Tivity Form 10-Q for period ending March 31, 2022, p. 1 and "Stone Point Capital Completes Acquisition of Tivity Health," *PR Newswire*, June 28, 2022.

prior to the Class Period, had focused on providing fitness and health services, especially in aging populations, through products including Silver Sneakers senior fitness, Prime Fitness, and Whole Health Living.[12]

14. On March 8, 2019, Tivity completed its acquisition of Nutrisystem.[13] After the acquisition, Tivity stated that it was a provider of "fitness, nutrition, and social connection solutions," and added Nutrisystem products and services to its portfolio of offerings as a new "Nutrition" business segment.[14] After the acquisition, results of Tivity's legacy business were reported in its "Healthcare" business segment.[15]

15. It is my understanding that the other Defendants in addition to Tivity (the "Individual Defendants") are former officers of Tivity who served in the following roles:

a. Mr. Tramuto served as Tivity's President, Chief Executive Officer and a member of the board of directors at all times during the Class Period.[16]

b. Mr. Holland served as Tivity's Chief Financial Officer during the Class Period.[17]

c. Ms. Zier served as Tivity's Chief Operating Officer and a member of its board of directors during the Class Period until her termination in December 2019.[18]

## C. Allegations

16. I understand Plaintiff asserts that Defendants violated SEC Rule 10b-5 and §§10(b) and 20(a) of the Securities Exchange Act of 1934.[19]

17. Between March 8, 2019 and February 19, 2020, Plaintiff asserts that Defendants engaged in a scheme to defraud and made misrepresentations and omissions in public statements, financial releases and conference calls regarding the financial success of the Nutrisystem product

---

[12] Tivity Form 10-K for period ending December 31, 2019, p. 5.
[13] Tivity Form 10-K for period ending December 31, 2019, p. 4.
[14] Tivity Form 10-K for period ending December 31, 2019, p. 4.
[15] Tivity Form 10-K for period ending December 31, 2019, p. 5.
[16] Consolidated Complaint, ¶ 23.
[17] Consolidated Complaint, ¶ 25.
[18] Consolidated Complaint, ¶ 24.
[19] Consolidated Complaint, ¶¶ 198-211.

and service lines.[20] Further, Plaintiff asserts that Defendants failed to timely and appropriately perform impairment testing and write down the value of the Nutrisystem tradename and Nutrition segment goodwill.[21] The Court summarized Plaintiff's allegations as follows:

> It is alleged that Tivity painted a deceitfully rosy picture of the Nutrisystem acquisition (the "Nutrisystem Claim"). Executives misled investors about Nutrisystem's performance in the beginning of 2019 and the acquisition's impact on Tivity's new "nutrition segment." Tivity misstated that the new segment was "on track" and "performing well" despite its poor performance from the onset. At the heart of Tivity's alleged cover-up were misstated financial statistics. Specifically, the company reported that its adjusted earnings before interest, taxes, depreciation and amortization ("EBITDA") was $13.3 million. But this number failed to account for an $8.3 million loss that resulted in an actual adjusted EBITDA of $5 million.[22]
>
> Then, on February 19, 2020, Defendants disclosed, for the first time in nearly a year, the $8.3 million adjusted EBITDA loss. Executives also admitted to the weaknesses of the Nutrisystem acquisition and announced a charge that reduced the value of the goodwill associated with the acquisition (the "Goodwill Claim").[23]
>
> Plaintiffs further allege that "[d]efendants knew that multiple triggering events [to assess impairment] existed no later than 2Q19 – yet [Defendants] failed to impair and write down both the goodwill and Nutrisystem trade name in both 2Q19 and 3Q19."[24]

18. Plaintiff claims that during the Class Period, Defendants reported adjusted EBITDA for the first quarter of 2019 starting on March 8, 2019 (the day the acquisition was completed) without disclosing that Nutrisystem had incurred a loss of $8.3 million in adjusted EBITDA between January 1, 2019 and March 7, 2019.[25] As a result, Plaintiff claims that Defendants misleadingly reported $13.3 million in positive EBITDA for the period between March 8, 2019 and March 31, 2019, instead of $5.0 million ($13.3 million less $8.3 million) for the quarter.[26]

---

[20] Consolidated Complaint, ¶¶ 41-119; Memorandum Opinion dated July 29, 2021 ("Memorandum Opinion"), p. 2.
[21] Consolidated Complaint, ¶¶ 120-170; Memorandum Opinion, p. 2.
[22] Memorandum Opinion, p. 2 (citations omitted).
[23] Memorandum Opinion, p. 2 (citations omitted).
[24] Memorandum Opinion, p. 9 (citations omitted).
[25] Consolidated Complaint, ¶¶ 9, 54, and 80; Memorandum Opinion, p. 2.
[26] Consolidated Complaint, ¶ 54; Memorandum Opinion, p. 2.

19. According to Plaintiff, Nutrisystem's performance in the first quarter of the calendar year, known as "diet season," is critical to its performance over the course of the year.[27] During the first quarter of the year, Nutrisystem spent heavily on marketing to attract new customers who would be expected to drive revenues for the remainder of the year.[28] An unsuccessful "diet season," in which Nutrisystem failed to attract a significant number of new customers, would be expected to result in decreased revenues and profits for the rest of the year.[29]

20. Further, according to Plaintiff, by the second quarter of 2019, even though Tivity had experienced multiple events that should have triggered a review of the value of its intangible assets and goodwill under GAAP, it did not do so. Instead, it carried goodwill and intangible asset values related to the Nutrisystem acquisition that were greater than implied fair value.[30]

21. Defendants' alleged scheme continued through the release of Tivity's financial results through the third quarter of 2019 as Defendants "continued to hide the $8.3 million net loss and assured investors that the nutrition segment was 'on track' despite adjusting the EBITDA guidance"[31] and having already begun rolling out an unprecedented buy-one, get-one ("BOGO") sale in early November 2019.[32]

22. On February 19, 2020 (after close of trading), Tivity issued a press release reporting financial results for the fourth quarter and full year 2019, and another press release reporting that Donato Tramuto was departing as CEO and resigning from the Tivity board of directors and Keira Krausz had resigned as President of the Nutrition segment, effective the day prior.[33] Tivity reported a goodwill impairment charge for the Nutrition segment of $377.1 million consisting of (a) an impairment charge to reduce the value of the Nutrisystem trade name by $240 million and

---

[27] Consolidated Complaint, ¶ 52.
[28] Consolidated Complaint, ¶ 52.
[29] Consolidated Complaint, ¶ 52.
[30] Consolidated Complaint, ¶¶ 120-170; Memorandum Opinion, pp. 2 and 8-10.
[31] Memorandum Opinion, p. 7 (citations omitted).
[32] Consolidated Complaint, ¶ 73.
[33] Consolidated Complaint, ¶¶ 78-79; Tivity Form 8-K and accompanying press releases dated February 19, 2020, "Tivity Health Reports Fourth-Quarter and Fiscal Year 2019 Results" and "Tivity Health Announces Departure of CEO Donato J. Tramuto and Appoints Healthcare Veteran as Interim CEO."

(b) a $137 million goodwill impairment charge relating to the Nutrisystem acquisition.[34] It also announced that Q4 2019 Nutrition segment revenues had declined year-over-year, and issued guidance for the Nutrition segment in FY20 that was approximately 43 percent lower than guidance at the time of the Nutrisystem acquisition.[35] The release also disclosed to investors for the first time that the Nutrition segment had lost $8.3 million in adjusted EBITDA during the pre-acquisition portion of the first quarter of 2019.[36]

23. On February 20, 2020, the day after these disclosures, Tivity's closing share price declined by $10.43 per share (45.5 percent) to close at $12.50 per share.[37]

24. According to Plaintiff, investors were misled throughout the Class Period by allegedly misleading statements that painted a rosy picture of the Nutrition segment and presented events that had actually happened as if they were only potential risks.[38] Plaintiff alleges "Defendants' false and misleading statements were made in the face of contradictory evidence such as Nutrisystem's failed diet season and a spike in competition, leading to declining sales, all of which were known to Defendants."[39]

## VI. Nutrisystem Acquisition and Defendants' Alleged Fraud and Corrective Disclosures

25. On December 10, 2018, Tivity announced that it would acquire Nutrisystem for $1.3 billion in cash and stock (the "December 2018 Acquisition Announcement"), stating:[40]

a. "The combined company [would be] unique in offering, at scale, an integrated portfolio of fitness, nutrition and social engagement solutions to support overall

---

34 Consolidated Complaint, ¶ 79; Tivity Form 8-K and accompanying press release dated February 19, 2020, "Tivity Health Reports Fourth-Quarter and Fiscal Year 2019 Results."

35 Consolidated Complaint, ¶ 79; Tivity Form 8-K and accompanying press release dated February 19, 2020, "Tivity Health Reports Fourth-Quarter and Fiscal Year 2019 Results."

36 Consolidated Complaint, ¶¶ 54 and 80; Tivity Form 8-K and accompanying press release dated February 19, 2020, "Tivity Health Reports Fourth-Quarter and Fiscal Year 2019 Results."

37 Based on Bloomberg L.P.

38 Consolidated Complaint, ¶¶ 41-119; Memorandum Opinion, pp. 2 and 6-8.

39 Memorandum Opinion, p. 8. Plaintiff's Opposition to Defendants' Motion to Dismiss, January 4, 2021, p. 12.

40 Tivity Form 8-K filed December 10, 2018, Exhibit 99.1: Tivity Health to Acquire Nutrisystem for $1.3 Billion in Cash and Stock and Tivity Health and Nutrisystem Factsheet dated December 11, 2018.

health and wellness" and would "benefit all our stakeholders – including health plans, fitness partners, members and consumers – as these offerings support healthier lifestyles and can lower medical costs."

b. The acquisition was expected to "drive improved financial performance - strengthening the company's financial profile, unlocking the ability to invest in the growth of the business, and helping generate long-term, sustainable value," by "[adding] independent revenue stream[s]" as well as "[s]ignificant new growth opportunities."

c. The acquisition was expected to create "[d]ouble digit accretion to adjusted EPS expected in 2020 and beyond."

26. The acquisition was expected to be financed with $1.2 billion in debt and the issuance of 6.3 million shares, or about 15 percent of shares outstanding.[41] Following the announcement, Tivity's share price declined from $40.61 to $27.65, a single-day decline of approximately 31.9 percent.[42]

27. After the acquisition announcement, analysts discussed the strategic value and prospects of value accretion from the merger, as well as cost synergies, while acknowledging concerns about leverage and a slowdown in Nutrisystem's growth:

a. "NTRI's high ROI media channels align with TVTY's continued focus on digital marketing to drive enrollment. The acquisition is also expected to generate cost synergies of $30-35 million and double-digit accretion starting in 2020. … We believe the deal makes strategic sense for TVTY, and should add about $0.75 (+28%) in accretion beginning in 2020. We will review and adjust our estimates as necessary when the acquisition closes."[43]

---

41 Tivity shareholders were expected to own 87% of the combined company with Nutrisystem shareholders owning the remaining 13%. *See* Tivity Health Inc., Form S-4 dated January 7, 2019, cover page, pp. 8, and 36-37.

42 Based on Bloomberg L.P.

43 Cantor Fitzgerald, "Nutrisystem Bolsters Healthy Lifestyle Portfolio; Reiterate Overweight," December 10, 2018, p. 1.

b. "The combined company should generate $30-35 million in run-rate cost synergies by 2021. This is conservative, in our view … TVTY expects its pro-forma leverage ratio to be about 4.4x, but the company expects this to decline to less than 2.5x by the end of 2021. We believe the combined company will have little problem de-levering due to the robust free cash flow generation."[44]

c. "From a strategic perspective, the transaction (which management noted has been under consideration for roughly two years) combines two powerful brands that can serve consumers, employers, and health plans with dietary, social, and exercise needs."[45]

d. "TVTY has been engaged with health plans and there seems to be more appetitive [*sic*] to purchase weight management services, but it's unclear to us how successful the TVTY/Nutrisystem combination will be. Additionally, while Nutrisystem generated strong revenue growth in recent years (18% in 2016; 28% in 2017), consensus is projecting a modest decline for 2018, though the Street is modeling a reacceleration to 8% in 2019 and 2020. TVTY's organic growth has been consistently strong and still attractive even with the UNH headwind. Thus, the less predictable Nutrisystem growth profile and risk to slowing TVTY's revenue growth down probably doesn't help."[46]

28. On January 7, 2019, Tivity filed a Form S-4, registering the additional shares to be issued pursuant to the acquisition. In that filing, Tivity provided "certain financial forecasts prepared by Nutrisystem management," including revenue, adjusted EBITDA, and unlevered free cash flow projections from 2018 through 2022; Nutrisystem's adjusted EBITDA projection for 2019 was $121 million.[47]

---

44 Cantor Fitzgerald, "Sell-off Overdone, in Our View; Reiterate Overweight," December 10, 2018, p. 1.
45 William Blair, "Calories In, Calories Out; Tivity Health to Acquire Nutrisystem for $1.3 Billion," December 10, 2018, p. 1.
46 Jefferies, "The Pros & Cons of Buying Nutrisystem," December 10, 2018, p. 1.
47 Tivity Health Inc., Form S-4 dated January 7, 2019. Tivity filed an amended Form S-4 on January 14, 2019 with substantially similar information.

29. In its February 19, 2019 earnings release, Tivity incorporated financial guidance for Nutrisystem for the period following the anticipated completion of the Nutrisystem acquisition on March 8, 2019 through the end of the year (the "2019 Stub Period") into its full-year guidance.[48] The implied adjusted EBITDA guidance for Nutrisystem for the 2019 Stub Period was $91 million to $101 million.[49] According to Tivity, adjusted EBITDA was an important metric because it was the "specific measure of operating performance" used to quantify "profitable growth."[50]

30. After the February 2019 earnings release, Piper Jaffray expressed skepticism around the Nutrisystem acquisition, noting that they "need to see more evidence of revenue synergies to prove the rationale of the merger, especially in the area of using Nutrisystems [*sic*] as an engagement platform."[51] Other analysts also provided their views on the reduced revenue guidance:

a. "Nutrisystem (NTRI) essentially guided to flat revenue in 2019, which was well below the 8% growth consensus was modeling. We believe a MSD growth outlook would have been good enough based on our conversations with investors and TVTY's recent weakness. ... Guidance implies 1Q19 revenue growth will decline 8%, which means 2Q-4Q19 will need to increase 4% YoY. NTRI's delayed spending could explain the change in seasonal growth, but admittedly visibility isn't as clear as we would like it to be."[52]

---

48 Tivity Health Reports Fourth-Quarter 2018 Results, February 19, 2019, p. 3.

49 Tivity reported Adjusted EBITDA guidance for Tivity for 2019 in the range of $140 million to $145 million. Tivity also reported combined Adjusted EBITDA guidance for Tivity and Nutrisystem for 2019 in the range of $240 million to $258 million (including $9 million to $12 million of cost synergies). This combined guidance included Tivity's full-year 2019 expected results and the expected results of Nutrisystem for the 2019 Stub Period *See* Tivity Form 8-K filed February 19, 2019, p. 3.

50 Consolidated Complaint, ¶ 49. *See also, e.g.*, Deposition Transcript of Tommy Lewis on October 18, 2022 ("Lewis Tr."), 27:7-12 ("Q. Okay. Great. And do you agree that adjusted EBITDA was an important metric in evaluating Tivity's financial performance? THE WITNESS: Yes, I do.")

51 Piper Jaffray, "Lowers Outlook on Further Insourcing by United," February 20, 2019, p. 1. Piper Jaffray acquired Sandler O'Neill in January 2020 and became known as Piper Sandler Companies thereafter. "Piper Jaffray and Sandler O'Neill Complete Merger to Become Piper Sandler Companies," *Business Wire*, January 6, 2020.

52 Jefferies, "4 Key Insights from TVTY's 4Q18," February 19, 2019, p. 1.

b. "Regarding the sales guidance weakness, management noted a slower-than-anticipated start to the important 2019 diet season (due to new competition spending heavily on digital spending and some volatility regarding returns on various media spending); however, midquarter adjustments already have improved the company's yield following the slower start to the year."[53]

c. "The guidance for the combined companies (both in terms of revenue and EBITDA) is currently materially lower than what had been assumed initially. The loss of more UNH business than was expected (by about $20 million) in FY/19 on the TVTY side, along with a somewhat disappointing start to the 2019 diet season for NTRI, are the primary reasons for the reduced outlook."[54]

31. After the release of Tivity's Q4 2018 financial results, Tivity's share price increased from $21.65 to $22.38 (an increase of 3.4 percent).[55]

### A. Closing of the Acquisition: March 8, 2019

32. On March 8, 2019, Tivity issued a press release announcing the completion of its acquisition of Nutrisystem (the "March 2019 Acquisition Announcement"), stating:[56]

> We welcome Nutrisystem's powerful brands and talented team to the Tivity Health family. Both Nutrisystem and Tivity Health have successful track records improving health, both in the lives of consumers and health plan members, as well as in the communities where we do business. That experience, coupled with our shared commitment to our varied stakeholders, will power successful execution on the many opportunities that lie ahead.[57]

33. After the close of the acquisition, analysts discussed the potential benefits and implications of the Nutrisystem acquisition to Tivity. For example:

---

53 William Blair, "Results in Line With Prerelease," February 20, 2019, p. 2.

54 Barrington Research, "Q4 Results In-Line with Late-January Guide; FY/19 Outlook Below Expectations; NTRI Deal Weighs on Valuation; PT is now $40," February 20, 2019, p. 2.

55 Based on Bloomberg L.P.

56 I understand that the closing of the acquisition was delayed until March 2019 because Tivity was initially unable to place its debt. Deposition Transcript of Donald Tramuto on November 30 and December 1, 2022 ("Tramuto Tr.") 120:24-121:11 and 121:19-22.

57 Tivity Form 8-K filed March 8, 2019.

a. "Although investor skepticism remains high, we believe, with over 100% upside potential to our price target, the risk/reward trade-off is attractive. … Longer term, we expect TVTY to benefit from the Nutrisystem acquisition. Indeed, there is growing awareness that nutrition is an important social determinant of health and wellness. We expect more payers to include nutrition related services in its benefits over time."[58]

b. "The structure of the Nutrisystem acquisition, with a large debt financing, the outsized portion from NTRI for financial results going forward, and the timing of the acquisition in December just before the pivotal Diet Season period created a huge level of importance for Nutrisystem to execute immediately. While revenue results were less than stellar, the improved bottom-line performance provides a more known base to build from in 2019 and beyond. The relative stability of TVTY's revenue stream combined with the large variance in quarterly NTRI results further amplify the importance of Nutrisystem going forward."[59]

c. "Last month, Tivity completed the acquisition of Nutrisystem, a leading provider of weight management products and services. While the acquisition has been met with investor skepticism, we believe the combination is logical and provides an attractive growth opportunity for TVTY. … We expect the merger to yield significant revenue synergies in addition to $30-35 million in annual cost synergies. Near-term, TVTY should be able to cross-sell products across its customer bases. Over a longer period, we believe the company should generate healthy synergies from selling nutrition offerings to its SilverSneakers members."[60]

---

[58] Cantor Fitzgerald, "Adjusting Estimates to Reflect Nutrisystem; Reiterate Overweight," March 11, 2019, p. 1.

[59] Craig Hallum, "Tivity's Acquisition Of Nutrisystem Capitalizes On An Aging Population And Could Double Or Triple EPS. Initiating Coverage With A BUY Rating And $30 Price Target," April 11, 2019, p. 6.

[60] Cantor Fitzgerald, "Nutrition & Weight Management Industry Overview; Reiterate Overweight on TVTY," April 22, 2019, p. 1.

34. In April 2019, Craig Hallum emphasized the "huge level of importance" that Nutrisystem's results would have for the company:

> The diet season is centered around New Year's Resolutions, with generally 15-25% of Americans resolving to lose weight. Typically, ~30% of NTRI's annual revenue comes in the first quarter. The quarterly revenue share trails off later in the year as customers lose motivation to continue their resolutions or as their goals are met. Therefore, first quarter results are critical for full-year performance. Superior retention strategies can help mitigate poor enrollment numbers, but only to a limited extent. The structure of the Nutrisystem acquisition, with a large debt financing, the outsized portion from NTRI for financial results going forward, and the timing of the acquisition in December just before the pivotal Diet Season period created a huge level of importance for Nutrisystem to execute immediately.[61]

35. More generally, market participants looked to results in 2019 to understand whether Nutrisystem's disappointing performance in 2018 (the year before the acquisition) was an aberration, following multiple years of strong revenue growth, or a negative shift in the trend for the business that would persist into the future.[62] Nutrisystem management had attributed the disappointing 2018 performance to suboptimal marketing decisions during the 2018 diet season, which could be remedied going forward, but whether revisions to Nutrisystem's marketing plan in 2019 would lead to better outcomes (versus 2018) remained to be seen.[63]

---

61 Craig Hallum, "Tivity's Acquisition Of Nutrisystem Capitalizes On An Aging Population And Could Double Or Triple EPS. Initiating Coverage With A BUY Rating And $30 Price Target," April 11, 2019, p. 6 ("Nutrisystem Results Will Determine Most Of The Beats And/Or Misses In 2019 And Beyond").

62 For instance, between 2013 and 2017, Nutrisystem's revenues grew from $358.1 million to $697.0 million (or a compound-annual-growth-rate (CAGR) of approximately 14 percent per year). In 2018, Nutrisystem's revenue fell by approximately 1 percent from $697.0 million in 2017 to $691.0 million in 2018. Based on data from S&P Capital IQ.

63 *See, e.g.,* Barrington Research, "Tivity to Acquire Nutrisystem for Around $1.3 Billion in Cash/Stock; Elevates Risk Profile, but Massive Negative Market Reaction Seems Overdone," December 11, 2018, p. 1 ("NTRI's business has struggled in 2018 and while expectations among many are for a nice rebound in 2019, we think this increased level of operational complexity adds risk to TVTY as an investment overall."); and Cantor Fitzgerald, "Shares are Compelling at Current Levels; Raising Price Target; Reiterate Overweight," December 17, 2018, p. 1 ("One [of] the more important issues regarding NTRI was its sales slowdown in 2018. TVTY management indicated that NTRI did not properly adjust its marketing efforts after a very successful 2017 diet season (which typically runs January-April). TVTY believes that NTRI is poised for a better selling season in 2019 given its data-intensive efforts.") *See also*, Nutrisystem Q1 2018 Earnings Call Transcript dated April 30, 2018 ("Second is improve

36. Following the announcement of the Nutrisystem acquisition, Tivity's share price was unchanged, closing at $19.42 on March 8, 2019.[64] In the following weeks, Tivity's share price traded between $16 and $23 per share, closing at $22.60 on May 8, 2019.[65]

## B. Q1 2019 Earnings Announcement and Alleged Misrepresentations: May 8, 2019

37. After hours on May 8, 2019, Tivity announced its first quarter financial results for 2019 (the "Q1 2019 Earnings Announcement"), which included part of Nutrisystem's performance in the first quarter of the calendar year, including "diet season."[66] In its May 8, 2019 earnings release and analyst conference call, Tivity emphasized "the impact of 24 days of Nutrisystem ownership by the Company," and the strength of the Nutrition segment based on the Q1 2019 results.[67]

38. According to Plaintiff, Defendants made a series of misrepresentations in Tivity's Q1 2019 earnings announcement, including, for instance:[68]

a. "We closed our acquisition of Nutrisystem on March 8, 2019 and the Nutrition segment benefited from strong adjusted EBITDA, due to better than expected March program starts and timing of marketing spend."[69]

b. "As indicated in our revenue and adjusted EBITDA results for this quarter, our healthcare and nutrition segments are strong and independently performing well."[70]

c. "Along with the integration of the Nutrisystem organization, we now have been operating as one company for 60 days and I'm pleased to report that we're

---

Nutrisystem marketing efficiency and reactivation trends. As mentioned on our previous call, new customer acquisition was pressured in Q1 due to lower response rates to our 2018 diet season campaign. We are making progress on revamping our advertisements.").

64 Based on Bloomberg L.P.

65 Based on Bloomberg L.P.

66 Tivity Health Reports First-Quarter 2019 Results, May 8, 2019, p. 1.

67 Tivity Health Reports First-Quarter 2019 Results, May 8, 2019, p. 1.

68 *See* Consolidated Complaint, ¶¶ 87-98.

69 Tivity Health Reports First-Quarter 2019 Results, May 8, 2019, p. 2. *See also*, Consolidated Complaint, ¶ 89.

70 Tivity Health Inc, Q1 2019 Earnings Call Transcript, on May 8, 2019. *See also*, Consolidated Complaint, ¶ 91.

delivering against those core priorities. Both businesses on a stand alone and combined basis performed well across several key metrics, including revenue and adjusted EBITDA."[71]

d. "The nutrition division is on track to achieve its numbers. We're seeing abundant interest in a combined fitness and nutrition solution, and we're excited about the revenue synergies as we move forward."[72]

39. As previously discussed, diet season was viewed to be critical to the success of the full-year performance of the Nutrisystem business,[73] with analysts noting that investors had expressed concern over the rationale for the acquisition and the lack of visibility into first quarter trends.[74] Following Tivity's Q1 2019 earnings announcement, analyst commentary on the reported adjusted EBITDA for the Nutrition segment (formerly Nutrisystem) presented a range of views. Jefferies expressed "relief" over the reported results for the Nutrition segment,[75] while other analysts touted the financial strength of the Nutrition segment and discussed its ability to grow in the future based on the reported adjusted EBITDA:

---

71 Tivity Health Inc, Q1 2019 Earnings Call Transcript, on May 8, 2019. *See also*, Consolidated Complaint, ¶ 92.

72 Tivity Health Inc, Q1 2019 Earnings Call Transcript, on May 8, 2019. *See also*, Consolidated Complaint, ¶ 94.

73 *See, supra* ¶¶ 34-35. *See also*, Lewis Tr. 85:5-19.

74 *See, e.g.*, Jefferies, "4 Key Insights from TVTY's 1Q19," May 9, 2019, p. 1 ("A concern: we think the Street is too high for 2020 EBITDA and EPS. We don't think consensus is appreciating the Nutrition headwind from closing intra-quarter 1Q19 where the 1Q19 P&L benefits from not incurring marketing costs that are heavy earlier in the quarter and revenue that is backend loaded."), Oppenheimer, "Healthcare Strength and Stabilizing Nutrition Segment Should Improve Sentiment," May 9, 2019, p. 2 ("Investors' caution on the core NTRI segment, mainly on lack of visibility and changing trends, is likely to take time to turn"); Barrington Research, "Tivity Reports Solid Q1; Result Includes 24 Days of NTRI Asset; More Detailed FY/19 Guidance Provided; Maintain OUTPERFORM; PT is $40," May 10, 2019, p. 1 ("Though the partial quarter's operations make the results a bit murkier, in general, it appears that the company's results (on both sides of the business) were solid.").

75 Jefferies, "4 Key Insights from TVTY's 1Q19," May 9, 2019, p. 1.

a. "The nutrition business generated an exceptionally strong $13.3 million in EBITDA. Traditionally, NTRI adjusted EBITDA tends to be relatively weak in Q1 due to elevated marketing expenses."[76]

b. "Although investors have shunned TVTY shares since the announcement of the Nutrisystem acquisition, 1Q19 results should allay at least some of the short term concerns…Nutrisystem, (now known as the Nutrition segment) revenue was $57M (three weeks) compared to our estimate of $50M."[77]

c. "[N]utrition adjusted EBITDA [was] much better than anticipated at $13.3 million. … we believe the quarter represented a strong start to the year—especially for the nutrition segment, which started the year slow but experienced a nice rebound at the end of the quarter."[78]

d. "Potential revenue synergies of the Nutrisystem acquisition are beginning to materialize … the nutrition division posted solid 1Q results with March new starts ahead of January levels on lower spend."[79]

40. Analysts also expressed uncertainty about the implications of the intra-quarter timing of the acquisition, with Barrington Research noting "the partial quarter's operations make the results a bit murkier."[80] Jefferies cautioned that the Nutrition segment faced headwinds from closing the Nutrisystem transaction intra-quarter, stating:

> A concern: we think the Street is too high for 2020 EBITDA and EPS. We don't think consensus is appreciating the Nutrition headwind from closing intra-quarter

---

76 Barrington Research, "Tivity Reports Solid Q1; Result Includes 24 Days of NTRI Asset; More Detailed FY/19 Guidance Provided; Maintain OUTPERFORM; PT is $40," May 10, 2019, p. 1.

77 Cantor Fitzgerald, "Nutrisystem Off to a Good Start; Increasing Estimates and Price Target; Overweight," May 8, 2019, p. 1.

78 William Blair, "Upside Performance as Nutrisystem Integration off to Good Start; Positive Early Feedback From Key Constituents," May 8, 2019, p. 1.

79 SunTrust Robinson Humphrey, "Solid Start To The Year With Some Encouraging Green Shoots," May 9, 2019, p. 1.

80 Barrington Research, "Tivity Reports Solid Q1; Result Includes 24 Days of NTRI Asset; More Detailed FY/19 Guidance Provided; Maintain OUTPERFORM; PT is $40," May 10, 2019, p. 1.

> 1Q19 where the 1Q19 P&L benefits from not incurring marketing costs that are heavy earlier in the quarter and revenue that is backend loaded.[81]

41. Following the Q1 2019 earnings announcement, Tivity's share price fell from $22.60 to $20.14, or approximately 10.9 percent on May 9, 2019.[82]

### C. Q2 2019 Earnings Announcement and Alleged Misrepresentations: August 7, 2019

42. After hours on August 7, 2019, Tivity announced its second quarter financial results (the "Q2 2019 Earnings Announcement").[83] Tivity reported that overall revenues had increased by 124.1% to $340.4 million, which included nutrition segment revenues of $182.9 million and Healthcare segment revenues of $157.5 million.[84] This was generally in line with the consensus revenue estimates of $340.7 million.[85] In addition, adjusted EBITDA rose from $35.1 million in 2018 to $70.3 million in 2019, an increase of 100.3 percent,[86] which was below consensus estimates of $73.25 million.[87]

43. In its press release, Tivity reported that the Nutrition segment's adjusted EBITDA for the second quarter of $34.7 million "did not meet [its] expectations for the quarter."[88] Tivity provided updated guidance for the full year 2019, reducing the estimated ranges of the 2019 Stub Period adjusted EBITDA for the Nutrition segment from between $91 million and $101 million to between $80 million and $84 million.[89]

44. According to Plaintiff, Defendants made a series of misrepresentations in Tivity's Q2 2019 earnings announcement, including, for instance:[90]

---

81 Jefferies, "4 Key Insights from TVTY's 1Q19," May 9, 2019, p. 1.
82 Based on Bloomberg L.P.
83 Tivity Health Reports Second-Quarter 2019 Results, August 7, 2019, p. 1.
84 Tivity Health Reports Second-Quarter 2019 Results, August 7, 2019, p. 3.
85 Data provided by S&P Capital IQ.
86 Tivity Health Reports Second-Quarter 2019 Results, August 7, 2019, p. 1.
87 Data provided by S&P Capital IQ.
88 Tivity Health Reports Second-Quarter 2019 Results, August 7, 2019, p. 3.
89 Tivity Health Reports Second-Quarter 2019 Results, August 7, 2019, p. 3. The financial guidance provided by Tivity for FY19 includes the expected results for the Healthcare segment for the full year 2019 and the expected results for the Nutrition segment from March 8, 2019 through December 31, 2019.
90 *See* Consolidated Complaint, ¶¶ 99-107.

a. "While the nutrition business did not meet our expectations for the quarter, a comprehensive optimization plan has been developed and we believe the execution of this strategy will result in improved results for the 2020 diet season for the core nutrition business."[91]

b. "[J]ust 5 months after the closing of Nutrisystem, our revenue and cost synergy initiatives are on track according to plan and further momentum will occur as the year unwinds."[92]

c. "Additionally, our cost synergies are on track and our revenue synergies are beginning to take shape."[93]

d. "We have seen very encouraging early success in our revenue synergy opportunities, whereby we offer nutrition solutions to our managed care clients."[94]

e. "We are applying a strategic approach that is very similar to what we did in the Healthcare business unit and we have high confidence that we can execute another successful transformation."[95]

f. "Based on all indicators, we believe that for the remainder of the year, we will be able to exceed prior year new starts and forecasted as such."[96]

45. Plaintiff also alleges that Tivity warned of potential risks that, in fact, had already materialized as of the release of its second quarter financial results, including, for instance:[97]

---

[91] Tivity Health Reports Second-Quarter 2019 Results, August 7, 2019. *See also*, Consolidated Complaint, ¶ 99.

[92] Tivity Health Inc, Q2 2019 Earnings Call Transcript, on August 7, 2019. *See also*, Consolidated Complaint, ¶ 101.

[93] Tivity Health Inc, Q2 2019 Earnings Call Transcript, on August 7, 2019. *See also*, Consolidated Complaint, ¶ 101.

[94] Tivity Health Inc, Q2 2019 Earnings Call Transcript, on August 7, 2019. *See also*, Consolidated Complaint, ¶ 101.

[95] Tivity Health Inc, Q2 2019 Earnings Call Transcript, on August 7, 2019. *See also*, Consolidated Complaint, ¶ 101.

[96] Tivity Health Inc, Q2 2019 Earnings Call Transcript, on August 7, 2019, p. 7. *See also*, Consolidated Complaint, ¶ 102.

[97] Consolidated Complaint, ¶ 69.

a. "Weak performance during diet season could negatively impact our Nutrition segment's performance for the remainder of the year;"[98]

b. Tivity "may fail to realize the anticipated benefits and cost savings of the acquisition of Nutrisystem;"[99]

c. There was "the possibility that we paid more for Nutrisystem than the value we will derive from the acquisition."[100]

46. In addition, Plaintiff alleges that by the second quarter of 2019, Tivity's goodwill balance was impaired, as its carrying value exceeded its implied fair value.[101] Specifically, Plaintiff alleges that Defendants failed to impair Tivity's goodwill balance despite impairment triggers such as:

a. "Sustained underperformance of the Nutrition segment, including a failed 2019 diet season, which generated 9.2% less revenue than the prior year and only $5 million in adjusted EBITDA, compounding the woes of the previously poor 2018 diet season and creating a shortfall that Defendants only belatedly admitted would 'result in lower performance for the remainder of the year.'"[102]

b. "A reduction in Nutrition segment guidance in 2Q19 that continued to conceal the full 1Q19 adjusted EBITDA loss of $8.3 million, making even updated guidance unachievable."[103]

47. In its Form 8-K accompanying the Q2 2019 Earnings Announcement, Tivity provided supplemental materials that included original and updated revenue and adjusted EBITDA guidance

---

[98] Tivity Form 10-Q for period ending June 30, 2019, p. 52. *See also*, Consolidated Complaint, ¶ 105.
[99] Tivity Form 10-Q for period ending June 30, 2019, p. 42. *See also*, Consolidated Complaint, ¶ 104.
[100] Tivity Form 10-Q for period ending June 30, 2019, p. 42. *See also*, Consolidated Complaint, ¶ 104.
[101] Memorandum Opinion, p. 9.
[102] Memorandum Opinion, p. 10 (citations omitted).
[103] Memorandum Opinion, p. 10 (citations omitted).

for the Nutrition segment (formerly Nutrisystem).[104] Comparing the 2019 Stub Period and full-year adjusted EBITDA guidance, however, revealed different implications for adjusted EBITDA in the period from January 1, 2019 to March 7, 2019, neither of which corresponded to the actual adjusted EBITDA loss of $8.3 million, as set forth in the following table:

**Table 2. Pre-Acquisition Loss based on Original and Updated Guidance**

| Nutrition Segment Adjusted EBITDA | 2019 Guidance Updated | 2019 Guidance Original |
|---|---|---|
| 2019 Stub Period: March 8, 2019 to December 31, 2019 | $80m - $84m | $91m - $101m[105] |
| Full Year: January 1, 2019 to December 31, 2019 | $71m - $75m | $90m - $100m[106] |
| **Difference** | **≈ ($9 million)** | **≈ ($1 million)** |

48. After the earnings release for Q2 2019, Jefferies repeated its conjecture that "core Nutrition EBITDA has a $9mm EBITDA headwind due to timing of the NTRI close (recall this business lost money in the 2 months before the March '19 close)," which Jefferies stated had not "been fully appreciated by investors."[107]

49. Other analysts did not refer to this "headwind" after Tivity's Q2 2019 results, echoing the company's statements that management was taking the necessary steps to improve the Nutrition segment:

---

104 Tivity Form 8-K filed August 7, 2019, Exhibit 99.2: Tivity Health – Q2 2019 Earnings Release Supplemental Material, p. 14.

105 Tivity Form 8-K filed August 7, 2019, Exhibit 99.2: Tivity Health – Q2 2019 Earnings Release Supplemental Material, p. 10.

106 Tivity Form 8-K filed August 7, 2019, Exhibit 99.2: Tivity Health – Q2 2019 Earnings Release Supplemental Material, p. 14.

107 Jefferies, "4 Key Insights from TVTY's 2Q19," August 8, 2019, p. 1.

a. "TVTY is also confident the Nutrition segment will have a successful 2020 diet season, driven by investments made in 2019 to drive innovation. We assume about 10% annual growth for Nutrition in 2020."[108]

b. "We liked Management's confidence around addressing the Nutrisystem issues."[109]

c. "While Nutrition struggled in 2019 (after a difficult 2018), we believe the company is taking the necessary steps to improve performance next year."[110]

d. "Management also noted a new program innovation which will be a large catalyst for short-term results. Tivity as a whole is just scratching the surface of initial synergy potentials across revenue, marketing and expense, and we continue to see a large opportunity for Nutrition to leverage Tivity's large customer base."[111]

e. "It's important to note that due to the NTRI acquisition (and debt financing) closing on March 3rd, EPS for FY19 is slightly inflated as January and February are roughly breakeven in EBITDA for Nutrisystem, with the bulk of profits occurring later in the quarter."[112]

f. "While the Nutrisystem deal brought several of the aforementioned strategic levers, the diet business has under performed … To help optimize the core business and expand into new channels (*e.g.*, health plan, fitness locations) the company launched its OE initiative. As part of the initiative, TVTY will invest ~$3M over the back half of the year in areas like product innovation, channel

---

108 Cantor Fitzgerald, "Nutrition Outlook Reduced, But Overall Outlook Positive for 2020; Overweight," August 7, 2019, p. 1.

109 Chardan, "TVTY: Top-line Beat for 2Q19, Lowered FY19 Guidance., Reit Buy, PT to $24," August 23, 2019, p. 1.

110 Cantor Fitzgerald, "Looking Ahead to 2020; Shares Remain Inexpensive; Overweight," August 26, 2019, p. 1.

111 Craig-Hallum, "Q2 Results Mixed, Multiple Positive Developments Emerging To Drive Improved Earnings Results In 2020 And Beyond. Reiterate BUY Rating And $30 Price Target," August 8, 2019, p. 1.

112 Craig-Hallum, "Q2 Results Mixed, Multiple Positive Developments Emerging To Drive Improved Earnings Results In 2020 And Beyond. Reiterate BUY Rating And $30 Price Target," August 8, 2019, p. 2.

expansion, marketing, menu, branding and operational capabilities to improve its positioning for the 2020 diet season and beyond. Our estimates call for flat/slightly down 2020 Nutrition segment revenue and assume the OE initiative helps improve current trends."[113]

g. "During 2H2019, TVTY will invest in the Nutrition segment to improve performance in 2020. Specifically, the company has signed up new marketing agency partners and will launch a new media campaign."[114]

50. After the Q2 earnings announcement, Tivity's stock price increased approximately by 10.7 percent from $16.54 to $18.31 on August 8, 2019.[115]

**D. Q3 2019 Earnings Announcement and Alleged Misrepresentations: November 12, 2019**

51. After hours on November 12, 2019, Tivity announced its third quarter financial results (the "Q3 2019 Earnings Announcement"). The company reported revenues of $303.9 million, which included $143.9 million of revenue from the Nutrition segment and $160 million revenue for the Healthcare segment.[116] The reported revenue was above the consensus revenue of $301.52 million.[117] Tivity also reported third quarter adjusted EBITDA of $56.8 million, with an adjusted EBITDA of $17.7 million for the Nutrition segment and an adjusted EBITDA of $39.2 million for the Healthcare segment, and affirmed its revised guidance for 2019.[118] The adjusted EBITDA was below consensus estimates of $64.7 million.[119]

52. Plaintiff alleges that the Defendants "continued to hide the $8.3 million net loss and assured investors that the nutrition segment was 'on track' despite adjusting the EBITDA

---

[113] SunTrust, "Update From The Road – Strategic Positioning Remains Intriguing, Execution Is Key," August 21, 2019, p. 1.
[114] Cantor Fitzgerald, "Looking Ahead to 2020; Shares Remain Inexpensive; Overweight," August 26, 2019, p. 1.
[115] Based on Bloomberg L.P.
[116] Tivity Health Reports Third-Quarter 2019 Results, November 12, 2019, p. 1.
[117] Data provided by S&P Capital IQ.
[118] Tivity Health Reports Third-Quarter 2019 Results, November 12, 2019, pp. 2-4.
[119] Data provided by S&P Capital IQ.

guidance."[120] Defendants' alleged misrepresentations include, *inter alia*, statements made in Tivity's press release and during its November 12, 2019 conference call with analysts:[121]

a. "The nutrition segment also met our expectations reflecting an improved focus on execution and new investments in the O-E strategy."[122]

b. "[We] have positioned our Nutrisystem segment with a focus on the right strategic imperatives to return that business to growth. And fourth, we have made the necessary investments in the last quarter within the Nutrition business unit to ensure positive momentum entering into the 2020 diet season."[123]

c. "The Nutrition Business Unit's third quarter results came in as expected and Q4 quarter-to-date performance is on plan."[124]

d. "I'm pleased with the Nutrition Business Unit's performance this quarter and the progress we're making on the revenue synergy front. We're on track related to our inventory planning, 2020 diet season preparation, and we are executing on the OE strategy."[125]

e. "We are pleased with our results and tracking within our annual guidance communicated in the August earnings release."[126]

f. "As a reminder, the OE strategy encompasses; one, optimizing the core business to support 2020 diet season growth; and two, expanding the business to launch new revenue channels that will diversify us from being singularly dependent on

---

120 Memorandum Opinion, p. 7 (citations omitted).
121 *See* Consolidated Complaint, ¶¶ 108-119.
122 Tivity Health Reports Third-Quarter 2019 Results, November 12, 2019. *See also*, Consolidated Complaint, ¶ 109.
123 Tivity Health Inc, Q3 2019 Earnings Call Transcript, on November 12, 2019. *See also*, Consolidated Complaint, ¶ 113.
124 Tivity Health Inc, Q3 2019 Earnings Call Transcript, on November 12, 2019. *See also*, Consolidated Complaint, ¶ 110.
125 Tivity Health Inc, Q3 2019 Earnings Call Transcript, on November 12, 2019. *See also*, Consolidated Complaint, ¶ 111.
126 Tivity Health Inc, Q3 2019 Earnings Call Transcript, on November 12, 2019. *See also*, Consolidated Complaint, ¶ 112.

the direct response advertising based approach. We believe the execution of this strategy will lead to stabilization, growth and reduced volatility."[127]

g. "Our Q3 adjusted EBITDA for the Nutrition segment was $17.7 million or 12.3% of segment revenues. This amount includes approximately $2.2 million in benefits from cost synergies. As a reminder, the Nutrition segment's historical quarterly EBITDA cadence typically delivers the largest contribution during the second quarter each year. This year's sequential decline from Q2 to Q3 landed within our expectations based on its historical pattern and the new OE investment activity underway during the third quarter."[128]

h. "We expect fourth quarter Nutrition segment EBITDA margins to improve sequentially from Q3 to Q4 due to improving gross margin trends and lower marketing expenses as a percentage of revenues."[129]

53. Analyst commentary after the Q3 2019 earnings release focused on Tivity's management optimization strategies and potential cost synergies. In addition, analysts' continued discussion of Nutrition's Q1 2019 EBITDA indicated that some believed that the EBITDA was breakeven that quarter and/or a one-time non-recurring event, which added uncertainty to expectations of full year results and the upcoming diet season. For example:

a. "EPS for FY19 is slightly inflated as January and February are roughly breakeven in EBITDA for Nutrisystem, with the bulk of profits occurring later in the quarter."[130]

---

[127] Tivity Health Inc, Q3 2019 Earnings Call Transcript, on November 12, 2019. *See also*, Consolidated Complaint, ¶ 110.

[128] Tivity Health Inc, Q3 2019 Earnings Call Transcript, on November 12, 2019. *See also*, Consolidated Complaint, ¶ 108.

[129] Tivity Health Inc, Q3 2019 Earnings Call Transcript, on November 12, 2019. *See also*, Consolidated Complaint, ¶ 112.

[130] Craig-Hallum, "2019 Guidance Reiterated. Nutrition Innovations For Diet Season As Well As New Older American Offering Provide Strong Catalysts For 2020. Reiterate BUY Rating And $30 Price Target.," November 13, 2019, p. 2.

b. "Adjusted EBITDA missed due to some ongoing and some isolated expenses incurred to support the Nutrition business ahead of diet season which is mostly a 1Q event."[131]

c. "Nutrition a Little Squishy. Revenue was soft (missed us by 1.5%) but in the range of acceptable given volatility of the business this year. EBITDA was noticeably light compared to our projection ($18mm vs $23mm) but mgmt characterized it as 'inline'."[132]

d. "Nutrition segment leadership stated that its program for the upcoming diet season is its 'most innovative' since 2014. This is encouraging, though obviously very vague. The company said that it would unveil full details regarding its plans for the 2020 dieting season next month."[133]

e. "Nutrition segment revenue declined as expected, recognizing that 1Q20 diet season is the next catalyst for that business."[134]

54. After the Q3 earnings announcement, Tivity's stock price increased approximately by 5.8 percent from $18.56 to $19.63 on November 13, 2019.[135]

## E. Dawn Zier's Departure

55. On December 9, 2019 (before the market open), Tivity announced that its employment relationship with President and Chief Operating Officer Dawn Zier had been "mutually terminated" on December 4, 2019 (the "December 2019 Disclosure").[136] According to Tivity's announcement:

> Effective December 4, 2019, the employment relationship between Tivity Health, Inc. (the "Company") and Dawn M. Zier, the President and Chief Operating Officer

---

131 Piper Jaffray, "3Q19 Better-Than-Feared," November 13, 2019, p. 1.
132 Jefferies, "4 Key Insights from TVTY's 3Q19," November 12, 2019, p. 1.
133 Barrington Research, "Q3 Results Mixed; Top Line Beats; Profitability Falls Short; Reducing PT to $38 from $40, but Upside Still Very Big," November 14, 2019, p. 3.
134 Cantor Fitzgerald, "3Q19 Review; EBITDA Was Light But Guidance Reaffirmed," November 12, 2019, p. 1.
135 Based on Bloomberg L.P.
136 Tivity Form 8-K filed December 9, 2019.

> of the Company, was mutually terminated. In connection therewith, the Company entered into a Separation and Release Agreement with Ms. Zier which provides that Ms. Zier will receive those separation payments and benefits that she is entitled to receive under her employment agreement in respect of a termination without cause, which agreement has previously been disclosed.
>
> Additionally, in accordance with her employment agreement, Ms. Zier resigned as a director of the Company effective December 4, 2019. Ms. Zier's decision to step down from the Company's board of directors is not related to any disagreement between Ms. Zier and the Company with respect to the Company's operations, policies or practices. The Company's board of directors determined to reduce the size of the board to eleven directors upon the effectiveness of Ms. Zier's resignation.[137]

56. Analyst commentary immediately following Ms. Zier's departure indicated that the move was surprising, noting that management had provided few details:

a. "This morning (12/9), TVTY announced that its President and COO (and former Nutrisystem CEO), Dawn Zier was 'mutually terminated.' The announcement is surprising given the impending start of the diet season at the end of December/early January. No specific reasons for the mutual termination were provided. The filing did not provide much other detail, only to say that Ms. Zier's board seat will not be filled and that it did not name a successor at her operating role. This announcement is likely to shake investor confidence again in TVTY's ability to stabilize/improve its nutrition segment."[138]

b. "We had the opportunity to speak with TVTY's CFO, Adam Holland, this morning to discuss the departure of the company's President and COO (and former Nutrisystem CEO), Dawn Zier. Mr. Holland suggests that the departure is not all related to company's performance in the upcoming diet season. Keira Krausz remains as President of the Nutrisystem and will assume a few more direct

---

[137] Tivity Form 8-K filed December 9, 2019.

[138] Cantor Fitzgerald, "Dawn Zier Departure is Surprising; Reiterate Overweight," December 9, 2019, p. 1.

reports in her role. The company should be announcing its diet season products and strategies within the next week or so."[139]

c. "This morning, Tivity Health filed an 8-K announcing the mutual termination of the employment relationship between the company and President and Chief Operating Officer, Dawn Zier effective December 4th. ... We do not necessarily view the announcement as a red flag and with the 2019 challenges the company has experienced in the nutrition business/TVTY's commitment to further integrating the nutrition offering into its Healthcare segment platform, we welcome fresh eyes."[140]

d. "Dawn was removed, in all but title, from daily operations. Keira Krausz, who'd been Chief of Marketing at NTRI, was promoted to President of Nutrition in March and has been effectively running the biz since. TVTY's website, in homage, charges Keira with responsibility for 'all revenue generating' ... in the segment. … Dawn's departure probably isn't fatal, but timing could've been better."[141]

57. Some analysts viewed the underperformance of the Nutrition segment as the reason for Ms. Zier's departure from the company, and that her departure may be a signal that the Nutrition segment would underperform in the upcoming diet season:

a. "In March 2019, TVTY acquired Nutrisystem for $1.3 bln, on the rationale that the combined company would uniquely offer an integrated portfolio of solutions to support overall health and wellness. However, the company's Nutrition segment underperformed management's expectations in 2019. In fact, after several years of strong double-digit top line growth, Nutrisystem has experienced a decline in its revenues over the past two years, primarily driven by fewer new

---

[139] Following a call with management, Cantor Fitzgerald also noted that Mr. Holland, Tivity's CFO, "suggests that the departure is not all related to company's performance in the upcoming diet season." Cantor Fitzgerald, "Update After our Call with CFO; Reiterate Overweight," December 9, 2019, p. 1.

[140] SunTrust, "Comments On Management Change," December 9, 2019, p. 1.

[141] Piper Jaffray, "On Dawn's Departure, Nutrition and Healthcare Following NDR," December 18, 2019, p. 1.

customer starts. It remains to be seen if management's initiatives, targeted spending, etc., are likely to result in a segment turnaround, which has become increasingly more difficult with the departure of Dawn Zier, the former COO of Tivity and the former CEO of Nutrisystem."[142]

b. "We remain confident that the company's investments in product and marketing will bear fruit during the current diet season. Nutrisystem's 2018 and 2019 performance was not impressive. We suspect the poor performance lead [*sic*] to the departure of former Nutrisystem CEO, Dawn Zier in December 2019."[143]

c. "Nutrition: where there's smoke there's fire. As CEO of NTRI, Dawn Zier inherited a business in decline and turned it around, driving sales at a 14% CAGR from 2013-2018. Her termination on 12/4/19, three weeks before diet season, was the smoke. Since then, we've been tracking accelerating promotional activity at Nutrisystem culminating in the BOGO sale still running today. This promotion, exclusion-less with no apparent expiration, it's the fire. Our nutrition segment revenue estimates are ~$10M below consensus in 2020, and we expect future revisions will be downward biased."[144]

58. Concerns with Ms. Zier's departure and its implications of an upcoming bad diet season were also discussed internally at Tivity.[145] It is my understanding from counsel that Plaintiff alleges Ms. Zier's departure, without warning and without having articulated a plan for succession

---

[142] Credit Suisse, "Bullish on Healthcare Segment, but Nutrisystem Deal Yet to Prove Its Worth; Initiating with a Neutral Rating," January 3, 2020, p. 1.

[143] Cantor Fitzgerald, "Increasing Confidence for Nutrition Segment," January 21, 2020, p. 1.

[144] Piper Sandler, "Downgrading to Neutral," January 27, 2020, p. 1.

[145] *See, e.g.*, Tramuto Tr. 233:21-235:4 and Exhibit 446 ("As you have observed, the stock has been reacting to DZ announcement. Two themes: 1. This must be related to an upcoming bad diet season. 2. Why did you not wait until after the diet season to transition her out / it seems very abrupt. We have managed both of the above albeit they continue to go back to concern number 1."); email from Donato Tramuto to Kevin Wills on December 10, 2019 (TVTY_STROUGO0136332) ("Mindful of the market jitters specific to the DZ transition must mean a bad diet season is approaching, my recommendation was to issue a PR this morning reinforcing our commitment to executing on the OE strategy.")

to investors,[146] was within the zone of risk concealed by Defendants' alleged misrepresentations and scheme.[147]

59. After the announcement of Ms. Zier's departure, Tivity's share price declined from $22.64 to $20.23, a decrease of 10.6 percent on December 9, 2019.[148]

60. By this time, Tivity management had grown concerned that analysts' expectations about the Nutrition segment's 2019 performance were overstated. On December 11, 2019, Tommy Lewis, Tivity's head of investor relations, sent an email to Bob East at Westwicke, an investor relations consultancy, asking for assistance with "coaching" analysts about their expectations:[149]

> We could use your help in assisting us with coaching the sell-side analysts related to their Q120 modeling. When we closed the transaction on March 8, we were benefited by most of the diet season orders costs being absorbed in the financials prior to close. You may recall that acquisition costs are applied to the first order. That said, our EBITDA for the stub period was more generous than would be the case for a full quarter. Our Q1 NTRI EBITDA was higher than a complete quarter would have been. The other difference would be that NTRI added back stock-based comp and we don't so there are comparability differences that need to be considered. What's the right approach to get out in front of this? I'd like to get those Q1 and/or 2020 models adjusted sooner rather than later even though we won't issue guidance until the Q4 call.[150]

61. Mr. East replied, "No easy way to do this. Probably messaging at the [JP Morgan conference]."[151] I understand, however, that Tivity did not provide messaging at the JP Morgan conference.[152] Nevertheless, by January 2020, the analyst at Piper Sandler expressed concern over Tivity's upcoming FY 2019 results and expectations about the Nutrition segment:

---

146 Following the announcement, Cantor Fitzgerald also had a call with Tivity's CFO, Adam Holland, and released an analyst report, stating that "Keira Krausz remains as President of the Nutrisystem and will assume a few more direct reports in her role." Cantor Fitzgerald, "Update After our Call with CFO; Reiterate Overweight," December 9, 2019, p. 1.

147 Consolidated Complaint, ¶ 183.

148 Based on Bloomberg L.P.

149 Lewis Tr. 132:21-139:17.

150 Lewis Tr. Exhibit 135.

151 Lewis Tr. Exhibit 135.

152 Lewis Tr. 136:18-21; 137:23-138:2. While I understand that Tivity had considered discussing Q1 2019 expectations with respect to the Nutrition segment at the January 15, 2020, JP Morgan healthcare conference, I have not seen evidence that management provided revised guidance at the conference. *See*, draft internal JP Morgan presentation outlines (ICR_0002405 and

> We were concerned when the architect of NTRI's growth was abruptly fired on 12/4/19, but lacked evidence to call out risk to numbers at that time. Since then however, we have tracked ongoing promotional activity at Nutrisystem which provides the evidence we formerly lacked. We believe Nutrisystem's ongoing, exclusion-less Buy One Get One Free sale has been running since mid-November 2019. We reviewed Diet Season promotional activity back to 2016 (Exhibit 1 and Exhibit 2) and believe this BOGO sale is unprecedented.[153]

62. In the weeks following Zier's departure, Tivity's share price traded between $19 and $26 per share, closing at $22.93 on February 19, 2020.[154]

## F. Q4 2019 Earnings Announcement and Corrective Disclosure: February 19, 2020

63. On February 19, 2020, after the close of trading, Tivity issued a press release reporting financial results for the fourth quarter and fiscal year 2019 (the "February 2020 Disclosure"). Concurrent with the release, Tivity released another press release announcing the departure of its CEO, Donato J Tramuto, and that the President of the Nutrition segment, Keira Krausz, had resigned the previous day.

64. Tivity disclosed that the Nutrition segment "had a disappointing end to 2019."[155] Tivity also announced that the revenue for the Nutrition segment was $113.7 million for the fourth quarter, which represented a 12 percent year over year decline,[156] and that the adjusted EBITDA for the Nutrition segment totaled $13.9 million, with both the revenue and adjusted EBITDA for the segment missing both Tivity's and the markets' expectations.[157] Tivity also issued guidance

---

TVTY_STROUGO0155749) with the line item "Message Q1 NTRI EBITDA – stub period" referenced as a topic to discuss in the presentation and Tivity JP Morgan Healthcare Conference Transcript dated January 15, 2020.

153 Piper Sandler, "Downgrading to Neutral; Reiterate $25 Price Target," January 27, 2020, p. 2.

154 Based on Bloomberg L.P.

155 Tivity Form 8-K and accompanying press release dated February 19, 2020, "Tivity Health Reports Fourth-Quarter and Fiscal Year 2019 Results."

156 The Nutrition Segment revenue in Q4 2018 was $129.5 million. "Nutrisystem Announces Fourth Quarter and Full Year 2018 Financial Results," *Business Wire*, February 19, 2019.

157 Tivity reported overall revenues of $272.8 million for the quarter, which was below consensus estimates of $275.2 million. Tivity also reported adjusted EBITDA of $55.5 million, which was below consensus estimates of $63.8 million. Data provided by S&P Capital IQ.

for the Nutrition segment for FY20 that was approximately 43 percent lower than the guidance it provided to the market at the time of the Nutrisystem acquisition for FY19.[158]

65. The release also disclosed to investors for the first time that the Nutrition segment had lost $8.3 million in adjusted EBITDA during the pre-acquisition portion of the first quarter of 2019.[159] In addition, Tivity also noted that the adjusted EBITDA for the Nutrition segment "benefited from the timing of certain expenses in relation to the acquisition date of March 8, 2019 as reflected in the table."[160]

66. The company also announced that, during its annual impairment, it found that "the fair values of both goodwill and the Nutrisystem tradename were below their carrying amounts," which led to a non-cash impairment charge of $377.1 million consisting of (a) an impairment charge to reduce the value of the Nutrisystem trade name by $240 million and (b) a $137 million goodwill impairment charge relating to the Nutrisystem acquisition.[161] Tivity acknowledged that this was driven by "a reduction in the Company's long-term forecast for the Nutrition segment."[162]

67. On the same day, Tivity hosted an earnings conference call. In a reversal to what management had previously stated, that the Nutrition segment had been on track and performing well, Tivity's management acknowledged the problems with the Nutrition segment, the challenges it faced in its 2019 and 2020 diet seasons, and the difficulties associated with reversing the fortunes of the segment:[163]

a. "As indicated in our prepared remarks, we have been disappointed with the Nutrisystem performance. We believe there are a number of reasons for that to

---

[158] Consolidated Complaint, ¶ 79; Tivity Form 8-K and accompanying press release dated February 19, 2020, "Tivity Health Reports Fourth-Quarter and Fiscal Year 2019 Results."

[159] Consolidated Complaint, ¶ 54, 80; Tivity Form 8-K and accompanying press release dated February 19, 2020, "Tivity Health Reports Fourth-Quarter and Fiscal Year 2019 Results."

[160] Tivity Form 8-K and accompanying press release dated February 19, 2020, "Tivity Health Reports Fourth-Quarter and Fiscal Year 2019 Results."

[161] Consolidated Complaint, ¶ 79; Tivity Form 8-K and accompanying press release dated February 19, 2020, "Tivity Health Reports Fourth-Quarter and Fiscal Year 2019 Results."

[162] Tivity Form 8-K and accompanying press release dated February 19, 2020, "Tivity Health Reports Fourth-Quarter and Fiscal Year 2019 Results."

[163] Tivity Q4 2019 and FY 2019 Earnings Call Transcript, February 19, 2020.

include increased competition, some operational missteps, lack of innovation, all of which we believe we can correct and move forward and get fixed."

b. "[W]e have not been satisfied with the performance of our Nutrition business, and we believe the company will benefit from a transition to a new CEO."

c. "Admittedly, the Nutrition business has not worked out as well as planned since the completion of the acquisition in March of 2019."

d. "The Nutrition business unit generated over $600 million in revenue in 2017, '18 and '19. But while it still produced over $70 million in adjusted EBITDA in 2019, last year was a step backward."

e. "We also know that after experiencing a year of decline in new customers, industry history shows it's a tremendous challenge to reverse the trend for the next diet season."

f. "Through mid-February, we are up double-digit in year-over-year customer starts versus the same period of time in 2019. And based on these starts and an expected return to regular cadence of orders for the remainder of the year, we anticipate customer growth in the mid-single digits for full year 2020 versus the full year 2019. While this is certainly encouraging, a lower anticipated average selling price is expected to provide a headwind to Nutrisystem revenue and EBITDA growth in 2020."

68. Following the February 2020 Disclosure, analyst coverage underscored the reversal of Tivity's previous statements, and the commentary focused on the bleaker outlook for the Nutrition segment:

a. "We downgrade to Hold from Buy due to two material changes to our thesis. First, while Nutrisystem customer growth is rebounding this year as we had expected, the company's aggressive use of discounts is negatively impacting avg selling price and margins. … The proprietary data was correct in so much that the uptick in Nutrisystem website visits are leading to customer growth (double-digits YTD through mid-Feb). However, deeply discounted promotions are driving the rebound. That's leading to lower average selling prices and margin

pressure. Threading the needle on a recovery from here is a challenge. Mgt needs to raise prices without materially sacrificing customer growth all while playing in a highly competitive diet industry."[164]

b. "The company was forced to take a $137 million non-cash impairment charge to lower the carrying amount of goodwill for the nutrition business unit and a $240 million noncash impairment charge to lower the carrying value of the Nutrisystem tradename. Not that we had needed this confirmation, but the acquisition of the Nutrisystem asset has been a value-destroyer for TVTY shareholders since it was first announced on a very snowy day (on the East Coast) in December 2018. … Unfortunately, TVTY stock will have basically round-tripped by the end of trading today given the extreme value destruction that has occurred as a result of the Nutrisystem deal and its continuing poor performance."[165]

c. "In terms of the 2020 diet season, the company disclosed that customer starts were up more than 10% through mid-February and the company currently expects customer starts to grow in the mid-single digits for FY/20. Unfortunately, it appears that the company has had to cut price materially and increase the utilization of promotional activities such as BOGO offers in order to drive this customer growth."[166]

d. "We are downgrading TVTY shares to Neutral from Overweight and reducing our price target to $17 from $40. After the market close on Wednesday, February 19, the company reported disappointing 4Q19 results. More important, 2020 Nutrition segment guidance was well-below our estimates. … Nutrition segment outlook remains problematic. The company's 2020 Nutrition segment revenue

---

164 Jefferies, "Downgrade to Hold: Too Many Uncertainties," February 19, 2020, p. 1.

165 Barrington Research, "Q4 Results, FY/20 Guidance Disappoint; CEO Terminated; Nutrition Business Still a Mess; No Quick Fixes; Reducing PT to $24 from $38," February 20, 2020, pp. 2-3.

166 Barrington Research, "Q4 Results, FY/20 Guidance Disappoint; CEO Terminated; Nutrition Business Still a Mess; No Quick Fixes; Reducing PT to $24 from $38," February 20, 2020, p. 4.

guidance is $560-590 million, which implies a 7-8% decline from 2019 comparable results. The company indicates that its Nutrisystem brand revenue is likely to increase this year as customer starts in 1Q have been strong (double-digit percentage), but promotional efforts have been a headwind. Still, the company's South Beach, retail and QVC products are struggling, which appeasr [*sic*] to be the main driver behind the disappointing performance. … At this juncture, it is difficult to have confidence in Nutrition segment results."[167]

e. "We are downgrading shares of TVTY from Buy to Hold following lower than expected 2020 guidance. While we continue to believe that there is significant potential for synergies by leveraging TVTY's nutrition segment to sell into healthcare channels, this opportunity has been eclipsed for now by what will likely be a third consecutive year of revenue declines for Nutrition segment. Given significant turnover in the senior leadership and the fact that January and February represent the biggest recruitment months for Nutrisystem, we believe it is unlikely that this segment will show meaningful improvement in 2020."[168]

f. "The Nutrition segment's tenured leaders are gone and its problems are not easily fixable. There's a disconnect between promotional activity and the pricing power TVTY claims to maintain, and we have questions about the assumptions baked into 2020 guidance. We believe there is still risk to numbers, and we are cautious on the outlook for Nutrition."[169]

g. "We are downgrading shares of TVTY from Buy to Hold on the heels of a 4Q miss, continued deterioration in the Nutrition business … Promotional BOGO pricing has aided the uptick in customer growth, but ongoing promotional activity is pressuring margins. Pressure on DTC margins combined with weak South

---

167 Cantor Fitzgerald, "Not Much ProducTIVITY Here; Downgrading to Neutral and Lowering Price Target," February 20, 2020, p. 1.

168 Craig Hallum, "Weak 2020 Guidance Driven By Retail Segment Weakness. Downgrading From BUY To HOLD In View Of Lower Estimates And Management Turnover. Reducing Price Target To $18," February 20, 2020, p. 1.

169 Piper Sandler, "Q4 2019: Crisis in Nashville," February 20, 2020, p. 1.

Beach and QVC results are driving the expected 2020 adjusted EBITDA declines."[170]

h. "In our view, the delta versus the Street mainly relates to continued weakness in the underperforming nutrition business, which continues to struggle with new customer acquisition at an adequate average sales price (as customer acquisition was up year-over-year in early 2020, but as this appears to have been driven by increased discounting—such as buy-one-get-one offerings). In turn, sales are lagging expectations, which, combined with higher promotional expenses, are further depressing bottom-line results. ... we believe the underperformance in the nutrition segment led to both of the exits, and, in our view, signal a botched strategy related to the Nutrisystem acquisition and subsequent marketing initiatives."[171]

i. "Overall, while we continue to appreciate the long-term merits in the Nutrisystem deal (related to investing in nutrition as a social determinant of health), we must acknowledge the huge value destruction that occurred as a result of the transaction and the segment's continued underperformance. And, with little comfort in a near-term turnaround, we believe shares likely will remain under pressure going forward and, thus, are downgrading shares to Market Perform."[172]

69. The price of Tivity shares dropped by over 45 percent after the February 2020 Disclosure, from a closing price of $22.93 per share on February 19, 2019 (the day prior) to $12.50 on February 20, 2020.[173]

---

170 SunTrust, "Nutrition Challenges Continue - Downgrading To Hold, Cutting Estimates And Target," February 20, 2020, pp. 1-2.

171 William Blair, "CEO Departure Signals Botched Strategy for Nutrition Acquisition; Downgrading to Market Perform," February 20, 2020, pp. 1-2.

172 William Blair, "CEO Departure Signals Botched Strategy for Nutrition Acquisition; Downgrading to Market Perform," February 20, 2020, p. 2.

173 Based on Bloomberg L.P. I note that Tivity ultimately sold its Nutrition segment for a substantial loss. On October 19, 2020, Tivity announced that it had entered into an agreement to sell its Nutrition segment (formerly Nutrisystem) to Kainos Capital, a private equity firm, for $575 million in cash, representing a loss of $725 million in less than two years. *See* Tivity Form 8-K filed October 19, 2020 and "Tivity Health Announces Sale of Nutrition Business," *PR Newswire*, October 19, 2020.

70. According to Plaintiff's allegations, "[t]he decline in the price of Tivity common stock after the corrective disclosures came to light was a direct result of the revelation of the nature and extent of Defendants' scheme and fraudulent misrepresentations and omissions to investors and the market, and such corrective disclosures were within the zone of risk concealed by Defendants' fraud."[174]

## VII. Analysis of Corrective Disclosures

71. As a general proposition, modern finance theory holds that, in an efficient market, the market price of a share is the present value of the market's expectations of future economic benefits available to shareholders, discounted at the opportunity cost of capital, which reflects the risk associated with those benefits.[175] All else equal, the market price of a share will be reduced when the amount of expected future cash flows is reduced and/or the riskiness associated with expected future cash flows is increased.

72. When a firm conceals or misleads the market about the expected amount and/or extent of the risk of future cash flows, this may inflate its share price to a price that is higher than it would otherwise have been had the firm not concealed the relevant information. In the event that the market receives new information that partially or completely reveals the true expectations and/or risk, the new market equilibrium (as reflected in the share price) reflects investors' new consensus about expected future economic benefits and risk.

73. In order to estimate inflation based on a company's share price reaction, certain conditions must hold. Importantly, the corrective disclosure must contain information relevant to the alleged contraventions, such that the disclosure of the relevant information may be used to infer how market participants adjusted expectations in response to the news. When a corrective disclosure also contains information unrelated to the allegations, known as *confounding*

---

[174] Consolidated Complaint, ¶ 176.

[175] The value of an asset or security is generally driven by the discounted value of future cash flows it is expected to generate. Discounted cash flows refers to cash flows that have been adjusted to their present value on the basis that a dollar received today is worth more than a dollar received in the future, taking into account the time value of money as well as the risk that future cash flows may not materialize. *See, e.g.*, Pratt, Shannon, P., *Valuing a Business: The Analysis and Appraisal of Closely Held Companies*, (6th ed., 2022), pp. 156-157.

*information,* it is necessary to remove the effects of this confounding information in order to isolate the share price reaction to information pertaining to the alleged contraventions.

74. I understand that courts have considered evidence that a security traded in a market characterized by the semi-strong form of the efficient market hypothesis ("EMH")—under which all publicly available information is incorporated into the price of an actively traded asset—as evidence that it is appropriate to invoke the "fraud on the market" presumption with respect to that security in the context of securities litigation.[176] The consequence of the semi-strong form of the EMH is that share prices adjust quickly to reflect the discounted value of expected future cash flows, and that investors' expectations as to future cash flows reflect the appropriate, risk-adjusted discount rate.[177] This ensures that the share price after the corrective disclosure reflects investors' revised expectations and, therefore, that the share price reaction is indicative of the corrective disclosure's effect on the company's value.[178]

75. I have concluded that Tivity's shares traded in a market that was semi-strong form efficient during the Class Period.[179]

---

176 *Basic*, 485 U.S. at 245-46; John Campbell, *et al*., *The Econometrics of Financial Markets*, 1997, p. 22.

177 According to an *amici curiae* brief of testifying economists submitted to the Supreme Court, "economists do *not* generally disagree about whether market prices respond to new material information. In particular, there is little doubt that the stock price will increase reasonably promptly after favorable news about a company is released and decline after unfavorable news." Brief of Financial Economists as Amici Curiae in Support of Respondent, *Halliburton Co. and David Lesar v. Erica P. John Fund, Inc.*, *FKA Archdiocese of Milwaukee Supporting Fund, Inc.*, February 5, 2014, pp. 8-9 (emphasis in original).

178 While market participants have different perceptions and expectations regarding the characteristics of assets, which determine their willingness to pay for a security, the confluence of these differences determines a market equilibrium value. *See* John Campbell, *et al*., *The Econometrics of Financial Markets*. Princeton, 1997, pp. 20-25. *See also* Eugene Fama, "Random Walks in Stock Market Prices," *Financial Analysts Journal*, January-February, 1995, pp. 3-4.

179 My discussion and analysis of market efficiency is set forth in the Dalrymple Class Certification Report, which I incorporate herein. I also discussed my damages methodology in the Dalrymple Class Certification Report, including my use of an event study, and understand the Court agreed with my findings. *See, e.g.*, Memorandum Opinion dated June 6, 2022, pp. 17-20.

## A. Event Study

76. Having established that Tivity's shares traded in a market that was semi-strong form efficient, one may then look to share price reactions in order to examine the impact of corrective disclosures on the company's share price.

77. In order to examine the extent to which Tivity's share price responded to information disclosed through the corrective disclosures at issue in this matter, I apply a widely accepted technique known as an event study.[180] Event studies examine share price returns corresponding to a particular *event window*, during which the event in question occurred. An event study may be used to isolate the impact of an announcement corresponding to a particular event from other factors that would have affected the share price at that time, such as macroeconomic news affecting broad market indices.

78. A widely used application of the event study is known as the market model.[181] The market model is based on regression analysis, which provides a statistical framework for examining the nature and form of the relationship between two or more variables. In this case, a market model may be used to explain or predict changes in the dependent variable, Tivity's share price returns, as a function of changes in the values of the independent variables, such as returns to the overall U.S. stock market and an industry sector index.

79. The market model works by predicting what the share price return would have been based on movements in market indices on a particular day.[182] By subtracting predicted returns from the actual returns, one can estimate the change in the company's share price that is not explained by wider market phenomena, which is known as the *abnormal return*. Thus, the

---

180 John Campbell, et al., *The Econometrics of Financial Markets*, 1997, Chapter 4. *See also Halliburton II*, 573 U.S. at 280-81.

181 John Campbell, *et al*., *The Econometrics of Financial Markets*, 1997, Chapters 4-6. *See also*, A. Craig MacKinlay, "Event Studies in Economics and Finance," *Journal of Economic Literature, Vol. 35. No. 1, Mar. 1997.*

182 Share price returns are computed as the percentage movements in the security price. For the purposes of estimating the market model, share price returns are typically expressed as logarithmic returns, or log returns. Specifically, a log return is the natural logarithm of the ratio of two daily closing security prices: $\ln(P_t/P_{t-1})$, where 'ln' is the natural logarithm, '$P_t$' refers to the security price on day $t$ and '$P_{t-1}$' refers to the security price one trading day prior to day $t$.

abnormal return is the difference between the return predicted by the market model and the actual return associated with the event at issue.

80. In cases where the abnormal return is statistically different from zero, it may be reasonable to conclude that it was caused by the event in question, provided the news became available to the market at the time of (or just prior to) the abnormal movement.[183] If no confounding information were released at the same time, the abnormal return may be used directly as an estimate of the corrective disclosure's effect on the value of a company's shares; otherwise, it would be necessary to disaggregate the effect of the portion of the abnormal return attributable to confounding information.

81. The market model can control for broad market movements as well as industry-specific information that is not specific to the company. In addition, market models may also include indicator variables to control for other events, such as earnings announcements, that one would expect to affect share price returns on days outside the event window.[184]

82. I apply a market model to estimate TVTY abnormal returns for the Class Period using the following independent variables:[185]

a. An independent variable representing the daily log return of the S&P SmallCap Total Return Index (the "Market Index"), calculated as the natural logarithm of the ratio of its consecutive daily closing prices, or ln(P(MRKT)t/P(MRKT)t-1).[186]

---

183 Statistical significance represents the likelihood that a result or observed relationship between two variables is unlikely under a specific hypothesis. Hypothesis testing is traditionally employed to determine if a result is statistically significant or not. This provides a "p-value" representing the probability of observing data as extreme as that which was measured if the null hypothesis is indeed true. For example, statistically significant result at the one percent significance level is one in which there is a less than one percent probability of observing this data if the null hypothesis were true. Such p-values are also often described in terms of confidence levels by subtracting the p-value from 100 percent. *See*, for instance, Jeffrey M. Wooldridge, *Introductory Econometrics: A Modern Approach*, (6th ed., 2016), p. 119.

184 Indicator variables take a value of one on the relevant day and zero on all other days.

185 Details of this model are set forth in my report dated October 26, 2021.

186 "S&P SmallCap 600," *S&P Dow Jones Indices*, https://www.spglobal.com/spdji/en/indices/equity/sp-600/#overview.

b. An independent variable representing the daily log return of the Dow Jones U.S. Select Health Care Providers Total Return Index (the "Industry Index"), calculated as the natural logarithm of the ratio of its consecutive daily closing prices, or ln(P(IND)t/P(IND)t-1).[187]

c. In addition to the market and industry indices, I include indicator, or dummy, variables that have a value of one on earnings release days and the date on which Ms. Zier's termination was announced, and zero on all other days.[188]

83. I estimate the market model over the Class Period.[189] Results of my analysis for the alleged corrective disclosure dates are presented in **Exhibit 1**.

## B. Analysis of the Corrective Disclosures

84. I understand that the Plaintiff alleges, *inter alia*, that information contained in the December 2019 Disclosure and February 2020 Disclosure revealed to the market value-relevant information that had either been previously withheld or was within the zone of the risk concealed by the alleged fraud.[190] Through these disclosures, Plaintiff alleges that market participants learned of Tivity's true business condition and the extent of the risks concealed from investors.

---

187 "Dow Jones U.S. Select Health Care Providers Index," *S&P Dow Jones Indices*, at https://www.spglobal.com/spdji/en/indices/equity/dow-jones-us-select-health-care-providers-index/#overview.

188 I also estimated the market model to include indicator variables on all days where Tivity released company-specific information through its Form 8-Ks. As set forth in my reliance materials, the results of my analysis are not sensitive to the selection of indicator variables.

189 As discussed in the Dalrymple Class Certification Report, I use an estimation window consisting of all trading days in the Class Period other than the one predicted. This ensures that Tivity's operational structure, which changed after Tivity acquired Nutrisystem, is consistent during my estimation window. As set forth in my reliance materials, the results of my analysis are not sensitive to the selection of a particular estimation window or index. Applying alternative specifications yields similar results.

190 Consolidated Complaint, ¶¶ 172-176 and 183. As discussed earlier, I understand from counsel that Plaintiff alleges that Ms. Zier's departure was within the zone of the risk concealed by Defendants' misstatements, omission, and scheme.

As a result, according to Plaintiff, Tivity's share price was artificially inflated during the Class Period, and the inflation dissipated following each of the corrective disclosures.[191]

85. The abnormal returns as measured by my event study may be used to assess the impact the corrective disclosures had on the value of Tivity's share price. As set forth in **Exhibit 1**, applying the event study to the December 2019 Disclosure yields the following abnormal returns: [192]

a. December 2019 Disclosure: negative 9.8 percent on December 9, 2019, which corresponds to an abnormal share price decline of $2.23, significant at the 1 percent level;

b. February 2020 Disclosure: negative 45.3 percent on February 20, 2020, which corresponds to an abnormal share price decline of $10.39, significant at the 1 percent level.

**1) December 2019 Disclosure**

86. On December 9, 2019 (before market open), Tivity announced that its employment relationship with Dawn Zier was mutually terminated on December 4, 2019 from her role as Tivity's President and Chief Operating Officer.[193] According to Plaintiff, Ms. Zier was personally responsible for Nutrisystem being acquired by Tivity, signed the merger agreement on behalf of

---

[191] "When the circumstances concealed by Defendants' prior misrepresentations and omissions began to come out, it caused the price of Tivity common stock to fall as the prior artificial inflation came out of the stock price." Consolidated Complaint, ¶ 171. *See also*, Consolidated Complaint, ¶¶ 196-199.

[192] Abnormal returns are daily nominal abnormal returns. I also measured the abnormal returns on the day after each of the two corrective disclosures. On December 10, 2019, the abnormal return was negative 2.3 percent; significant at the 30 percent level. On February 21, 2020, the abnormal return was negative 3.1 percent, significant at the 16 percent level. I did not identify any additional company-specific news on these dates. While these negative abnormal returns may be further evidence that the corrective disclosures continued to impact Tivity's share price on the following days, I have not measured the extent to which the abnormal share price declines on the days after the corrective disclosures are attributable to the corrective information with a degree of certainty sufficient to include in my inflation estimate. To the extent negative returns on these days were attributable to revelations about Defendants' alleged fraud, my inflation estimates would be conservative (*i.e.*, understated).

[193] Tivity Form 8-K filed December 9, 2019.

Nutrisystem, and was responsible for, *inter alia*, Tivity's Nutrition segment as COO and President following the merger.[194] I also understand that Ms. Zier had initially been positioned to be a potential successor of Mr. Tramuto.[195]

87. Ms. Zier's departure, without warning and without Tivity having communicated a plan for her succession to investors,[196] adversely affected investors' confidence in Tivity's ability to stabilize and improve the Nutrition segment, especially in light of Ms. Zier's critical role in the Nutrition segment (which Tivity had previously assured investors was an asset).[197] As previously discussed, analysts appeared to have been surprised by the announcement, especially "given the impending start of the diet season at the end of December/early January."[198] While Ms. Zier's termination did not reveal the extent of the Nutrition segment's underperformance in 2019 and going into the 2020 diet season, it provided investors some indication that the Nutrition segment was underperforming, which translated to an increase in perceived risk associated with the stock.

88. I understand Plaintiff alleges that Ms. Zier's departure was within the zone of risk concealed by Defendants' alleged misrepresentations and scheme. For example, I understand

194 Consolidated Complaint, ¶ 183.

195 *See, e.g.*, email from Amy Saddington to Sarah Eames (and others) from Russell Reynolds on December 19, 2018, RRA 03091 ("Bob Greckzyn called to say they would like to pause efforts on the CEO succession. They acquired Nutrisystem CEO, who is 53 and will be stepping into a President role over the combined business. Donato renewed his contract for two years. Their plan is to have her transition to CEO beginning in 2020. Steve will become President of Silver Sneakers."); email from Amy Saddington to Donato Tramuto on March 3, 2019, RRA 002562 ("Conducting an assessment of Dawn as CEO successor and creating a customized development and coaching plan."); email from Dawn Zier to Kevil Wills on September 13, 2019, TVTY_STROUGO0144081 ("Thank you for letting me know that I am considered for the CEO role as part of the broader external search that you will be conducting. As I shared, I am very disappointed that my responsibility has changed and that I am not overseeing the Healthcare business unit as Donato has asked me to focus on Nutrition while he works directly with Steve on Healthcare.")

196 While there was no direct successor, I note that Keira Krausz remained as President of the Nutrition segment and was expected to "assume a few more direct reports in her role." *See*, Cantor Fitzgerald, "Update After our Call with CFO; Reiterate Overweight," December 9, 2019, p. 1.

197 Cantor Fitzgerald, "Dawn Zier Departure is Surprising; Reiterate Overweight," December 9, 2019, p. 1.

198 Cantor Fitzgerald, "Dawn Zier Departure is Surprising; Reiterate Overweight," December 9, 2019, p. 1.

Plaintiff alleges that the inflation that was attributable to management's assurances that the Nutrition segment was on track partially dissipated on December 9, 2019, when Ms. Zier, the former CEO of Nutrisystem and then-current President and COO of Tivity, was terminated ahead of the impending diet season, as Ms. Zier's departure raised the perceived likelihood that the upcoming diet season would be a failure and adversely affect the prospects of the Nutrition segment.[199]

89. Based on my review of news and analyst coverage, no other new value-relevant information about Tivity became known on December 9, 2019. It is therefore reasonable to conclude that the abnormal return of $2.23 per share reflects the impact of the company-specific information contained in the December 2019 Disclosure.

**2) February 2020 Disclosure**

90. On February 19, 2020 (after close of trading), Tivity announced its fourth quarter and full year 2019 financial results, in conjunction with the announcement that Mr. Tramuto was departing as CEO and resigning from the Tivity board of directors and Ms. Krausz had resigned as President of Tivity's Nutrition segment effective the day prior.[200] Tivity reported adjusted EPS

---

[199] *See, e.g.*, Piper Sandler, "Downgrading to Neutral," January 27, 2020, p. 1 ("Nutrition: where there's smoke there's fire. As CEO of NTRI, Dawn Zier inherited a business in decline and turned it around, driving sales at a 14% CAGR from 2013-2018. Her termination on 12/4/19, three weeks before diet season, was the smoke. Since then, we've been tracking accelerating promotional activity at Nutrisystem culminating in the BOGO sale still running today. This promotion, exclusion-less with no apparent expiration, it's the fire. Our nutrition segment revenue estimates are ~$10M below consensus in 2020, and we expect future revisions will be downward biased.") *See also, e.g.*, Tramuto Tr. 233:21-235:4 and Exhibit 446 ("As you have observed, the stock has been reacted to DZ announcement, Two themes: 1. This must be related to an upcoming bad diet season. 2. Why did you not wait until after the diet season to transition her out / it seems very abrupt. We have managed both of the above albeit they continue to go back to concern number 1."); email from Donato Tramuto to Kevin Wills on December 10, 2019, TVTY_STROUGO0136332 ("Mindful of the market jitters specific to the DZ transition must mean a bad diet season is approaching, my recommendation was to issue a PR this morning reinforcing our commitment to executing on the OE strategy.").

[200] Consolidated Complaint, ¶¶ 78-79; Tivity Form 8-K and accompanying press releases dated February 19, 2020, "Tivity Health Reports Fourth-Quarter and Fiscal Year 2019 Results" and "Tivity Health Announces Departure of CEO Donato J. Tramuto and Appoints Healthcare Veteran as Interim CEO."

of $0.40, below the consensus estimate of $0.55.[201] While results for the Healthcare segment were generally in line with expectations, the Nutrition segment continued to struggle with disappointing results.[202] Tivity stated that it would record a non-cash impairment charge of $377.1 million related to the Nutrisystem trade name and acquisition.[203] The earnings press release also disclosed to investors for the first time that the Nutrition segment had lost $8.3 million in adjusted EBITDA during the pre-acquisition portion of the first quarter of 2019.[204]

91. In addition to providing FY19 results, Tivity also announced guidance for FY20 that was substantially lower than expectations, primarily due to the expected underperformance of the Nutrition segment.[205] In addition, although the Healthcare segment performed as expected for the current quarter, Tivity's FY20 guidance revealed higher expected revenues but lower expected margins (relative to its FY19 guidance), with adjusted EBITDA for the Healthcare segment expected to remain flat in FY20.[206]

92. The steep decline in Tivity's share price reflected market participants' significant revisions to earnings expectations and perceived risk associated with the company. As set forth in **Exhibit 2**, analysts responded to the February 2020 Disclosure by reducing their price targets

---

201 Consensus estimate based on S&P Capital IQ.

202 *See, e.g.*, William Blair, "CEO Departure Signals Botched Strategy for Nutrition Acquisition," February 20, 2020, p. 1 ("Management also provided stand-alone results for its healthcare (the legacy Tivity business) and nutrition (the legacy Nutrisystem business) businesses—with healthcare largely outperforming expectations but offset by lagging results in the nutrition business. More specific, healthcare revenue came in at $159.1 million (above the Street's target at $156.1 million) while nutrition revenue came in at $113.7 million (compared with the Street's $119.6 million target). Moreover, healthcare adjusted EBITDA were $41.6 million (a solid 26.1% margin) with nutrition adjusted EBITDA at only 13.9 million (a 12.2% margin).")

203 Consolidated Complaint, ¶ 79; Tivity Form 8-K and accompanying press release dated February 19, 2020, "Tivity Health Reports Fourth-Quarter and Fiscal Year 2019 Results." The $377.1 million non-cash impairment charge is comprised of (a) an impairment charge to reduce the value of the Nutrisystem trade name by $240 million and (b) a $137 million goodwill impairment charge relating to the Nutrisystem acquisition.

204 Consolidated Complaint, ¶ 54, 80; Tivity Form 8-K and accompanying press release dated February 19, 2020, "Tivity Health Reports Fourth-Quarter and Fiscal Year 2019 Results."

205 *See, infra* ¶¶ 99-100.

206 Tivity Form 8-K and accompanying press release dated February 19, 2020, "Tivity Health Reports Fourth-Quarter and Fiscal Year 2019 Results." Tivity's FY20 guidance for the Healthcare segment reflected an approximately 190 basis point margin compression. *See also*, **Appendix C**.

between 36 and 58 percent, corresponding to an average price target reduction of approximately 42 percent. Analysts' price target reductions corresponded to reductions in expected earnings, with analysts reducing their 2020 EPS forecasts by an average of approximately 43 percent.[207]

93. As analysts explained, revisions to expectations were driven primarily by a reduction in the expected earnings of the Nutrition segment based on lower projected revenues, decreased margins, and the continued underperformance of the segment. For instance:

a. "Overall, while we continue to appreciate the long-term merits in the Nutrisystem deal (related to investing in nutrition as a social determinant of health), we must acknowledge the huge value destruction that occurred as a result of the transaction and the segment's continued underperformance. And, with little comfort in a near-term turnaround, we believe shares likely will remain under pressure going forward and, thus, are downgrading shares to Market Perform."[208]

b. "We downgrade to Hold from Buy due to two material changes to our thesis. First, while Nutrisystem customer growth is rebounding this year as we had expected, the company's aggressive use of discounts is negatively impacting avg selling price and margins. … The proprietary data was correct in so much that the uptick in Nutrisystem website visits are leading to customer growth (double-digits YTD through mid-Feb). However, deeply discounted promotions are driving the rebound. That's leading to lower average selling prices and margin pressure."[209]

c. "The company was forced to take a $137 million non-cash impairment charge to lower the carrying amount of goodwill for the nutrition business unit and a $240 million noncash impairment charge to lower the carrying value of the Nutrisystem tradename. Not that we had needed this confirmation, but the acquisition of the Nutrisystem asset has been a value-destroyer for TVTY shareholders since it was first announced on a very snowy day (on the East Coast)

---

[207] **Exhibit 3**.
[208] William Blair, "CEO Departure Signals Botched Strategy for Nutrition Acquisition; Downgrading to Market Perform," February 20, 2020, p. 2.
[209] Jefferies, "Downgrade to Hold: Too Many Uncertainties," February 19, 2020, p. 1.

in December 2018. … Unfortunately, TVTY stock will have basically round-tripped by the end of trading today given the extreme value destruction that has occurred as a result of the Nutrisystem deal and its continuing poor performance."[210]

d. "We Were Wrong. Our bull case was predicated on two key factors. First, we thought Nutrisystem revenue would rebound in 2020 after declining HSDs last year and that pro forma margins would expand. We previously highlighted proprietary data indicated website visits were inflecting up in January 2020. Second, we were optimistic that mgt could deliver HSD-LDD organic revenue growth in the Healthcare segment (largely SilverSneakers) while maintaining margins. Our thesis on both of those changed with the release of 2020 guidance Wednesday AMC."[211]

94. Based on my review of news and analyst coverage, no other new company-specific and value-relevant information became known on February 20, 2020 (the day after the February 2020 Disclosure). It is therefore reasonable to conclude that the abnormal return of $10.39 per share reflects the impact of the company-specific information contained in the February 2020 Disclosure, including new value-relevant information related to the Nutrition segment that I understand Plaintiff alleges was within the zone of risk concealed by Defendants' alleged misrepresentations and scheme.

## VIII. Share Price Inflation

95. According to Plaintiff's allegations, Tivity made false and misleading statements and failed to disclose material facts during the Class Period. Had Tivity disclosed the allegedly concealed information regarding Nutrisystem and the Nutrition segment during the Class Period, Tivity's share price would have declined to reflect the lower expected earnings, higher risk, and reduced value of Tivity's equity. Thus, if the trier-of-fact finds that Defendants concealed

---

[210] Barrington Research, "Q4 Results, FY/20 Guidance Disappoint; CEO Terminated; Nutrition Business Still a Mess; No Quick Fixes; Reducing PT to $24 from $38," February 20, 2020, pp. 2-3.

[211] Jefferies, "Downgrade to Hold: Too Many Uncertainties," February 19, 2020, p. 1.

information through the alleged scheme and false and misleading statements and omissions, such scheme and false and misleading statements and omissions caused Tivity's share price to be artificially inflated during the Class Period and, therefore, caused Plaintiff to suffer losses when this inflation dissipated following each corrective disclosure.

## A. Inflation at the Time of the Corrective Disclosures

96. To measure the extent to which Tivity's share price was inflated at the time of the corrective disclosures, I begin with my estimates of the abnormal returns on the alleged corrective disclosures dates.

### 1) December 2019 Disclosure

97. The impact of Ms. Zier's termination on December 9, 2019, which I understand Plaintiff alleges was within the zone of risk concealed by Defendants' alleged fraud, was $2.23 per share based on my event study. As previously discussed, I have not found any potential confounding information that could explain the abnormal return on December 9, 2019. Moreover, analyst commentary indicates that investors generally reacted negatively to Ms. Zier's termination, such that a significant negative abnormal return is consistent with the information that became known on that day.

98. Under Plaintiff's theory, the information revealed about Ms. Zier's departure was within the zone of the risk concealed by Defendants' alleged misrepresentations and scheme, which artificially inflated Tivity's stock. After the market became aware of Ms. Zier's departure on December 9, 2019, investors reassessed expectations and risks associated with the Nutrition segment, thereby removing a portion of the inflation – approximately $2.23 – arising from Defendants' alleged misrepresentations and scheme.

### 2) February 2020 Disclosure

99. As previously discussed, I found that the information in the February 2020 Disclosure corresponded to a significant abnormal share price decline of $10.39, which was primarily attributable to the following factors:

a. Lower-than-expected financial results for the current quarter ending December 31, 2019, which was driven by the underperformance in the Nutrition segment;[212]

b. Lower-than-expected management guidance for the fiscal year ending December 31, 2020, which was mostly attributable to the underperformance in the Nutrition segment;[213]

c. Impairment charge of $377.1 million related to the Nutrisystem trade name and goodwill due to the Company's reduced "long-term forecast for the Nutrition segment."[214]

d. Management changes associated with the departures of Mr. Tramuto and Ms. Krausz;[215]

---

[212] Securities analysts generally found the financial results for the Healthcare segment to be in-line or above expectations, while the Nutrition segment was disappointing or below expectations. *See, e.g.*, Credit Suisse, "When It Rains, It Pours," February 19, 2020, p. 1; Barrington Research, "Q4 Results, FY/20 Guidance Disappoint; CEO Terminated; Nutrition Business Still a Mess; No Quick Fixes; Reducing PT to $24 from $38," February 20, 2020, p. 2; Craig Hallum, "Weak 2020 Guidance Driven By Retail Segment Weakness. Downgrading From BUY To HOLD In View Of Lower Estimates And Management Turnover. Reducing Price Target To $18," February 20, 2020, p. 1; Piper Sandler, "Q4 2019: Crisis in Nashville," February 20, 2020, p. 1; SunTrust, "Nutrition Challenges Continue - Downgrading To Hold, Cutting Estimates And Target," February 20, 2020, p. 1; William Blair, "CEO Departure Signals Botched Strategy For Nutrition Acquisition," February 20, 2020, p. 1.

[213] *See, e.g.*, Credit Suisse, "When It Rains, It Pours," February 19, 2020, p. 1; Jefferies, "Downgrade to Hold: Too Many Uncertainties," February 19, 2020, p. 1; Barrington Research, "Q4 Results, FY/20 Guidance Disappoint; CEO Terminated; Nutrition Business Still a Mess; No Quick Fixes; Reducing PT to $24 from $38," February 20, 2020, p. 2; Cantor Fitzgerald, "Not Much ProducTIVITY Here; Downgrading to Neutral and Lowering Price Target," February 20, 2020, p. 1; Craig Hallum, "Weak 2020 Guidance Driven By Retail Segment Weakness. Downgrading From BUY To HOLD In View Of Lower Estimates And Management Turnover. Reducing Price Target To $18," February 20, 2020, p. 1; SunTrust, "Nutrition Challenges Continue - Downgrading To Hold, Cutting Estimates And Target," February 20, 2020, p. 1; William Blair, "CEO Departure Signals Botched Strategy For Nutrition Acquisition," February 20, 2020, p. 1.

[214] Tivity Form 8-K and accompanying press release dated February 19, 2020, "Tivity Health Reports Fourth-Quarter and Fiscal Year 2019 Results."

[215] *See, e.g.*, William Blair, "CEO Departure Signals Botched Strategy For Nutrition Acquisition," February 20, 2020, p. 2; Barrington Research, "Q4 Results, FY/20 Guidance Disappoint; CEO Terminated; Nutrition Business Still a Mess; No Quick Fixes; Reducing PT to $24 from $38," February 20, 2020, pp. 2-3; Piper Sandler, "Q4 2019: Crisis in Nashville," February 20, 2020,

e. Expected EBITDA margin compression of approximately 190 basis points in FY20 within the Healthcare segment.[216]

100. Based on my review of the information disclosed in the February 2020 Disclosure and associated analyst coverage, it is apparent that the financial performance of the Nutrition segment was the predominant cause of the significant share price decline on February 20, 2020. Securities analysts generally found the financial results for the Healthcare segment to be solid or in-line for Q4 2018, with the overall disappointing financial results driven specifically by the Nutrition segment. In addition, the impairment charge of $377.1 million was solely related to the Nutrisystem trade name and acquisition. Thus, each of the first three factors above falls within the zone of risk that I understand Plaintiff contends was concealed through Defendants' alleged misrepresentations and scheme.

101. With respect to the fourth factor, securities analysts linked terminations of Mr. Tramuto and Ms. Krausz directly with the underperformance of the Nutrition segment.

a. "We are not surprised that the company's board of directors decided that Tivity needs new leadership. The Nutrisystem asset was already struggling when it was acquired a year or so ago, and things have deteriorated significantly since then."[217]

b. "Tivity's board of directors has now also shown their displeasure with Nutrisystem's ongoing struggles via the termination of Donato Tramuto."[218]

---

p. 1, and Craig Hallum, "Weak 2020 Guidance Driven By Retail Segment Weakness. Downgrading From BUY To HOLD In View Of Lower Estimates And Management Turnover. Reducing Price Target To $18," February 20, 2020, p. 1.

216 Tivity Form 8-K and accompanying press release dated February 19, 2020, "Tivity Health Reports Fourth-Quarter and Fiscal Year 2019 Results." Tivity's FY20 guidance for the Healthcare segment reflected an approximately 190 basis point margin compression. *See also*, **Appendix C**.

217 Barrington Research, "Q4 Results, FY/20 Guidance Disappoint; CEO Terminated; Nutrition Business Still a Mess; No Quick Fixes; Reducing PT to $24 from $38," February 20, 2020, p. 2.

218 Barrington Research, "Q4 Results, FY/20 Guidance Disappoint; CEO Terminated; Nutrition Business Still a Mess; No Quick Fixes; Reducing PT to $24 from $38," February 20, 2020, p. 3.

c. "[T]he company reported disappointing 4Q19 results. More important, 2020 Nutrition segment guidance was well-below our estimates. … Donato Tramuto, CEO, will leave the company and Board of Directors effective immediately. The newly appointed President of the Nutrition segment, Keira Krausz, resigned this week as well."[219]

d. "In our view, these executive departures come as a surprise—however, we believe the underperformance in the nutrition segment led to both of the exits, and, in our view, signal a botched strategy related to the Nutrisystem acquisition and subsequent marketing initiatives."[220]

e. "Given significant turnover in the senior leadership and the fact that January and February represent the biggest recruitment months for Nutrisystem, we believe it is unlikely that this [Nutrition] segment will show meaningful improvement in 2020."[221]

f. "Additionally, the CEO and head of Nutrition have exited the company, further complicating NT visibility."[222]

102. The view that the failures related to the Nutrisystem acquisition caused Mr. Tramuto's termination was also shared internally at Tivity. As Mr. Lewis wrote in reference to Mr. Tramuto's leadership and oversight of the Nutrition segment, "the Board had heard enough. [Mr. Tramuto] realizes he has become the fall guy."[223] Internal notes from calls and emails with investors and securities analysts following the February 2020 Disclosure also suggest that they viewed the failures related to the Nutrisystem acquisition as the cause for Mr. Tramuto's termination.[224]

---

219 Cantor Fitzgerald, "Not Much ProducTIVITY Here; Downgrading to Neutral and Lowering Price Target," February 20, 2020, p. 1.

220 William Blair, "CEO Departure Signals Botched Strategy for Nutrition Acquisition; Downgrading to Market Perform," February 20, 2020, p. 2.

221 Craig Hallum, "Weak 2020 Guidance Driven By Retail Segment Weakness. Downgrading From BUY To HOLD In View Of Lower Estimates And Management Turnover. Reducing Price Target To $18," February 20, 2020, p. 1.

222 Jefferies, "Downgrade to Hold, Too Many Uncertainties," February 19, 2020, p. 1.

223 Lewis Tr. Exhibit 136; 143:6-144:3.

224 *See* email from Tommy Lewis to Bob Greczyn (and others) on February 20, 2020, TVTY_STROUGO0000150 – TVTY_STROUGO0000155, with notes from calls and emails

103. The evidence indicates that any uncertainty arising from the leadership change was directly attributable to the lack of visibility into the company's strategy following market participants' understanding (through the February 2020 Disclosure) that the Nutrisystem acquisition had failed.[225]

104. I understand Plaintiff alleges the executives' departures were within the zone of risk concealed through Defendants' alleged misrepresentations and scheme. Based on my review of the evidence and Plaintiff's allegations, Tivity's leadership change announcements did not materially affect the company's share price in any way that was unrelated to the alleged corrective information in the February 2020 Disclosure (*i.e.,* I did not find evidence of confounding information unrelated to the alleged fraud).[226]

105. With respect to the fifth factor, the unexpected EBITDA margin compression of approximately 190 basis points for the Healthcare segment in FY20 is negative confounding information, which I understand is unrelated to the alleged scheme in this matter. Based on my

---

with various investors and securities analysts ("why did Board buy NTRI; what was Donato worried about – hail mary that didn't work, why did Keira leave; how would you characterize guidance; feels like Donato has been untruthful; are there partners that you should be targeting; Wisely Well; was Donato worried about the network margin pressure when he did the NTRI deal … will board determine if this can be successful or is this Donato's vision; didn't like the deal and didn't see synergies; was Donato let go due to execution issue or a vision issue … CEO role may be better fit for standalone TVTY; should have a real advisor who understands the space … Leadership changes; huge disappointment – deal likely viewed as huge mistake … want to hold management accountable").

225 I understand that Mr. Tramuto's eventual departure from the company may have been anticipated, though the evidence indicates that nature and timing of his departure was unexpected prior to the February 2020 Disclosure. See Tramuto Tr. 252:16-253:9; 267:4-25; 271:14-272:12. *See also*, Piper Jaffray, "On Dawn's Departure, Nutrition and Healthcare Following NDR," December 18, 2019, p. 1 ("In response to a question about 2021 on TVTY's Q219 earnings call, CEO Donato Tramuto began, 'I'm 63 I don't have a long time to wait…'").

226 The evidence suggests that the announcement of executive leadership changes had limited, if any, negative impact on Tivity's share price, beyond the direct impact of revenue and earnings misses, revisions to revenue and earnings expectations, and the corresponding increase in perceived risk to the company's shares (*e.g.*, reduced capacity to service debt); for instance, Tivity's share price decline of approximately 45 percent after the February 2020 Disclosure generally followed the approximately 43 percent decline in FY20 EPS expectations from securities analysts (**Exhibit 3**). Moreover, I have not seen evidence that the cost of executive terminations and the accelerated replacement of Mr. Tramuto materially affected earnings expectations.

understanding of the allegations, therefore, it is appropriate to remove the effect of this confounding information in order to isolate the share price reaction to information pertaining to Defendants' alleged fraud.

106. As set forth in **Appendix C**, a conservative (*i.e.*, potentially overstated) estimate of the impact of the lower-than-expected guidance for the Healthcare segment is that it could have accounted for no more than $2.20 of Tivity's share price decline on February 20, 2020. Subtracting this amount from the total abnormal return of $10.39 per share suggests that no less than $8.19 of Tivity's share price decline on February 20, 2020, was attributable to the information related to Defendants' alleged fraud.

### 3) Nutrisystem Claim and Goodwill Claim

107. It is my understanding that Defendants have characterized Plaintiff's allegations as two separate claims, the Goodwill Claim and the Nutrisystem Claim.[227] Although I understand Plaintiff disputes this characterization, I have been asked to estimate the extent of inflation arising from each claim.

108. According to Defendants, the Nutrisystem Claim generally relates to allegations that "various statements regarding the acquisition, integration and performance of Nutrisystem" were "false or misleading because Defendants failed to disclose that Nutrisystem had a weak 2019 diet season, including an $8.3 million EBITDA loss for the pre-merger period in 2019."[228] Inflation arising from these allegedly false statements was partially removed through the December 2019 Disclosure, which raised concerns about the Nutrition segment's current performance, and then completely removed through the February 2020 Disclosure, when investors learned the full extent to which the Nutrisystem acquisition had failed and were able to reassess long-term risk and

[227] Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint, December 4, 2020, p. 5.

[228] Defendants' Opposition to Plaintiff's Motion for Class Certification, November 30, 2021, p. 5. As the Court stated, Plaintiff alleges "that Tivity painted a deceitfully rosy picture of the Nutrisystem acquisition," including allegations that "[e]xecutives misled investors about Nutrisystem's performance in the beginning of 2019 and the acquisition's impact" and "that the [Nutrition] segment was 'on track' and 'performing well' despite its poor performance from the onset." Memorandum Opinion, p. 2 (citations omitted).

growth prospects of the stock based on reduced expectations about the Nutrition segment's performance. Thus, there is a direct economic correspondence between the Nutrisystem Claim and inflation removed through both the December 2019 Disclosure and February 2020 Disclosure. I understand from counsel that Plaintiff alleges that both corrective disclosures were within the zone of the risk concealed through the Nutrisystem Claim.

109. The Goodwill Claim, according to Defendants, relates to allegations that "Tivity's financial statements in its quarterly filings beginning in June 2019 were materially misstated because Tivity's goodwill and intangible assets were impaired as of that time, but Tivity allegedly improperly delayed recording the impairment until it released its 2019 earnings results on February 19, 2020."[229] Inflation arising from this claim was removed after the February 2020 Disclosure when Tivity announced the impairment losses, which reflected Tivity's acknowledgement that expected future benefits from these assets were diminished. Thus, there is a direct economic correspondence between the Goodwill Claim and the inflation removed after the February 2020 Disclosure. I understand from counsel that Plaintiff alleges that the February 2020 Disclosure was within the zone of the risk concealed through the Goodwill Claim.

110. On the other hand, inflation removed through the December 2019 Disclosure, when Ms. Zier's termination was announced, has limited economic correspondence to allegations that Defendants failed to impair the goodwill and Nutrisystem trade name. While the evidence indicates that Ms. Zier's termination raised investors' concerns over the upcoming diet season and current performance of the Nutrition segment, it did not reveal the extent to which the Nutrition segment's ability to generate long-term future economic benefits had been impaired. It is my understanding from counsel that Plaintiff does not allege that the December 2019 Disclosure was within the zone of the risk concealed through the Goodwill Claim.

---

[229] Defendants' Opposition to Plaintiff's Motion for Class Certification, November 30, 2021, p. 5. As the Court stated, Plaintiff alleges that "Defendants knew that multiple triggering events [to assess impairment] existed no later than 2Q19 – yet [Defendants] failed to impair and write down both the goodwill and Nutrisystem trade name in both 2Q19 and 3Q19." Memorandum Opinion, p. 9 (citations omitted). The financial results for Q2 2019 for the period ending June 30, 2019 were announced on August 7, 2019.

## B. Inflation During the Class Period

111. If the trier-of-fact finds that the information revealed through the corrective disclosures fell within the zone of risk concealed through Defendants' alleged fraud, the following inflation would have been present in Tivity's shares beginning at the time that the trier-of-fact determines that the information revealed by the corrective disclosures was within the zone of risk until the inflation was removed through the corrective disclosures:

a. December 2019 Disclosure (Nutrisystem Claim): $2.23;

b. February 2020 Disclosure (Nutrisystem Claim and/or Goodwill Claim): $8.19.

112. In addition to the alleged corrective disclosures, I also examined the earnings dates within the Class Period on which Plaintiff alleges that Defendants made materially false and misleading statements.

113. The first earnings date during the Class Period, May 8, 2019 (Q1 2019), corresponded to a negative and statistically significant abnormal return.[230] The quarterly financial results included part of the critical "diet season" (for the 24 days between March 8 and March 31, 2019) for the Nutrition segment, along with management reaffirming guidance for FY19 and generally positive news about the Healthcare segment.[231] Tivity also updated investors on its efforts to reduce leverage (having taken on significant debt to finance its $1.3 billion acquisition of

[230] The earnings release occurred after market close on May 8, 2019. The corresponding abnormal return on May 9, 2019, was negative 10.8 percent and statistically significant at the 1 percent level.

[231] Tivity Form 8-K and accompanying press release dated May 8, 2019, "Tivity Health Reports First-Quarter 2019 Results."

Nutrisystem).[232] While some analysts expressed optimism about the Nutrition segment,[233] other commentary indicated uncertainty related to the intra-quarter timing of the acquisition, with Barrington Research noting "the partial quarter's operations make the results a bit murkier"[234] and Jefferies cautioning that investors may not appreciate the Nutrition segment's headwinds due to the timing of the Nutrisystem acquisition.[235]

---

[232] In connection with the Nutrisystem acquisition, Tivity undertook $1.18 billion in term loans and $125 million revolving credit. *See* Tivity Form 10-Q for the quarter ending March 31, 2019, filed May 9, 2019, p. 21. *See also*, Tivity Q1 2019 Earnings Call Transcript dated May 8, 2019, remarks from Adam Holland ("I'm pleased to report that as of today's call, we repaid approximately $55 million of the initial amounts borrowed on the term loans. We are confident in our ability to continue to pay down this manageable amount of leverage because we expect the combined businesses to continue to generate strong free cash flow."). Investors were concerned with Tivity's ability to service its debt following this significant acquisition leading up to Tivity's Q1 2019 Earnings Announcement. *See, e.g.*, Piper Jaffray, "Lowers Outlook on Further Insourcing by United," February 20, 2019, p. 1 ("We are lowering our target multiple to 2.25x EV/ 19E Revs from 3x due to the increased [*sic*] risks associated with the acquisition of NTRI such as increased debt leverage, the uncertainty with the marketing strategy, entering an unknown industry, potential margin degradation, and other integration-related risks."); Cantor Fitzgerald, "Adjusting Estimates to Reflect Nutrisystem; Reiterate Overweight," March 11, 2019, p. 1 ("Balance sheet is leveraged. The company begins its post acquisition life with considerable leverage."); Oppenheimer, "Health Plans' Increasing Focus and Rhetoric on Nutrition Gives Legs to TVTY-NTRI Combination," April 25, 2019, p. 1 ("Paying down debt top priority: As a priority, mgmt. expected to focus on paying down debt to decrease leverage from the current 4.2x levels to 3.5x by end of 2020 and to 2.5x in 2021."); Craig Hallum, "Q1 Results Solid As Nutrition Achieves Significant March Rebound. We Continue To See Meaningful Long-Term Revenue Synergies. Reiterate BUY Rating And $30 Price Target," May 9, 2019, p. 3 ("Tivity has a significant amount of debt, and a decline in future operating results could make it difficult for TVTY to service this debt."); SunTrust, "Solid Start To The Year With Some Encouraging Green Shoots," May 9, 2019, p. 2 ("In connection with the acquisition, TVTY entered into a new TLA and TLB totaling $1.18B and since close has repaid $55M under the term loans. Management remains committed reducing leverage, and given the company's low capex, solid cash flow generating model, we view leverage targets and quite doable."); Jefferies, "TVTY 4Q18 Pre-Release: Small Revenue Miss; Modestly High EBITDA," January 28, 2019, p. 1 ("In our recent conversations, investors are attracted to the very cheap pro-forma valuation (~8.5x 2020 P/E), but have concerns about the increased leverage, increased volatility/lack of annual/LT visibility NTRI's model brings to TVTY, and how the two companies will complement each other.").

[233] *See, supra* ¶¶ 39-40.

[234] Barrington Research, "Tivity Reports Solid Q1; Result Includes 24 Days of NTRI Asset; More Detailed FY/19 Guidance Provided; Maintain OUTPERFORM; PT is $40," May 10, 2019, p. 1.

[235] Jefferies, "4 Key Insights from TVTY's 1Q19," May 9, 2019, p. 1.

114. The information contained in Tivity's Q1 2019 Earnings Announcement, including Tivity's first quarterly earnings following its acquisition of Nutrisystem and allegedly misleading information about the Nutrition segment's EBITDA performance, coupled with the range of views on the business following the recent Nutrisystem acquisition, introduces a degree of uncertainty with respect to how the information compared to previous expectations. News and commentary associated with the Healthcare segment,[236] coupled with the uncertainty surrounding the recent Nutrisystem acquisition from investors (including Tivity's ability to service its debt), also suggests that at least some portion of the negative share price reaction was attributable to concerns investors have with the Nutrition segment.[237] Although it is possible that some additional inflation was removed through the negative share price reaction following the Q1 2019 Earnings Announcement, I have not seen evidence that would allow me to quantify any such additional inflation to a degree of reasonable certainty. To the extent the share price decline on May 9, 2019 was associated with additional inflation before this date, my estimates of inflation before this date would be conservative (*i.e.,* understated) since they are based solely on the two subsequent corrective disclosures.

115. The latter two earnings dates during the Class Period, August 7, 2019 (Q2 2019 Earnings Announcement) and November 12, 2019 (Q3 2019 Earnings Announcement),

---

[236] Oppenheimer, "Healthcare Strength and Stabilizing Nutrition Segment Should Improve Sentiment," May 9, 2019, p. 1 ("TVTY reported better than expected numbers in both Healthcare and Nutrition segments."); SunTrust Robinson Humphrey, "Solid Start To The Year With Some Encouraging Green Shoots," May 9, 2019, p. 1 ("We remain bullish on TVTY following solid 1Q results marked by growth across segments, marketing progress, integration headway and reiterated full year guidance."); Jefferies, "4 Key Insights from TVTY's 1Q19," May 9, 2019, p. 1 ("Our reaction to 1Q results can be summarized in one word: relief. We were concerned about a slow Jan start in Nutrition, but new customer starts significantly picked up in March. This provides more confidence in meeting the CY19 outlook. Fitness results were better than expected on the top line. EBITDA was lower, but that's due to pull-forward of marketing costs. Importantly, TVTY is quickly integrating the assets and already generating some revenue synergies.").

[237] Oppenheimer, "Healthcare IT Weekly," May 13, 2019, p. 3 ("Following the print, we believe investors were disappointed by lack of immediate NTRI health plan cross-sell announcement, concerned plans may already have a (difficult-to-displace) meal delivery vendor, and surprised by the expected downtick in EBITDA margins in 2020 (given NTRI close timing that benefits CY19 with artificially low expenses, but higher revenues).")

corresponded to positive and statistically significant abnormal returns.[238] Based on the information released and analyst commentary, these positive abnormal returns did not reflect investors' reactions to news about the Nutrition segment, which indicates that the alleged misrepresentations on these days did not introduce further inflation into Tivity's share price beyond the level of inflation already embedded in the shares.

a. On August 7, 2019, Tivity reported positive results and a bullish outlook for the Healthcare segment, while lowering FY19 guidance for the Nutrition segment, which continued to underperform.[239]

---

[238] These releases occurred after market close on the August 7, 2019, and November 12, 2019, respectively, such that the corresponding share price reactions are observed on the following days. The abnormal returns on August 8, 2019, and November 13, 2019, were 8.5 percent and 6.3 percent, respectively, and statistically significant at the 1 percent level.

[239] *See, e.g.*, Cantor Fitzgerald, "Nutrition Outlook Reduced, But Overall Outlook Positive for 2020," August 7, 2019, p. 1 ("Healthcare revenue of $158 million was ahead of FactSet consensus of $154 million, while Nutrition revenue of $183 million was a touch lower at $186 million."); Barrington Research, "Q2 Results Largely In-Line; Reduces Nutrition Expectation, but Provides Bullish Outlook for Healthcare Business; Shares Seem Way Too Cheap; PT Remains $40 (Over 100% Upside Potential)," August 8, 2019, p. 1 ("TVTY shares simply seem way too cheap at current levels (especially given the positive update just provided for the healthcare business through at least FY/20)"); Barrington Research, "Q2 Results Largely In-Line; Reduces Nutrition Expectation, but Provides Bullish Outlook for Healthcare Business; Shares Seem Way Too Cheap; PT Remains $40 (Over 100% Upside Potential)," August 8, 2019, p. 2 ("[I]t appears that the healthcare side of the business remains very solid and management stated that it now has visibility into FY/20 and expects this business to show growth in the high-single-digit to low-double-digit range."); Jefferies, "4 Key Insights from TVTY's 2Q19," August 8, 2019, p. 1 ("Healthcare Segment Rebounding; Encouraging 2020 Outlook. We expected 2Q revenue to decline QoQ after TVTY dialed back media spend, but were pleasantly surprised it modestly increased. … Overall, this was an excellent update for Healthcare."); Oppenheimer, "Healthcare Gaining Momentum But Nutrition Segment Turnaround Likely Takes Longer," August 8, 2019, p. 1 ("The Healthcare segment continues to gain momentum from Q1's advertising spend and efforts to drive utilization."); Piper Jaffray, "Healthcare Delivers, Nutrition Lags," August 8, 2019, p.1 ("So the Healthcare business is going great… The selling season has delivered more than 1 million additional eligible lives for the Silver Sneakers program, which gives management confidence to guide to accelerating revenue growth in 2020. … But the Nutrition business lost steam. Revenue from new client starts was down 11% y/y because they admittedly lost their edge on the innovation front due to (we believe) a lack of focus as they sought a sale of the company."); Jefferies, "4 Key Insights from TVTY's 2Q19," August 8, 2019, p.1 ("Nutrition Deteriorating Rapidly. The Nutrition business continues to struggle and has fewer new customer starts."); Craig-Hallum, "Q2 Results Mixed, Multiple Positive Developments Emerging to Drive

b. On November 12, 2019, Tivity again reported positive results from the Healthcare segment while, at the same time, reporting results from the Nutrition segment that were generally viewed to be disappointing.[240]

116. Based on Plaintiff's allegations and my review of the information on the alleged misrepresentation dates, the artificial inflation was maintained on the alleged misrepresentation dates and, therefore, would remain constant until it dissipated after each of the corrective disclosures.[241]

117. With respect to the Nutrisystem Claim, I understand Plaintiff alleges that the information revealed through the corrective disclosures was within the zone of risk concealed through Defendants' misstatements, omissions, and scheme throughout the Class Period. Thus, if the trier-of-fact finds that the information revealed through the corrective disclosures fell within the zone of risk concealed through Defendants' alleged misrepresentations and scheme, then inflation would have been present in Tivity's shares beginning at the time that the trier-of-fact determines that the information revealed by the corrective disclosures was within the zone of risk until the time of each corrective disclosure, as set forth in the following table:

---

Improved Results in 2020 and Beyond," August 8, 2019, p. 1 ("Negatives takeaways: Results for Nutrisystem in the second half of the year are forecasted to be lower than previously expected.")

240 *See, e.g.*, Cantor Fitzgerald, "3Q19 Review; EBITDA Was Light But Guidance Reaffirmed," November 12, 2019, p. 1 ("On November 12, Tivity Health reported 3Q19 results that were mixed. The Healthcare segment performed well with revenue growing 5.6%. Nutrition segment revenue declined as expected, recognizing that 1Q20 diet season is the next catalyst for that business."); Barrington Research, "Q3 Results Mixed; Top Line Beats; Profitability Falls Short; Reducing PT to $38 from $40, but Upside Still Very Big," November 14, 2019, p. 2 ("The overall revenue figure was solid and beat our estimate due to the continuing strong performance of the healthcare segment. The nutrition business, however, continues to decline materially in terms of the top line and the segment margins were not very good either. This weakness in nutrition resulted in a material profitability miss in the quarter for the company overall."); Jefferies, "4 Key Insights from TVTY's 3Q19," November 12, 2019, p. 1 ("Solid Healthcare Results Provide Relief. EBITDA sequentially improved 10% to $39mm. That was an important step-up and should be a relief for investors because that type of improvement was needed to achieve CY19 guidance.").

241 As I noted in the Dalrymple Class Certification Rebuttal Report, "Prof. Gompers does not investigate, or even acknowledge in his report, the possibility that the misrepresentations supported Tivity's price by preventing it from falling (or falling even further) on those days." Dalrymple Class Certification Rebuttal Report, ¶ 25.

**Table 3. Nutrisystem Claim Inflation: March 8, 2019 to February 19, 2020**

| | Mar. 8, 2019 to Aug. 7, 2019 | Aug. 8, 2019 to Dec. 8, 2019 | Dec. 9, 2019 to Feb. 19, 2020 |
|---|---|---|---|
| **Zier Termination** | **$2.23** | **$2.23** | **$ -** |
| **February 2020 Disclosure** | **$8.19** | **$8.19** | **$8.19** |
| **Total** | **$10.42** | **$10.42** | **$8.19** |

118. With respect to the Goodwill Claim, I understand Plaintiff alleges that the impairment should have been recognized as of August 7, 2019 (after market close), when Tivity released its Q2 2019 financial results. Thus, if the trier-of-fact finds that Defendants' alleged misrepresentations and scheme, with respect to the Goodwill Claim, fell within the zone of risk revealed through the February 2020 Disclosure, then inflation would have been present in Tivity's shares beginning at the time that the trier-of-fact determines that the information revealed by the February 2020 Disclosure was within the zone of risk through the end of the Class Period, as set forth in the following table:

**Table 4. Goodwill Claim Inflation: August 8, 2019 to February 19, 2020**

| | Mar. 8, 2019 to Aug. 7, 2019 | Aug. 8, 2019 to Dec. 8, 2019 | Dec. 9, 2019 to Feb. 19, 2020 |
|---|---|---|---|
| **February 2020 Disclosure** | **$ -** | **$8.19** | **$8.19** |

119. The inflation amounts associated with the Nutrisystem Claim and Goodwill Claim are not additive, such that the sum of the inflationary impacts of each claim individually exceeds the total inflation associated with both claims. If the trier-of-fact finds that Defendants' alleged misrepresentations and scheme with respect to the Nutrisystem Claim fell within the zone of risk revealed through the February 2020 Disclosure, the inflation associated with the Nutrisystem Claim would have been present in Tivity's shares beginning at the time that the trier-of-fact

determines that the information revealed by the corrective disclosures was within the zone of risk of the Nutrisystem Claim, irrespective of findings in relation to the Goodwill Claim.

120. My share price inflation estimates are based on a finding that the information revealed by the corrective disclosures was within the zone of risk concealed by Defendants' alleged misrepresentations and scheme, such that the extent of share price inflation remains constant from the time that the trier-of-fact makes such a finding until inflation is eliminated through the corrective disclosures. This methodology is based on an approach known as the constant dollar method, in which the dollar value of inflation is held constant during the Class Period. The constant dollar method is a widely accepted approach to estimating share price inflation and is consistent with the legal framework for measuring damages.[242]

## IX. Per Share Damages

121. To the extent the trier-of-fact determines that the information revealed by the corrective disclosures was within the zone of risk concealed by Defendants' alleged misrepresentations and scheme, then the share price inflation figures corresponding to the purchase dates set forth in **Table 3** and **Table 4** would apply to any member of the Class who bought Tivity stock during the Class Period and sold or held shares after February 19, 2020. I note that the above estimates are additive and separable with respect to the Zier Termination and the remainder of the Nutrisystem Claim, and separable but not additive with respect to the Nutrisystem Claim and Goodwill Claim, such that the impacts of each corrective disclosure may be considered jointly or individually at any time during the Class Period.

122. I understand that an individual plaintiff's recoverable damages are based on the difference between: (a) share price inflation associated with shares purchased at the time they were purchased; and (b) share price inflation associated with shares sold at the time they were sold after one or more corrective disclosures (or zero for shares sold or held after the last corrective disclosure once inflation is removed). Under the Private Securities Litigation Reform Act of 1995

[242] The constant dollar approach also is consistent with *Dura*, which requires that inflation not exceed losses caused by the revelation of the alleged wrongdoing. *See*, Jonathan Eisenberg, *Litigating Securities Class* Actions (Vol. 1 2020), pp. 4-23-4-24; *Dura Pharm, Inc. v. Broudo*, 544 U.S. 336, (2005).

("PSLRA") a "plaintiff's damages shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market."[243] Additionally, "if the plaintiff sells or repurchases the subject security prior to the expiration of the 90-day period," then "damages shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the security and the mean trading price of the security during the period beginning immediately after dissemination of information correcting the misstatement or omission and ending on the date on which the plaintiff sells or repurchases the security."[244]

123. As set forth in **Exhibit 4,** I have computed Tivity's mean trading price between February 19, 2020 and each of the subsequent days during the 90-day period through May 19, 2020 based on Tivity's closing price on each day. Using the inflation figures in **Table 3** and **Table 4,** and the mean share prices set forth in **Exhibit 4**, one may compute damages for any class member based on their relevant transactions within the Class Period.

## X. Further Work

124. My analysis is ongoing, and I reserve the right to supplement my opinions as additional information is made available to me.

W. Scott Dalrymple, CFA
BVA Group
Partner

[243] 15 U.S.C. § 78u-4.
[244] 15 U.S.C. § 78u-4.



**SCOTT DALRYMPLE,** CFA
*Partner*

Scott Dalrymple is an economist specializing in quantitative valuation, econometrics, statistics, securities analysis, antitrust, financial markets, and intellectual property.

Mr. Dalrymple has led numerous consulting, commercial litigation, and restructuring engagements on behalf of multinational companies, investors, financial institutions, and government agencies in the U.S., Europe, and Australia. He has testified in federal and state court and has advised clients in areas including:

- Application of economic, statistical, and quantitative methods used in business interruption matters, securities analysis, financial forecasting, valuation, and antitrust analyses;
- Construction of event studies, market efficiency tests, and other financial econometric models to assess share price artificiality associated with alleged misrepresentations and non-disclosures;
- Quantification of multibillion-dollar claims related to the securitization of residential mortgage-backed assets;
- Estimation of price artificiality arising from alleged manipulations in crude oil futures and options markets through monopolization of cash forward contracts;
- Valuation of residual interests in mortgage-backed securitizations based on loan-level econometric models and simulations;
- Analysis of reasonable royalty and lost profits damages arising from patent infringement claims;
- Development of economic and financial forecast models for purposes of capital restructurings, evaluating investment opportunities, and managing working capital; and
- Design of sampling procedures and statistical inferences drawn from samples used in fraud investigations, product evaluations, accounting reviews, and class certification analyses.

Mr. Dalrymple holds a Master of Science in Economics with a concentration in Industrial Organization from the London School of Economics and Political Science and a Bachelor of Business Administration in Finance and Business Honors from the University of Texas at Austin. He has presented to chapters of the American Bar Association, the Licensing Executives Society, and other organizations on topics including patent infringement damages, quantitative analysis, and macroeconomic trends. Mr. Dalrymple also contributed to the AICPA Practice Aid on Intellectual Property Infringement Damages and has been published in Law360. He is a member of the CFA Society of Dallas–Fort Worth.

Prior to joining BVA, Mr. Dalrymple was with AlixPartners and was an economist in the London office of a global economics consulting firm. Mr. Dalrymple began his career at PricewaterhouseCoopers and also worked in corporate finance and transaction advisory roles for a publicly-traded technology company.

**Direct** *+1.214.619.4960*
**Mobile** *+1.214.842.0078*
**Email** *sdalrymple@bvagroup.com*

**SCOTT DALRYMPLE,** CFA

*Partner*

## TESTIMONY AND PUBLICATIONS

**DEPOSITION:**

*Lewis Stein, Individually and on Behalf of All Others Similarly Situated v. U.S. Xpress Enterprises, Inc., et al.*
Civil Action No. 1:19-cv-00098
United States District Court, Eastern District of Tennessee, Chattanooga Division

*In re FirstEnergy Corp. Securities Litigation*
Civil Action No. 2:20-cv-03785-ALM-KAJ
United States District Court, Southern District of Ohio, Eastern Division

*Robert Strougo, Individually and on behalf of All Others Similarly Situated v. Tivity Health, Inc., et al.*
Civil Action No. 3:20-cv-00165
United States District Court, Middle District of Tennessee, Nashville Division

*Indiana Public Retirement System v. Michael T. Cartwright, et al.*
Civil Action No. 3:19-cv-00407
United States District Court, Middle District of Tennessee, Nashville Division

*St. Clair County Employees' Retirement System, Individually and on Behalf of All Others Similarly Situated v. Acadia Healthcare Company, Inc. et al.*
Civil Action No. 3:18-cv-00988
United States District Court, Middle District of Tennessee, Nashville Division

*Highfields Capital I LP, et al. v. SeaWorld Entertainment, Inc., et al.*
Civil Action No. 3:18-cv-01276
United States District Court, Southern District of California, San Diego

*Farmland Partners Inc., v. Rota Fortunae a/k/a David Quinton Mathews, QKM, L.L.C., et al.*
Civil Action No. 1:18-cv-02351
United States District Court, District of Colorado

*Nikki Bollinger Grae, individually and on Behalf of All Others Similarly Situated, v. Corrections Corporation of America, et al.*
Civil Action No. 3:16-cv-02267
United States District Court, Middle District of Tennessee

*Leaf Trading Cards, LLC v. The Upper Deck Company*
Civil Action No. 3:17-CV-03200-N
United States District Court, Northern District of Texas, Dallas Division

*Samsung Electronics America, Inc., v. All Pro Distributing, Inc., et al.*
Civil Action No. 3:15-CV-04108-D
United States District Court, Northern District of Texas, Dallas Division

*Royal Park Investments SA/NV, Individually and on Behalf of All Others Similarly Situated v. The Bank of New York Mellon, as Trustee*
Cause No. 14-CV-6502
United States District Court, Southern District of New York

*Royal Park Investments SA/NV, Individually and on Behalf of All Others Similarly Situated v. HSBC Bank USA, National Association, as Trustee*
Cause No. 14-CV-08175
United States District Court, Southern District of New York

*Avaya Inc., v. Interactive Intelligence, Inc.*
Cause No. 01-16-0004-7193
AAA Commercial Arbitration

*Royal Park Investments SA/NV, Individually and on Behalf of All Others Similarly Situated v. Wells Fargo Bank, N.A., as Trustee*
Cause No. 14-CV-9764
United States District Court, Southern District of New York

*Royal Park Investments SA/NV, Individually and on Behalf of All Others Similarly Situated v. U.S. Bank National Association, as Trustee*
Cause No. 14-CV-2590
United States District Court, Southern District of New York

*Galt Strategies, LLC v. Critter Control, Inc., Kevin Clark, ABCN Services Corp., et al.*
Cause No. DC-15-05281
162nd Judicial District Court, Dallas County, Texas

*Royal Park Investments SA/NV, Individually and on Behalf of All Others Similarly Situated v. Deutsche Bank National Trust Company, as Trustee*
Cause No. 14-CV-4394
United States District Court, Southern District of New York

*Maxus Healthcare Partners, LLC ("Maxus"), v. Texas RHH, LLC d/b/a Renew Home Health, et al.*
Cause No. 017-275219-14
17th Judicial District Court, Tarrant County, Texas

*GTG Holdings, Inc. v. Amvensys Capital Group, LLC, ACG Telecom, LLC, and Z. Edward Lateef*
Case No. 3:13-cv-03107-M
United States District Court, Northern District of Texas, Dallas Division

*In The Matter of the Marriage of Jessica L. Jones and David E. Jones and in the Interest of David E. Jones, Jr., Jackson H. Jones and William A. Jones, Children*
Case No. D-1-FM-13-001139
250th Judicial District Court, Travis County, Texas

**TRIAL AND HEARING:**

*James JN-Marie, Individually and on behalf of all others similarly situated, v. Spartan Concrete Products, LLC and Heavy Materials, LLC*
Civil Action No. ST-2017-CV-486
Superior Court of the Virgin Islands, Division of St. Thomas & St. John

*Robert Strougo, Individually and on behalf of All Others Similarly Situated v. Tivity Health, Inc., et al.*
Civil Action No. 3:20-cv-00165
United States District Court, Middle District of Tennessee, Nashville Division

*Shirley Jones, Individually and on Behalf of Her IRAs, et al., v. WFG Investments, Inc., WFG Advisors, LP, Wilson H. Williams, and David W. Williams*
Case No. 16-03743
Financial Industry Regulatory Authority

*Smith Walker v. E*Trade Securities LLC and E*Trade Clearing LLC*
Case No. 16-03022
Financial Industry Regulatory Authority

*Avaya Inc., v. Interactive Intelligence, Inc.*
Cause No. 01-16-0004-7193
AAA Commercial Arbitration

*Maxus Healthcare Partners, LLC ("Maxus"), v. Texas RHH, LLC d/b/a Renew Home Health, et al.*
Cause No. 017-275219-14
17th Judicial District Court, Tarrant County, Texas

*Galt Strategies, LLC v. Critter Control, Inc., Kevin Clark, ABCN Services Corp., et al.*
Cause No. DC-15-05281
162nd Judicial District Court, Dallas County, Texas

*Edward Kennard Andrew and Mark L. Hepworth v. Southwest Securities, Inc.*
Case No. 14-02566
Financial Industry Regulatory Authority

*In the Matter of the Marriage of Jessica L. Jones and David E. Jones and in the Interest of David E. Jones, Jr., Jackson H. Jones and William A. Jones, Children*
Case No. D-1-FM-13-001139
250th Judicial District Court, Travis County, Texas

**PRESENTATIONS AND PUBLICATIONS:**

Co-Author (with Jody Bland and Todd Goldwasser), "The SEC's Modernized Marketing Rule and Performance Measurement Issues for Investment Advisers," *Securities Regulation Law Journal*, Vol. 49 No. 3, Fall 2021.

Co-Author (with Joseph R. Mason and Jody Bland), "Collateralized Loan Obligations: Overview and Challenges," *BVA Group*, May 14, 2020.

Co-Author (with Robert Manz and Emily Chiu), "COVID-19 Business Interruption Claims: Causation May be Key," *BVA Group*, April 24, 2020.

Co-Author (with Joseph R. Mason and Jeffrey D. Balcombe), "Financial Supervision and Regulation in the US: Dodd-Frank Reform," *European Parliament*, December 2018.

Contributing Author, Hitchner, James R., *Financial Valuation: Applications and Models*, Fourth Edition, April 2017.

*Series N and Super Priority Preferred: The Unintended Consequences of Increasing Complexity in Today's Capital Markets*, Houston Bar Association Securities Litigation and Arbitration Section, April 11, 2017.

Co-Author, "Don't Shoot the Methodology: Use and (Mostly) Misuse of the Nash Bargaining Solution," *Law360*, March 2014.

*Economic Factors That Influence Royalties: Application of Game Theory*, LES Seattle Chapter Presentation, November 14, 2013.

*Bargaining Power in Licensing Negotiations*, LES San Diego Chapter Presentation, March 12, 2013.

*Bargaining Theory in Reasonable Royalty Calculations,* ABA Webinar, December 14, 2012.

Contributing Author, "Calculating Intellectual Property Infringement Damages," AICPA Practice Aid 06-1, 2012.

**AFFILIATIONS:**

The Economic Club of Washington D.C., panelist judge for the Philip M. Dearborn and Vernon E. Jordan fellowships for graduate students pursuing doctoral degrees in the fields of economics, finance, and business, 2014 to 2020.

CFA Institute and CFA Society of Dallas–Fort Worth.

**SCOTT DALRYMPLE,** CFA

*Partner*

## PARTIAL LIST OF CASES

Mr. Dalrymple has been involved with the following types of cases in a consulting and/or testifying capacity:

### VALUATION AND SECURITIES ANALYSIS

- Provided expert and rebuttal opinions on share price inflation and aggregate damages on behalf of a former Australian electronics retail chain.
- Provided expert testimony on damages and losses on behalf of a broker/dealer arising from a series of private placement investments and offerings.
- Quantified the impact of trustees' alleged failures to repurchase loans on behalf of a residential mortgage backed securitization (RMBS) investor.
- Developed a class-wide damage model arising from suitability claims against an investment bank.
- Provided expert testimony in support of class certification on behalf of residential mortgage backed securitization (RMBS) holders.
- Analyzed market efficiency in support of fairness and solvency opinions related to shares of publicly traded companies in the energy sector.
- Prepared event studies and damages analyses based on various share matching (LIFO, FIFO, offsets) and account consolidation conventions on behalf of security holders evaluating class action opt outs.
- Analyzed trading activity and valuations of restricted and unrestricted shares associated with an alleged pump-and-dump scheme following a reverse merger.
- Provided expert opinions and rebuttal of opposing expert analysis regarding share price inflation damages on behalf of an Australian industrial conglomerate involved in a shareholder class action lawsuit.
- Served as a testifying expert in an arbitration matter involving the liquidation of margin positions.
- Provided economic and statistical analysis of loan collateral characteristics, performance, and alleged misrepresentations associated with residential and commercial mortgage-backed securities on behalf of multinational financial institutions and investors.
- Developed econometric models to establish relationships between crude oil futures and options prices and numerous industrial, financial, and macroeconomic variables in a securities class action lawsuit.
- Provided expert testimony on the valuation of a healthcare services company.
- Served as a consulting expert for government agencies in negotiations of multibillion-dollar settlements involving the origination, sale, and securitization of residential mortgages.
- Negotiated the value of residual interests in Canadian mortgage-backed securities on behalf of the bankrupt sponsor based on econometric models and Monte Carlo simulations used to predict future cash flows from individual mortgages.
- Provided expert opinions the solvency of a debtor subsidiary in the telecom industry facing fraudulent transfer allegations.
- Analyzed the economic merits of civil penalties assessed by the U.S. SEC related to the sale of restricted stock.
- Assessed the appropriateness of certain private equity investments related to the investment policy statement of a family limited partnership.
- Evaluated the economic merits of breach of fiduciary duty claims related to options trading strategies in a jointly-held investment account.

- Quantified share price inflation damages on behalf of an Australian contracting and development company involved in a shareholder class action lawsuit.
- Evaluated share price inflation allegations against an Australian real estate investment trust and quantified damages based on multiple share purchase matching approaches and detailed trading data in a shareholder class action lawsuit.
- Analyzed plaintiff and defendant shareholder damages models related to claims against an Australian commodities company in a shareholder class action lawsuit.
- Investigated quantitative methods used to value the structured credit portfolios of a global investment and insurance company.
- Advised a major U.S. bank on the write-down of its structured finance portfolio.
- Quantified share price inflation and corresponding damages based on allegations against an Australian gaming corporation in a shareholder class action lawsuit.
- Analyzed the effects of management representations on a U.S. technology firm's share price in a shareholder class action lawsuit.
- Examined the impact of accounting scandal revelations on the share price of a U.S. media firm in a shareholder class action lawsuit.
- Constructed a Monte Carlo simulation to estimate the value of performance-based incentives in the UK media industry.

**ANTITRUST AND REGULATION**

- Provided expert testimony on relevant market definitions, market power, and vertical restraints of competition on behalf of a manufacturer in a case involving allegations of market foreclosure.
- Quantified damages on behalf of a plaintiff class alleging overcharges on purchases of accessory items.
- Provided expert opinions in support of class certification in a case involving alleged overcharges of building materials.
- Quantified the impact of price artificiality associated with alleged market manipulations in crude oil futures and options markets.
- Assessed the impact of monopolization claims on prices in the European automobile parts market.
- Evaluated monopolization claims in the market for remanufactured printer cartridges.
- Analyzed the price impact of alleged false advertising claims in the market for fruit juices.
- Assisted a European competition authority in a review of its financial services sector based on event studies used to estimate the effect of firm entry on lending rates.
- Examined the impact of competition policies on the personal banking sector in a national European market based on quantitative analysis of current account activity associated with major banks.
- Analyzed the impact of a UK pharmaceutical firm's alleged predatory pricing behavior on sales of its primary competitor.
- Quantified the impact of regulatory and commercial changes on a portfolio of media and gambling rights in the UK.
- Developed an industrial analysis framework used to evaluate competitive drivers across several manufacturing sectors for purposes of valuing a European manufacturing firm.

**INTELLECTUAL PROPERTY**

- Provided testimony rebutting an opposing expert's lost profits calculations arising from claims of intellectual property infringement, trade secret misappropriations, tortious interference and other allegations.
- Led the analysis of reasonable royalty damages on behalf of more than 150 defendants alleged to infringe a single patent covering widely-used website features related to geographic location services.
- Provided expert testimony regarding the economics of contractual royalty calculations on behalf of a U.S. communications company.
- Served as a testifying expert on behalf of a consulting firm seeking damages arising from alleged misappropriations of trade secrets.
- Assessed the merits of trade secret misappropriation claims against a global energy services company.
- Evaluated reasonable royalty claims associated with alleged U.S. patent infringements related to numerous technologies, including:
    - Telephony and cellular network;
    - Network architecture;
    - Hardware and software technology;
    - Digital media;
    - Remote access technologies;
    - Power converter architectures;
    - E-commerce;
    - Garments and apparel;
    - Automotive parts;
    - Food processing;
    - Methods for check payment processing;
    - Geographic location services; and
    - Oil and gas exploration.
- Advised patent holders on strategic opportunities and licensing strategy for purposes of monetizing patent portfolios in the network technology and electronic storage industries.
- Computed lost profits, unjust enrichment, and reasonable royalty damages arising from theft of trade secrets claims brought by a specialized provider of electronic components against former employees.
- Assessed damages associated with contingency fee agreements between a law firm and former client arising from the settlement of a patent litigation lawsuit.
- Analyzed lost profits damages arising from patent infringement claims covering a wide range of network, software, and industrial applications.
- Composed a series of intellectual property valuations submitted to European tax authorities on behalf of a global steel manufacturer.
- Assessed the economic merits of an injunction claims against a major provider of rail track inspection services.

- Evaluated price erosion claims on behalf of defendants accused of patent infringement in industrial applications.
- Assessed damages arising from trade secret claims involving tens of millions of transactions in the freight industry.
- Evaluated damages arising from trademark infringement claims against companies in the financial services, technology, and automotive industries.

### COMMERCIAL LITIGATION AND INVESTIGATIONS

- Designed sampling procedures and advised on statistical inferences drawn from samples used in numerous fraud investigations, accounting reviews, and class certification analyses.
- Provided expert opinions based on statistical and econometric models used to evaluate employee allegations of discrimination under U.S. Title VII.
- Led the sampling, investigation, and extrapolation of results from transaction data retrieved from various accounting systems for purposes of identifying unreported IT costs in a breach of contract dispute involving a major U.S. hospital network.
- Provided expert opinions on lost wages associated with an alleged wrongful termination of a public services officer.
- Assessed damages associated with contingency fee agreements between a law firm and former client arising from the settlement of a patent litigation lawsuit.
- Constructed a series of econometric and financial models used to evaluate breach of contract claims in the freight and shipping industry based on the analysis of tens of millions of individual shipping records.
- Quantified the effects of a U.S. publicity scandal on Japanese sales of celebrity-sponsored products based on a quantitative analysis of sales data, controlling for numerous macroeconomic factors.
- Analyzed the forgone acquisition value of a UK retailer due to an alleged breach of fiduciary duty.

### TURNAROUND AND RESTRUCTURING

- Assisted a regional hospital in preparing for Chapter 11 proceedings.
- Implemented a weekly cash projection process and advised on working capital strategies that enabled a U.S. manufacturer to operate within its asset-based facility.
- Managed the implementation of financial models and weekly cash management processes on behalf of a U.S. metals distributor.
- Developed a series of integrated financial models that enabled a public U.S. technology firm to evaluate restructuring opportunities and secure long-term and short-term funding.
- Implemented a short-term cash management tool and monthly strategic model for a private equity portfolio company
- Developed cash forecast and liquidation models on behalf of creditors of a U.S. metal fabricator.
- Assisted a U.S. hospital operator in developing financial plans used to secure additional funding.
- Estimated the impact of an audit firm's alleged misrepresentations on the unsecured claims against a U.S. company's bankrupt estate.

- Quantified the value of life insurance and executive benefit claims against a U.S. bankruptcy estate based on various actuarial assumptions.
- Advised on the reliability of a U.S. distributor's financial model and business plan based on a series of financial and statistical tests.
- Negotiated the settlement of numerous claims on behalf of a U.S. bankruptcy estate.
- Managed bankruptcy proceedings on behalf of a regional U.S. electronics chain.

**BUSINESS ADVISORY AND CORPORATE FINANCE**

- Designed econometric models to measure revenue impacts of product placements for a global consumer product company.
- Advised a U.S. freight company on the design and implementation of financial and economic forecasting tools.
- Designed sampling procedures to optimize new sporting goods product tests given limited access to college-level athletes.
- Identified demand drivers for an equipment manufacturer based on econometric analyses of distribution channels and inventory levels.
- Developed a comprehensive IT framework that enabled a U.S. manufacturer to project short-term borrowing requirements in a consolidated database/ERP system.
- Designed weekly cash management and monthly financial reporting tools for multiple private equity portfolio companies in the marketing and broadcast industries.
- Managed numerous projects for a public U.S. technology firm, including: product pricing and bundling analysis, development of operational metrics, and the redesign of the commission structure.
- Designed and implemented automation tools used in numerous business planning and reporting applications for clients in the retail, shipping, and manufacturing sectors.
- Advised a commercial real estate client on the sale of a major U.S. shopping mall.

**Robert Strougo, et al. vs Tivity Health, Inc. et al.**
**Appendix B - Information Considered**

**Bates Ranges:**

(1) ICR_0002405 - ICR_0002405
(2) JPMS_00000021 - JPMS_00000049
(3) PwC002082 - PwC002082
(4) RRA 002562 - RRA 002584
(5) RRA 003091 - RRA 003091
(6) TVTY_STROUGO0000150 - TVTY_STROUGO0000155
(7) TVTY_STROUGO0008784 - TVTY_STROUGO0008786
(8) TVTY_STROUGO0028279 - TVTY_STROUGO0028283
(9) TVTY_STROUGO0028286 - TVTY_STROUGO0028325
(10) TVTY_STROUGO0028345 - TVTY_STROUGO0028348
(11) TVTY_STROUGO0028384 - TVTY_STROUGO0028416
(12) TVTY_STROUGO0028445 - TVTY_STROUGO0028493
(13) TVTY_STROUGO0028501 - TVTY_STROUGO0028519
(14) TVTY_STROUGO0028538 - TVTY_STROUGO0028539
(15) TVTY_STROUGO0028555 - TVTY_STROUGO0028556
(16) TVTY_STROUGO0028580 - TVTY_STROUGO0028583
(17) TVTY_STROUGO0028586 - TVTY_STROUGO0028589
(18) TVTY_STROUGO0028916 - TVTY_STROUGO0028925
(19) TVTY_STROUGO0028953 - TVTY_STROUGO0029011
(20) TVTY_STROUGO0029019 - TVTY_STROUGO0029090
(21) TVTY_STROUGO0029211 - TVTY_STROUGO0029314
(22) TVTY_STROUGO0029382 - TVTY_STROUGO0029441
(23) TVTY_STROUGO0029551 - TVTY_STROUGO0029566
(24) TVTY_STROUGO0029641 - TVTY_STROUGO0029658
(25) TVTY_STROUGO0029745 - TVTY_STROUGO0029758
(26) TVTY_STROUGO0029787 - TVTY_STROUGO0029788
(27) TVTY_STROUGO0029792 - TVTY_STROUGO0029801
(28) TVTY_STROUGO0029808 - TVTY_STROUGO0029862
(29) TVTY_STROUGO0029896 - TVTY_STROUGO0029941
(30) TVTY_STROUGO0030000 - TVTY_STROUGO0030018
(31) TVTY_STROUGO0030087 - TVTY_STROUGO0030088
(32) TVTY_STROUGO0030162 - TVTY_STROUGO0030167
(33) TVTY_STROUGO0030214 - TVTY_STROUGO0030232
(34) TVTY_STROUGO0030259 - TVTY_STROUGO0030267
(35) TVTY_STROUGO0030278 - TVTY_STROUGO0030280
(36) TVTY_STROUGO0030341 - TVTY_STROUGO0030349
(37) TVTY_STROUGO0030366 - TVTY_STROUGO0030383
(38) TVTY_STROUGO0030423 - TVTY_STROUGO0030425
(39) TVTY_STROUGO0030428 - TVTY_STROUGO0030505
(40) TVTY_STROUGO0030536 - TVTY_STROUGO0030537

(41) TVTY_STROUGO0030553 - TVTY_STROUGO0030554
(42) TVTY_STROUGO0030584 - TVTY_STROUGO0030593
(43) TVTY_STROUGO0030735 - TVTY_STROUGO0030745
(44) TVTY_STROUGO0030814 - TVTY_STROUGO0030823
(45) TVTY_STROUGO0031223 - TVTY_STROUGO0031281
(46) TVTY_STROUGO0031372 - TVTY_STROUGO0031546
(47) TVTY_STROUGO0031600 - TVTY_STROUGO0031615
(48) TVTY_STROUGO0031660 - TVTY_STROUGO0031676
(49) TVTY_STROUGO0031704 - TVTY_STROUGO0031705
(50) TVTY_STROUGO0031814 - TVTY_STROUGO0031842
(51) TVTY_STROUGO0031899 - TVTY_STROUGO0031932
(52) TVTY_STROUGO0032026 - TVTY_STROUGO0032027
(53) TVTY_STROUGO0032074 - TVTY_STROUGO0032153
(54) TVTY_STROUGO0032184 - TVTY_STROUGO0032233
(55) TVTY_STROUGO0032270 - TVTY_STROUGO0032320
(56) TVTY_STROUGO0032325 - TVTY_STROUGO0032343
(57) TVTY_STROUGO0032354 - TVTY_STROUGO0032354
(58) TVTY_STROUGO0032355 - TVTY_STROUGO0032365
(59) TVTY_STROUGO0032404 - TVTY_STROUGO0032428
(60) TVTY_STROUGO0032485 - TVTY_STROUGO0032497
(61) TVTY_STROUGO0032539 - TVTY_STROUGO0032540
(62) TVTY_STROUGO0032553 - TVTY_STROUGO0032566
(63) TVTY_STROUGO0032676 - TVTY_STROUGO0032677
(64) TVTY_STROUGO0032694 - TVTY_STROUGO0032712
(65) TVTY_STROUGO0032756 - TVTY_STROUGO0032784
(66) TVTY_STROUGO0032836 - TVTY_STROUGO0032910
(67) TVTY_STROUGO0033155 - TVTY_STROUGO0033212
(68) TVTY_STROUGO0033242 - TVTY_STROUGO0033258
(69) TVTY_STROUGO0033288 - TVTY_STROUGO0033321
(70) TVTY_STROUGO0033396 - TVTY_STROUGO0033414
(71) TVTY_STROUGO0033509 - TVTY_STROUGO0033526
(72) TVTY_STROUGO0033529 - TVTY_STROUGO0033529
(73) TVTY_STROUGO0033534 - TVTY_STROUGO0033536
(74) TVTY_STROUGO0033569 - TVTY_STROUGO0033589
(75) TVTY_STROUGO0033619 - TVTY_STROUGO0033632
(76) TVTY_STROUGO0033689 - TVTY_STROUGO0033717
(77) TVTY_STROUGO0033732 - TVTY_STROUGO0033755
(78) TVTY_STROUGO0033771 - TVTY_STROUGO0033846
(79) TVTY_STROUGO0033899 - TVTY_STROUGO0033902
(80) TVTY_STROUGO0033918 - TVTY_STROUGO0033950
(81) TVTY_STROUGO0034125 - TVTY_STROUGO0034135

(82) TVTY_STROUGO0034262 - TVTY_STROUGO0034269
(83) TVTY_STROUGO0034388 - TVTY_STROUGO0034403
(84) TVTY_STROUGO0034605 - TVTY_STROUGO0034609
(85) TVTY_STROUGO0034749 - TVTY_STROUGO0034824
(86) TVTY_STROUGO0034871 - TVTY_STROUGO0034889
(87) TVTY_STROUGO0035113 - TVTY_STROUGO0035130
(88) TVTY_STROUGO0035474 - TVTY_STROUGO0035523
(89) TVTY_STROUGO0035614 - TVTY_STROUGO0035661
(90) TVTY_STROUGO0035693 - TVTY_STROUGO0035697
(91) TVTY_STROUGO0035726 - TVTY_STROUGO0035762
(92) TVTY_STROUGO0036014 - TVTY_STROUGO0036017
(93) TVTY_STROUGO0036132 - TVTY_STROUGO0036196
(94) TVTY_STROUGO0037184 - TVTY_STROUGO0037215
(95) TVTY_STROUGO0037240 - TVTY_STROUGO0037252
(96) TVTY_STROUGO0037303 - TVTY_STROUGO0037350
(97) TVTY_STROUGO0037552 - TVTY_STROUGO0037669
(98) TVTY_STROUGO0037690 - TVTY_STROUGO0037762
(99) TVTY_STROUGO0039012 - TVTY_STROUGO0039074
(100) TVTY_STROUGO0039555 - TVTY_STROUGO0039576
(101) TVTY_STROUGO0039590 - TVTY_STROUGO0039631
(102) TVTY_STROUGO0039658 - TVTY_STROUGO0039686
(103) TVTY_STROUGO0040714 - TVTY_STROUGO0040736
(104) TVTY_STROUGO0040957 - TVTY_STROUGO0041069
(105) TVTY_STROUGO0041370 - TVTY_STROUGO0041436
(106) TVTY_STROUGO0041649 - TVTY_STROUGO0041723
(107) TVTY_STROUGO0041781 - TVTY_STROUGO0041833
(108) TVTY_STROUGO0042090 - TVTY_STROUGO0042092
(109) TVTY_STROUGO0042240 - TVTY_STROUGO0042241
(110) TVTY_STROUGO0042260 - TVTY_STROUGO0042263
(111) TVTY_STROUGO0042332 - TVTY_STROUGO0042340
(112) TVTY_STROUGO0042553 - TVTY_STROUGO0042556
(113) TVTY_STROUGO0042696 - TVTY_STROUGO0042710
(114) TVTY_STROUGO0042760 - TVTY_STROUGO0042763
(115) TVTY_STROUGO0043073 - TVTY_STROUGO0043074
(116) TVTY_STROUGO0043114 - TVTY_STROUGO0043133
(117) TVTY_STROUGO0043156 - TVTY_STROUGO0043159
(118) TVTY_STROUGO0043214 - TVTY_STROUGO0043229
(119) TVTY_STROUGO0043232 - TVTY_STROUGO0043250
(120) TVTY_STROUGO0043258 - TVTY_STROUGO0043259
(121) TVTY_STROUGO0043288 - TVTY_STROUGO0043351
(122) TVTY_STROUGO0043458 - TVTY_STROUGO0043460

(123) TVTY_STROUGO0043470 - TVTY_STROUGO0043479
(124) TVTY_STROUGO0043681 - TVTY_STROUGO0043687
(125) TVTY_STROUGO0043690 - TVTY_STROUGO0043705
(126) TVTY_STROUGO0043708 - TVTY_STROUGO0043711
(127) TVTY_STROUGO0043715 - TVTY_STROUGO0043751
(128) TVTY_STROUGO0043869 - TVTY_STROUGO0043870
(129) TVTY_STROUGO0043899 - TVTY_STROUGO0043900
(130) TVTY_STROUGO0043972 - TVTY_STROUGO0043976
(131) TVTY_STROUGO0044801 - TVTY_STROUGO0044879
(132) TVTY_STROUGO0045913 - TVTY_STROUGO0045934
(133) TVTY_STROUGO0046135 - TVTY_STROUGO0046136
(134) TVTY_STROUGO0046152 - TVTY_STROUGO0046202
(135) TVTY_STROUGO0067563 - TVTY_STROUGO0067563
(136) TVTY_STROUGO0078571 - TVTY_STROUGO0078571
(137) TVTY_STROUGO0087157 - TVTY_STROUGO0087190
(138) TVTY_STROUGO0136210 - TVTY_STROUGO0136212
(139) TVTY_STROUGO0136332 - TVTY_STROUGO0136333
(140) TVTY_STROUGO0144081 - TVTY_STROUGO0144081
(141) TVTY_STROUGO0150296 - TVTY_STROUGO0150297
(142) TVTY_STROUGO0152379 - TVTY_STROUGO0152381
(143) TVTY_STROUGO0155747 - TVTY_STROUGO0155749
(144) TVTY_STROUGO0180843 - TVTY_STROUGO0180844
(145) TVTY_STROUGO0304424 - TVTY_STROUGO0304429
(146) TVTY_STROUGO0325446 - TVTY_STROUGO0325447
(147) TVTY_STROUGO0337961 - TVTY_STROUGO0337963

**Court Documents:**

(1) Consolidated Complaint for Violations of the Federal Securities Laws, November 13, 2020
(2) Defendants' Motion to Dismiss Plaintiff's Amended Complaint, December 4, 2020
(3) Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint, December 4, 2020
(4) Plaintiff's Opposition to Defendants' Motion to Dismiss, January 4, 2021
(5) Reply Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint, January 11, 2021
(6) Memorandum Opinion, July 29, 2021
(7) Lead Plaintiff's Motion for Class Certification, October 26, 2021
(8) Memorandum of Law in Support of Lead Plaintiff's Motion for Class Certification, October 26, 2021
(9) Declaration of Christopher M. Wood in Support of Lead Plaintiff's Motion for Class Certification, October 26, 2021
(10) Defendants' Opposition to Plaintiff's Motion for Class Certification, November 30, 2021

**Robert Strougo, et al. vs Tivity Health, Inc. et al.**
**Appendix B - Information Considered**

(11) Declaration in Support of Defendants' Opposition to Plaintiff's Motion for Class Certification, November 30, 2021
(12) Lead Plaintiff's Reply Brief in Support of Class Certification, January 21, 2022
(13) Declaration of Christopher M. Wood in Support of Lead Plaintiff's Reply Brief in Support of Class Certification, January 21, 2022
(14) Transcript of Proceedings and Exhibits, March 21, 2022
(15) Defendants' Supplemental Brief in Opposition to Plaintiff's Motion for Class Certification, April 2, 2022
(16) Lead Plaintiff's Supplemental Brief in Support of Class Certification, April 8, 2022
(17) Declaration of Christopher M. Wood in Support of Lead Plaintiff's Supplemental Brief in Support of Class Certification, April 8, 2022
(18) Memorandum Opinion and Order, June 6, 2022
(19) U.S. Court of Appeals for the Sixth Circuit Order 22-0502, November 21, 2022

**Expert Reports:**
(1) Expert Report of W. Scott Dalrymple, CFA, October 26, 2021 and reliance materials
(2) Expert Report of Paul A. Gompers, Ph.D., November 30, 2021 and reliance materials
(3) Expert Rebuttal Report of W. Scott Dalrymple, CFA, January 21, 2022 and reliance materials

**Depositions:**
(1) Deposition of W. Scott Dalrymple, CFA, November 19, 2021
(2) Deposition of Paul A. Gompers, Ph.D., December 14, 2021
(3) Deposition of Ryan Wagers, February 17, 2022 and exhibits
(4) Deposition of Michael Monahan, August 3, 2022 and exhibits
(5) Deposition of Mandy Maples, September 1, 2022 and exhibits
(6) Deposition of Kevin Wills, October 12, 2022 and exhibits
(7) Deposition of Marcus Heitor, October 14, 2022 and exhibits
(8) Deposition of Tommy Lewis, October 18, 2022 and exhibits
(9) Deposition of Eric Turner, October 19, 2022 and exhibits
(10) Deposition of Ryan Wagers, October 25, 2022 and exhibits
(11) Deposition of Arra Yerganian, October 28, 2022 and exhibits
(12) Deposition of Robert Greczyn, Jr., November 2, 2022 and exhibits
(13) Deposition of Keira Krausz, November 4, 2022 and exhibits
(14) Deposition of Adam Holland, November 11, 2022 and exhibits
(15) Deposition of Jay Butt, November 17, 2022 and exhibits
(16) Deposition of Brandon DiStefano, November 29, 2022 and exhibits
(17) Deposition of Donald Tramuto, November 30, 2022 and exhibits
(18) Deposition of Donald Tramuto, December 1, 2022 and exhibits

**Robert Strougo, et al. vs Tivity Health, Inc. et al.**
**Appendix B - Information Considered**

**Analyst Reports:**

(1) Cantor Fitzgerald, "Nutrisystem Bolsters Healthy Lifestyle Portfolio; Reiterate Overweight," December 10, 2018
(2) Cantor Fitzgerald, "Sell-off Overdone, in Our View; Reiterate Overweight," December 10, 2018
(3) Jefferies, "The Pros & Cons of Buying Nutrisystem," December 10, 2018
(4) Oppenheimer, "Nutrisystem Acq. Raises Questions and Complicates Story, But We're Banking on Mgmt Credibility," December 10, 2018
(5) Piper Jaffray, "Attractive Entry Point on Acquisition of Nustrisystems," December 10, 2018
(6) William Blair, "Calories In, Calories Out; Tivity Health to Acquire Nutrisystem for $1.3 Billion," December 10, 2018
(7) Barrington Research, "Tivity to Acquire Nutrisystem for Around $1.3 billion Cash/Stock," December 11, 2018
(8) Cantor Fitzgerald, "Shares are Compelling at Current Levels," December 17, 2018
(9) William Blair, "Consumer-Centric Healthcare: 2019 Update," January 5, 2019
(10) William Blair, "Food for Thought; Food as Medicine a Dominant Theme at 2019 Industry Conference," January 10, 2019
(11) Oppenheimer, "Healthcare IT Weekly," January 14, 2019
(12) Oppenheimer, "Healthcare IT Weekly," January 22, 2019
(13) Cantor Fitzgerald, "Provides Preliminary 4Q18 Results," January 28, 2019
(14) Jefferies, "TVTY 4Q18 Pre-Release: Small Revenue Miss; Modestly Higher EBITDA," January 28, 2019
(15) Oppenheimer, "Correction: Healthcare IT Weekly," January 28, 2019
(16) Oppenheimer, "Pre-Releases 4Q Rev Miss; Adj EBITDA, Net Beat; Weather Impact, Full EPS 2/19," January 28, 2019
(17) William Blair, "Prereleases Largely In-Line Fourth Quarter Results; No Updates on NTRI Deal," January 28, 2019
(18) Barrington Research, "Tivity Provides Preliminary Fourth Quarter View, January 29, 2019
(19) Piper Jaffray, "TVTY Prelminary Q4 Results Could create Buying Opportunity," January 29, 2019
(20) SunTrust, "Comments On Preliminary 4Q Results, Pending NTRI Deal, January 29, 2019
(21) Cantor Fitzgerald, "Proposed MA Benefits Support Nutrisystem Acquisition," January 30, 2019
(22) Chardan, "Pre-Announces With Slight Guide-Down on Weather Issues, Reit. Buy, PT to $31," February 1, 2019
(23) Cantor Fitzgerald, "Lower Than Expected 2019 Outlook," February 19, 2019
(24) Jefferies, "4 Key Insights from TVTY's 4Q18," February 19, 2019
(25) SunTrust, "Comments on Mixed Results," February 19, 2019
(26) Barrington Research, "Q4 Results In-Line with Late-January Guide; FY/19 Outlook Below Expectations; NTRI Deal Weighs on Valuation; PT is now $40," February 20, 2019
(27) Levels," February 20, 2019
(28) Piper Jaffray, "Lowers Outlook on Further Insourcing by United," February 20, 2019
(29) William Blair, "Results in Line With Prerelease," February 20, 2019
(30) Chardan, "Slight top line miss, Guide. FY19," February 25, 2019

(31) Cantor Fitzgerald, "Health Plan Support for meal Delivery Validates NTRI Merger," March 4, 2019
(32) Watchdog Research, "Tivity Health," March 8, 2019
(33) Cantor Fitzgerald, "Adjusting Estimates to Reflect Nutrisystem; Reiterate Overweight," March 11, 2019
(34) Oppenheimer, "Healthcare IT Weekly," March 11, 2019
(35) William Blair, "The March Month Short (and Retort) Report," March 12, 2019
(36) Cantor Fitzgerald, "Population Health Colloquium Takeaways," March 25, 2019
(37) Cantor Fitzgerald, "DCF Model Adjustments; Reiterate Overweight Rating," April 1, 2019
(38) Cantor Fitzgerald, "Final MA Call Letter Includes Nutrition; Supports Deal Synergies; Overweight," April 2, 2019
(39) Watchdog Research, "Tivity Health," April 5, 2019
(40) 2019
(41) Craig-Hallum, "Tivity's Acquisition of Nutrisystem Capitalizes on an Aging Population and Could Double or Triple EPS. Initiating Coverage With a BUY Rating and $30 Price Target," April 11, 2019
(42) William Blair, "Highlights from Recent Travels With Management," April 18, 2019
(43) Cantor Fitzgerald, "Nutrition & Weight Management Industry Overview; Reiterate Overweight on TVTY," April 22, 2019
(44) William Blair, "Updating Earnings Model," April 22, 2019
(45) Cantor Fitzgerald, "Social Determinants Remain a High Priority for Payers, Supports Our Industry Thesis," April 24, 2019
(46) Oppenheimer, "Health Plan's Increasing Focus and Rhetoric on Nutrition Give Legs to TVTY-NTRI Combination," April 25, 2019
(47) William Blair, "The April Monthly Short (and Retort)," April 26, 2019
(48) Oppenheimer, "Healthcare IT Weekly," April 29, 2019
(49) Cantor Fitzgerald, "1Q19 Preview; Focused on Merger Synergies; Reiterate Overweight," May 6, 2019
(50) Cantor Fitzgerald, "Nutrisystem Off to a Good Start; Increasing Estimates and Price Target; Overweight," May 8, 2019
(51) William Blair, "Upside Performance as Nutrisystem Integration off to Good Start; Positive Early Feedback From Key Constituents," May 8, 2019
(52) Craig-Hallum, "Q1 Results Solid as Nutrition Achieves Significant March Rebound. We Continue To See Meaningful Long-Term Revenue Synergies. Reiterate BUY Rating and $30 Price Target," May 9, 2019
(53) Jefferies, "4 Key Insights from TVTY's 1Q19," May 9, 2019
(54) Oppenheimer, "Healthcare Strength and Stabilizing Nutrition Segment Should Improve Sentiment," May 9, 2019
(55) Piper Jaffray, "Early Signs That the Consumer Marketing Is Working," May 9, 2019
(56) SunTrust, "Solid Start to the Year With Some Encouraging Green Shoots," May 9, 2019
(57) Barrington, "Tivity Reports Solid Q1; Result Includes 24 Days of NTRI Asset; More Detailed FY/19 Guidance Provided; Maintain OUTPERFORM; PT is $40," May 10, 2019
(58) Oppenheimer, "Healthcare IT Weekly," May 13, 2019

**Robert Strougo, et al. vs Tivity Health, Inc. et al.**
**Appendix B - Information Considered**

(59) SunTrust, "Model Update," May 14, 2019
(60) SunTrust, "Upbeat Management Meetings - Attractive Risk-Reward," May 17, 2019
(61) William Blair, "The May Monthly Short (and Retort) Report," May 29, 2019
(62) 2019
(63) William Blair, "Key Macro Insights and Themes From Our 39th Annual Growth Stock Conference," June 11, 2019
(64) William Blair, "Quarterly Bull/Bear Report: A Deep Dive Into Tivity Health Post the Nutrisystem Transaction," June 25, 2019
(65) William Blair, "The June Monthly Short (and Retort) Report," June 27, 2019
(66) Watchdog Research, "Tivity Health," July 5, 2019
(67) SunTrust, "Healthcare Services 2Q 2019 Preview, We Remain Bullish, Selectivity Still Key," July 16, 2019
(68) William Blair, "The Growing Importance of Social Determinants of Health in Future of U.S. Healthcare Delivery," July 24, 2019
(69) William Blair, "The July Monthly Short (and Retort) Report," July 25, 2019
(70) William Blair, "Bipartisan Policy Center Study Highlights Potential for Home Meal Delivery for FFS Medicare, "July 26, 2019
(71) Cantor Fitzgerald, "Understanding Potential Investment Implicaitons of Social Determinants of Health," August 5, 2019
(72) Cantor Fitzgerald, "Nutrition Outlook Reduced, But Overall Outlook Positive for 2020; Overweight," August 7, 2019
(73) William Blair, "Analysis of Results; Health Segment on Plan, Nutrition Segment Modestly Lags; Early Look at 2020 Health Business Favorable," August 7, 2019
(74) Barrington, "Q2 Results Largely In-Line; Reduces Nutrition Expectation, but Provides Bullish Outlook for Healthcare Business; Shares Seem Way Too Cheap; PT Remains $40 (Over 100% Upside Potential)," August 8, 2019
(75) Craig-Hallum, "Q2 Results Mixed, Multiple Positive Developments Emerging to Drive Improved Earnings Results in 2020 And Beyond. Reiterate BUY Rating And $30 Price Target," August 8, 2019
(76) Jefferies, "4 Key Insights from TVTY's 2Q19," August 8, 2019
(77) Oppenheimer, "Healthcare Gaining Momentum But Nutrition Segment Turnaround Likely Takes Longer," August 8, 2019
(78) Piper Jaffray, "Healthcare Delivers, Nutrition Lags - Still Well Positioned For SD Of Health But Execution Key; Estimates Cut," August 8, 2019
(79) SunTrust, "HC Solid, Nutrition Soft - Still Well Positioned For SD Of Health But Execution Key; Estimates Cut," August 8, 2019
(80) Cantor Fitzgerald, "Collaborative Population Health Management, The Next Frontier in Managed Care," August 12, 2019
(81) Oppenheimer, "Healthcare IT Weekly," August 12, 2019
(82) Barrington, "NDR Confirms Constructive View of TVTY; Healthcare Appears Very Solid; Uncertainty Regarding Nutrition Remains but Opportunities to Improve Abound; TVTY Likely Our Best Idea at Current Valuation," August 19, 2019

(83) SunTrust, "Update from the Road-Strategic Positioning Remains Intriguing, Execution is Key," August 21, 2019
(84) Chardan, "Top-line Beat for 2Q19, Lowered FY19 Guidance, Reit Buy, PT to $24," August 23, 2019
(85) Cantor Fitzgerald, "Looking Ahead to 2020; Shares Remain Inexpensive; Overweight" August 26, 2019
(86) William Blair, "The August Monthly Short (and Retort) Report," August 27, 2019
(87) Cantor Fitzgerald, "New Prime Relationship Announced; Reiterate Overweight," August 28, 2019
(88) Watchdog Research, "Tivity Health," September 6, 2019
(89) William Blair, "Key Takeaways from Nashville Field Trip," September 19, 2019
(90) William Blair, "The September Monthly Short (and Retort) Report," September 26, 2019
(91) Oppenheimer, "Healthcare IT Weekly," September 30, 2019
(92) Cantor Fitzgerald, "Quick Takeaways from Our Healthcare Conference Presentation with TVTY," October 3, 2019
(93) William Blair, "Inside Walmart (Health's) Mission to Change the Future of Healthcare," October 8, 2019
(94) William Blair, "Becoming a Curator of Care, a New Strategic Imperative for U.S. Health Systems, October 10, 2019
(95) Cantor Fitzgerald, "Launches Fitness and Wellness Pilot with Walmart; Reiterate Overweight," October 28, 2019
(96) William Blair, "The October Monthly Short (and Retort) Report," October 28, 2019
(97) Cantor Fitzgerald, "3Q19 Review; EBITDA Was Light But Guidance Reaffirmed; Reiterate Overweight," November 12, 2019
(98) Jefferies, "4 Key Insights from TVTY's 3Q19," November 12, 2019
(99) Craig-Hallum, "2019 Guidance Reiterated. Nutrition Innovations For Diet Season As Well As New Older American Offering Provide Strong Catalysts For 2020. Reiterate BUY Rating And $30 Price Target," November 13, 2019
(100) Oppenheimer, "Fairly In-Line Revenue, Good Traction in Both Healthcare and Nutrition Initiatives," November 13, 2019
(101) Piper Jaffray, "3Q19 Better-Than-Feared," November 13, 2019
(102) SunTrust, "Mixed 3Q With EBITDA Below, Guidance Reiterated and Some Strategic Progress - Trimming Estimates," November 13, 2019
(103) William Blair, "First Look at Third-Quarter Results: Revenue Beat, Adjusted EBITDA and Adjusted EPS Below Street, Guidance Maintained," November 13, 2019
(104) Barrington, "Q3 Results Mixes; Top Line Beats; Profitability Falls Short; Reducing PT to $38 from $40, but Upside Still Very Big," November 14, 2019
(105) William Blair, "Looking Forward by Looking Back, Recent Trends Highlight Momentum in Our Industry Predictions," November 20, 2019
(106) Cantor Fitzgerald, "The Future of Primary Care, A Connected Platform to Drive Value-Based Care Delivery," November 21, 2019
(107) SunTrust, "UNH Extends Group MA SilverSneakers Contract Through 2022," November 21, 2019

**Robert Strougo, et al. vs Tivity Health, Inc. et al.**
**Appendix B - Information Considered**

(108) William Blair, "Top Five Names to Monitor Following Third-Quarter Earnings Season," November 21, 2019
(109) Watchdog Research, "Tivity Health," November 28, 2019
(110) William Blair, "The November Monthly Short (and Retort) Report," December 3, 2019
(111) Cantor Fitzgerald, "Dawn Zier Departure is Surprising; Reiterate Overweight," December 9, 2019
(112) Cantor Fitzgerald, "Update After our Call with CFO; Reiterate Overweight," December 9, 2019
(113) SunTrust, "Comments on Management Change," December 9, 2019
(114) William Blair, "Updating Our Model and Modestly Refining Our Forward Estimates," December 13, 2019
(115) SunTrust, "2020 HC Svcs Preview, Lots to Like, a Few Things to Watch, We Remain Bullish, December 17, 2019
(116) Piper Jaffray, "On Dawn's Departure, Nutrition and Healthcare Following NDR," December 18, 2019
(117) Barrington, "January Effect Candidate - Tivity Health," December 23, 2019
(118) Cantor Fitzgerald, "2020 Nutrition Offerings Emphasize Personalization; Seems Logical; Overweight TVTY," December 26, 2019
(119) Credit Suisse, "Bullish on Healthcare Segment, but Nutrisystem Deal Yet to Prove Its Worth; Initiate with a Neutral Rating," January 3, 2020
(120) Barrington, "Best Ideas 2020: Tivity Health (TVTY) – Healthcare is Solid; Nutrition Outlook is Shakier, but Stabilization Would Drive Material Recovery in Sentiment," January 7, 2020
(121) William Blair, "2020 Update, The Vernacular Has Changed, Healchare is Now a Consumer-Driven Industry, January 8, 2020
(122) Cantor Fitzgerald, "Increasing Confidence for Nutrition Segment; Fine-tuning Estimates and PT; Overweight," January 21, 2020
(123) Cantor Fitzgerald, "Walmart Launches Walton Life Fitness Pass; Reiterate Overweight," January 23,
(124) Piper Sandler, "Downgrading to Neutral; Reiterate $25 Price Target," January 27, 2020
(125) Credit Suisse, "Regional Investor Analysis," January, 2020
(126) Jefferies, "Encouraging Nutrisystem Website Traffic Data; Upside to 2020," February 18, 2020
(127) Credit Suisse, "When It Rains, It Pours," February 19, 2020
(128) Jefferies, "Downgrade to Hold-Too Many Uncertainties," February 19, 2020
(129) Barrington, "Q4 Results, FY/20 Guidance Disappoint; CEO Terminated; Nutrition Business Still a Mess; No Quick Fixes; Reducing PT to $24 from $38," February 20, 2020
(130) Cantor Fitzgerald, "Not Much ProducTIVITY Here; Downgrading to Neutral and Lowering Price Target," February 20, 2020
(131) Craig-Hallum, "Weak 2020 Guidance Driven By Retail Segment Weakness. Downgrading From BUY To HOLD In View Of Lower Estimates And Management Turnover. Reducing Price Target To $18," February 20, 2020
(132) Piper Sandler, "Q4 2019-Crisis in Nashville," February 20, 2020
(133) SunTrust, "Nutrition Challenges Continue- Downgrading to Hold, Cutting Estimates and Target," February 20, 2020
(134) William Blair, "CEO Departure Signals Botched Strategy for Nutrition Acquisition; Downgrading to Market Perform," February 20, 2020

(135) Credit Suisse, "Q&A Our Way-In Search of Nutritional Growth," February 21, 2020

**Media Reports:**

(1) "Franklin firm completes $1.3B deal for Nutrisystem," *Nashville Business Journal* , Mar. 8, 2019

(2) "Tivity Health Completes Acquisition of Nutrisystem; Combined Offerings Will Meet Growing Demand for Integrated Solutions to Support Healthier Lifestyles," *PR Newswire* , Mar. 8, 2019

(3) "Nutrisystem Files 8K - Asset Acquisition Or Disposition >NTRI," *Factiva* , Mar. 8, 2019

(4) "*Tivity Health Completes Acquisition Of Nutrisystem >TVTY," *Factiva* , Mar. 8, 2019

(5) "Tivity Health Files 8K - Asset Acquisition Or Disposition >TVTY," *Factiva* , Mar. 8, 2019

(6) "Tivity Health Files 8K - Director, Officer or Compensation Filing >TVTY," *Factiva* , Mar. 8, 2019

(7) "Tivity Health and Microsoft Named to Healthcare "Vendor Honor Roll" by Clients of CORL Technologies; Recognized as Responsive, Collaborative, Transparent Vendors in the Health Industry," *Business Wire* , Mar. 13, 2019

(8) "Tivity Health Adds Ben Kirshner to Board of Directors," *Business Wire* , Mar. 14, 2019

(9) "Saint Joseph's College of Maine Commencement to Feature Award-Winning Global Healthcare Activist Donato J. Tramuto as Speaker and One of Two Honorary Degree Recipients," *Targeted News Service* , Mar. 18, 2019

(10) "Tivity Health Files 8K - Director, Officer or Compensation Filing >TVTY," *Factiva* , Mar. 18, 2019

(11) "Dir Keckley Buys 5,780 Of Tivity Health Inc >TVTY," *Factiva* , Mar. 22, 2019

(12) "Dir Karro Buys 2,900 Of Tivity Health Inc >TVTY," *Factiva* , Mar. 22, 2019

(13) "Dir Greczyn Jr Buys 5,810 Of Tivity Health Inc >TVTY," *Factiva* , Mar. 22, 2019

(14) "Bragar Eagel & Squire, P.C. is Investigating Certain Officers and Directors of Tivity Health, Inc. (TVTY) and Encourages TVTY Investors to Contact the Firm," *GlobeNewswire* , Mar. 25, 2019

(15) "P.C. is Investigating Certain Officers and Directors of Tivity Health, Inc. (TVTY) and Encourages TVTY Investors to Contact the Firm," *Market News Publishing* , Mar. 25, 2019

(16) "STOCKHOLDER NOTICE: Kaskela Law LLC Announces Investigation of Tivity Health, Inc. on Behalf of Stockholders TVTY," *Market News Publishing* , Mar. 26, 2019

(17) "Lifshitz & Miller LLP Announces Investigation of Bloom Energy Corporation, First Choice Healthcare Solutions, Inc., Nutanix, Inc., PolarityTE, Inc., Revlon, Inc., Tivity Health, Inc., WellCare Health Plans, Inc., and Whitestone REIT," *PR Newswire* , Apr. 2, 2019

(18) "Press Release: Lifshitz & Miller LLP Announces Investigation of Bloom Energy Corporation, First Choice Healthcare Solutions, Inc., Nutanix, Inc., PolarityTE, Inc., Revlon, Inc., Tivity Health, Inc., WellCare Health Plans, Inc., and Whitestone REIT," *Factiva* , Apr. 2, 2019

(19) "TIVITY HEALTH INVESTIGATION INITIATED by Former Louisiana Attorney General: Kahn Swick & Foti, LLC Investigates the Officers and Directors of Tivity Health, Inc. - TVTY," *Business Wire* , Apr. 5, 2019

(20) "Update in Lawsuit for Investors in shares of Tivity Health Inc (NASDAQ: TVTY) announced by Shareholders Foundation," *GlobeNewswire* , Apr. 16, 2019

(21) "Update in Lawsuit for Investors in shares of Tivity Health Inc announced by Shareholders Foundation," *Market News Publishing* , Apr. 16, 2019

(22) "Tivity Health to Issue First Quarter 2019 Financial Results After Market Close on May 8," *PR Newswire* , Apr. 24, 2019
(23) "Tivity Health Inc, Inst Holders, 1Q 2019 (TVTY)," *Factiva* , Apr. 24, 2019
(24) "Press Release: Tivity Health to Issue First Quarter 2019 Financial Results After Market Close on May 8," *Factiva* , Apr. 24, 2019
(25) "TIVITY HEALTH INVESTIGATION INITIATED BY FORMER LOUISIANA ATTORNEY GENERAL: Kahn Swick & Foti, LLC Investigates the Officers and Directors of Tivity Health, Inc. - TVTY," *PR Newswire* , Apr. 26, 2019
(26) "Press Release: TIVITY HEALTH INVESTIGATION INITIATED BY FORMER LOUISIANA ATTORNEY GENERAL: Kahn Swick & Foti, LLC Investigates the Officers and Directors of Tivity Health, Inc. - TVTY," *Factiva* , Apr. 27, 2019
(27) "SilverSneakers by Tivity Health Calls for 2019 Richard L. Swanson Inspiration Award Nominations; Award Honors Individuals Who Inspire Others to Live a Healthy and Fulfilling Life With Purpose, Physical Activity and Social Connections," *PR Newswire* , May 1, 2019
(28) "Tivity Health Reports First-Quarter 2019 Results; REPORTS REVENUES OF $214.1 MILLION," *PR Newswire* , May 8, 2019
(29) "Press Release: Tivity Health Reports First-Quarter 2019 Results," *Factiva* , May 8, 2019
(30) "Watch This Fitness Stock Flex -- Heard on the Street," *Factiva* , May 10, 2019
(31) "TIVITY HEALTH INVESTIGATION INITIATED by Former Louisiana Attorney General: Kahn Swick & Foti, LLC Investigates the Officers and Directors of Tivity Health, Inc. - TVTY," *Business Wire* , May 10, 2019
(32) "Heard on the Street: Fitness Stock Tivity Appears Set to Flex Watch Fitness Stock Tivity Health Flex -- WSJ," *Factiva* , May 13, 2019
(33) "Tivity Health to Present at the William Blair 39th Annual Growth Stock Conference," *PR Newswire* , May 15, 2019
(34) "Press Release: Tivity Health to Present at the William Blair 39th Annual Growth Stock Conference," *Factiva* , May 15, 2019
(35) "CEO Tramuto Acquires 1,173 Of Tivity Health Inc >TVTY," *Factiva* , May 20, 2019
(36) "Nutrisystem Success Story Lisa Annunziata Loses 120 Pounds and Appears in PEOPLE's "How We Lost 100 Lbs." Feature Story in the June 3rd Issue (on Newsstands Friday, May 24); Mother of Two and Human Resources VP Credits Nutrisystem for Teaching Her Portion Control, Healthy Habits and Taking Her Life Back," *PR Newswire* , May 22, 2019
(37) "Health Care Roundup: Market Talk," *Factiva* , May 24, 2019
(38) "Altaris Seeks a Board Seat at Tivity Health -- Market Talk," *Factiva* , May 24, 2019
(39) "RSM US: The Middle Market Transformative CEO Features Dawn Zier, Former CEO of Nutrisystem and Current President & COO of Tivity Health," *Targeted News Service, May 29, 2019*
(40) "CFO Holland Surrenders 1,008 Of Tivity Health Inc >TVTY," *Factiva* , Jun. 17, 2019
(41) "Nashville startup adds local public company's CEO to board," *Nashville Business Journal* , Jul. 2, 2019
(42) "Officer Flipse Acquires 3,963 Of Tivity Health Inc >TVTY," *Factiva* , Jul. 2, 2019

(43) "SilverSneakers Announces National Inspiration Award Winner; Greensboro, North Carolina resident Lonnie Cathey recognized for helping others improve their well-being, longevity and independence," *PR Newswire* , Jul. 8, 2019
(44) "NASDAQ New 52-Week Highs And Lows -2-," *Factiva* , Jul. 11, 2019
(45) "NASDAQ New 52-Week Highs And Lows -2-," *Factiva* , Jul. 12, 2019
(46) "NASDAQ New 52-Week Highs And Lows -2-," *Factiva* , Jul. 22, 2019
(47) "Tivity Health to Issue Second Quarter 2019 Financial Results After Market Close on August 7," *PR*
(48) "Tivity Health Inc, Inst Holders, 2Q 2019 (TVTY)," *Factiva* , Jul. 23, 2019
(49) "Tivity Health to Issue Second Quarter 2019 Financial Results After Market Close on August 7," *Contify Life Science News* , Jul. 23, 2019
(50) "Press Release: Tivity Health to Issue Second Quarter 2019 Financial Results After Market Close on August 7," *Factiva* , Jul. 23, 2019
(51) "Tivity Health Reports Second-Quarter 2019 Results; REPORTS REVENUES OF $340.4 MILLION," *PR Newswire* , Aug. 7, 2019
(52) "Press Release: Tivity Health Reports Second-Quarter 2019 Results," *Factiva* , Aug. 7, 2019
(53) "Tivity Health, Fastly, Arcosa and Other 13D Filings -- Barrons.com," *Factiva* , Aug. 9, 2019
(54) "13D Filings -- Barron's," *Factiva* , Aug. 10, 2019
(55) "Tivity Health, Fastly, Arcosa and Other 13D Filings," *Barron's Online* , Aug. 10, 2019
(56) "Tivity Health Leads National Strategy to Improve Health of Older Rural Americans; 2019 Connectivity Summit on Rural Aging brings together diverse stakeholders to address social determinants of health's impact on aging," *PR Newswire* , Aug. 14, 2019
(57) "Tivity Health Honors National Council on Aging for Reducing Social Isolation of Rural Older Adults," *Targeted News Service* , Aug. 14, 2019
(58) "Saint Joseph's College of Maine Recognized By Tivity Health for Contributions to Reduce Social Isolation, Improve Health of Older Adults," *Targeted News Service* , Aug. 22, 2019
(59) "Mutual of Omaha to Offer New Healthy Lifestyle Program to Medicare Supplement Customers Nationwide; Program will feature a gym network, digital tools and healthy living discounts through Tivity Health," *Business Wire* , Aug. 27, 2019
(60) "Tivity Health Study Finds Increasing Physical Activity Improves Physical and Mental Health; Longitudinal study surveyed nearly 50,000 SilverSneakers® members over a seven-year period," *PR Newswire* , Sept. 4, 2019
(61) "Tivity Health Study Finds Increasing Physical Activity Improves Physical and Mental Health," *Contify Life Science News* , Sept. 4, 2019
(62) "Press Release: Tivity Health Study Finds Increasing Physical Activity Improves Physical and Mental Health," *Factiva* , Sept. 4, 2019
(63) "Officer Janicak Acquires 6,304 Of Tivity Health Inc >TVTY," *Factiva* , Sept. 16, 2019
(64) "Global Nutrition and Weight Management Products Market to 2023 Featuring Tivity Health, Herbalife Nutrition, WW International, Medifast," *PR Newswire* , Sept. 16, 2019
(65) "Tivity Health to Present at the 2019 Cantor Global Healthcare Conference," *PR Newswire* , Sept. 19, 2019

(66) "Tennessee YMCAs dropping out of Tivity network; 'It was not a price we could make work,' exec says of group's hike request," *Nashville Post* , Sept. 20, 2019
(67) "YMCA to end relationship with SilverSneakers," *Herald-Citizen* , Sept. 28, 2019
(68) "Tivity Health Conference Part Two: The Call for Connection," *Nashville Medical News* , Oct. 2019
(69) "Tivity Health Offers Premium Programming for SilverSneakers Members in 2020; Leading senior fitness program delivers proven benefits for physical and social well-being, *PR Newswire* , Oct. 15, 2019
(70) "Press Release: Tivity Health Offers Premium Programming for SilverSneakers Members in 2020," *Factiva* , Oct. 15, 2019
(71) "BCBS Tennessee drops Tivity's SilverSneakers; Move comes less than month after YMCA announced its exit from fitness program," *Nashville Post* , Oct. 17, 2019
(72) "Tivity Health to Issue Third Quarter 2019 Financial Results After Market Close on November 12 and Participate in Upcoming Investor Conference," *PR Newswire* , Oct. 23, 2019
(73) "Tivity Health Inc, Inst Holders, 3Q 2019 (TVTY)," *Factiva* , Oct. 23, 2019
(74) "Tivity Health to Issue Third Quarter 2019 Financial Results After Market Close on November 12 and Participate in Upcoming Investor Conference," *Contify Life Science News* , Oct. 23, 2019
(75) "Press Release: Tivity Health to Issue Third Quarter 2019 Financial Results After Market Close on November 12 and Participate in Upcoming Investor Conference," *Factiva* , Oct. 23, 2019
(76) "Tivity Health Pilots Program at First Walmart Health to Improve Community Health and Well-Being," *PR Newswire* , Oct. 28, 2019
(77) "Press Release: Tivity Health Pilots Program at First Walmart Health to Improve Community Health and Well-Being," *Factiva* , Oct. 28, 2019
(78) "NY firm aims for class action against SmileDirect; Also: Tivity partnering on Walmart Health venture," *Nashville Post* , Oct. 29, 2019
(79) "Tivity Health Launches Wisely Well to Provide Meals to Seniors; Nutrition program to be offered through health plans and direct to consumer in 2020," *PR Newswire* , Nov. 11, 2019
(80) "Press Release: Tivity Health Launches Wisely Well to Provide Meals to Seniors," *Factiva* , Nov. 11, 2019
(81) "Tivity Health Reports Third-Quarter 2019 Results; REPORTS REVENUES OF $303.9 MILLION," *PR Newswire* , Nov. 12, 2019
(82) "Press Release: Tivity Health Reports Third-Quarter 2019 Results," *Factiva* , Nov. 12, 2019
(83) "Tivity shares rise after Q3 results, other key announcements; SilverSneakers enrollment jumps, execs talk Tennessee partnership issues," *Nashville Post* , Nov. 13, 2019
(84) "UnitedHealthcare Extends Partnership with Tivity Health to Provide SilverSneakers to Medicare Advantage Group Members Through 2022; Agreement confirms commitment to improve the physical and social health of members," *PR Newswire* , Nov. 21, 2019
(85) "Press Release: UnitedHealthcare Extends Partnership with Tivity Health to Provide SilverSneakers to Medicare Advantage Group Members Through 2022," *Factiva* , Nov. 21, 2019
(86) "Tivity Health Announces Organizational Structure; Nutrition leadership team in place to drive successful Diet Season and 2020 strategy," *PR Newswire* , Dec. 10, 2019
(87) "Press Release: Tivity Health Announces Organizational Structure," *Factiva* , Dec. 10, 2019

(88) "Tivity Health Announces Formation of New Scientific Advisory Board," *PR Newswire* , Dec. 16, 2019
(89) "Tivity Health Announces Formation of New Scientific Advisory Board," *Contify Life Science News* , Dec. 16, 2019
(90) "Press Release: Tivity Health Announces Formation of New Scientific Advisory Board," *Factiva* , Dec. 16, 2019
(91) "Press Release: Tivity Health Takes on Senior Social Isolation and Loneliness, A Hidden Health Epidemic," *Factiva* , Dec. 19, 2019
(92) "Tivity Health Takes on Senior Social Isolation and Loneliness, A Hidden Health Epidemic; Aims to raise awareness of senior social isolation and loneliness risk during the holiday season and declares issue a company-wide CSR priority for 2020," *PR Newswire* , Dec. 19, 2019
(93) "Press Release: Tivity Health to Present at the 38th Annual J.P. Morgan Healthcare Conference," *Factiva* , Dec. 19, 2019
(94) "The New Keto-Friendly South Beach Diet 2020; New keto-friendly program enhances the original South Beach Diet with the latest science and is part of a brand re-launch for the iconic South Beach Diet," *PR Newswire* , Dec. 26, 2019
(95) "The New Keto-Friendly South Beach Diet 2020," *The Daily American* , Dec. 26, 2019
(96) "Nutrisystem Launches Innovative Personal Weight Loss Plans for 2020; New Nutrisystem Personal Plans Promote Healthy Weight Loss Matched to Body Type, Food Preferences, and Overall Goals," *PR Newswire* , Dec. 26, 2019
(97) "Press Release: Nutrisystem Launches Innovative Personal Weight Loss Plans for 2020," *Factiva* , Dec. 26, 2019
(98) "Nutrisystem Launches Innovative Personal Weight Loss Plans for 2020," *The Daily American* , Dec. 26, 2019
(99) "Argo Group, Tivity Health, Horizon Global, and Other 13D Filings," *Barron's Online* , Dec. 28,
(100) "Most SmileDirect class action plaintiffs drop case; Also: NY investor goes active on Tivity, *Nashville Post* , Dec. 30, 2019
(101) "Tivity Health Presents New Offerings for SilverSneakers Members in 2020; Leading provider of health improvement solutions for seniors combines fitness programs, nutrition and social engagement to help seniors live their best lives," *PR Newswire* , Dec. 30, 2019
(102) "Press Release: Tivity Health Presents New Offerings for SilverSneakers Members in 2020," *Factiva* , Dec. 30, 2019
(103) "The New Keto-Friendly South Beach Diet Book Available Today; Low-Carb, Good-Fat, High-Protein Program Combines the Time-Tested Fundamentals of the South Beach Diet with the Latest Science of Keto and Low-Carb Diets," *PR Newswire* , Dec. 31, 2019
(104) "U.S. News & World Report Recognizes Nutrisystem and South Beach Diet in Annual Best Diets Rankings," *Menafn.com* , Jan. 2, 2020
(105) "U.S. News & World Report Recognizes Nutrisystem and South Beach Diet in Annual Best Diets Rankings," *PR Newswire* , Jan. 2, 2020
(106) "New York investor goes activist at Franklin-based health care firm," *Nashville Business Journal* , Jan. 2, 2020

(107) "Tivity Health to Ring Nasdaq Stock Market Opening Bell on January 8," *PR Newswire* , Jan. 7, 2020
(108) "Press Release: Tivity Health to Ring Nasdaq Stock Market Opening Bell on January 8," *Factiva* , Jan. 7, 2020
(109) "Tivity fitness program discontinued at Tennessee YMCAs; Nonprofit to offer discounted rates to members affected," *Nashville Post* , Jan. 9, 2020
(110) "Tivity Health Report Calls for Focus on Social Determinants of Health for Older Americans; Report details Connectivity Summit on Rural Aging findings and identifies next steps to improve health conditions for vulnerable seniors," *PR Newswire* , Jan. 16, 2020
(111) "Tivity Health Report Calls for Focus on Social Determinants of Health for Older Americans," *Menafn.com* , Jan. 16, 2020
(112) "Press Release: Tivity Health Report Calls for Focus on Social Determinants of Health for Older Americans," *Factiva* , Jan. 16, 2020
(113) "Tivity Health Provides Fitness Program to Walmart Associates; Under multi-year agreement, 1.5 million associates and their dependents will have access to facilities and resources to improve their health," *PR Newswire* , Jan. 23, 2020
(114) "Tivity Health Inc, Inst Holders, 4Q 2019 (TVTY)," *Factiva* , Jan. 23, 2020
(115) "Tivity Health Provides Fitness Program to Walmart Associates," *Menafn.com* , Jan. 23, 2020
(116) "Tivity Health Provides Fitness Program to Walmart Associates," *Contify Life Science News* , Jan. 23, 2020
(117) "Press Release: Tivity Health Provides Fitness Program to Walmart Associates," *Factiva* , Jan. 23, 2020
(118) "Press Release: Tivity Health Provides Fitness Program to Walmart Associates," *Factiva* , Jan. 24, 2020
(119) "Tivity Health to Issue Fourth Quarter and Full Year 2019 Financial Results After Market Close on February 19," *PR Newswire* , Jan. 29, 2020
(120) "Press Release: Tivity Health to Issue Fourth Quarter and Full Year 2019 Financial Results After Market Close on February 19," *Factiva* , Jan. 29, 2020
(121) "Tivity Health Report Calls for Focus on Social Determinants of Health for Older Americans," *Nashville Medical News* , Feb. 2020
(122) "Feds certify securities class action against Tivity; Lawsuit alleges Franklin-based company misled investors on United relationship," *Nashville Post* , Feb. 3, 2020
(123) "Tivity Health Announces Departure of CEO Donato J. Tramuto and Appoints Healthcare Veteran as Interim CEO; - Director Bob Greczyn Named Interim CEO While Board Conducts Comprehensive Search to Identify Next CEO," *PR Newswire* , Feb. 19, 2020
(124) "Tivity Health Announces Departure of CEO Donato J. Tramuto and Appoints Healthcare Veteran as Interim CEO," *Contify Life Science News* , Feb. 19, 2020
(125) "CEO out amid shakeup at Franklin health care company," *Nashville Business Journal* , Feb. 19, 2020
(126) "Tivity Health Reports Fourth-Quarter And Fiscal Year 2019 Results; REPORTS REVENUES OF APPROXIMATELY $273 MILLION FOR THE QUARTER AND $1.13 BILLION FOR THE YEAR," *PR Newswire* , Feb. 19, 2020

(127) "*Tivity Health Announces Departure Of CEO Donato J. Tramuto And Appoints Healthcare Veteran As Interim CEO >TVTY," *Factiva* , Feb. 19, 2020
(128) "Tivity CEO out; Nutrisystem business needs attention; stock slides after hours," *Nashville Post* , Feb. 19, 2020
(129) "Press Release: Tivity Health Reports Fourth-Quarter And Fiscal Year 2019 Results," *Factiva* , Feb. 19, 2020
(130) "Tivity Health Stock Is Sinking After Downgrades Follow Weak Earnings and Guidance," *Barron's Online* , Feb. 20, 2020
(131) "Tivity Health Shares Sink on 4Q Earnings, CEO Departure >TVTY," *Factiva* , Feb. 20, 2020
(132) "Nutrisystem drags down Tivity performance; Shares fell 35 percent amid CEO ouster, Nutrisystem president resignation," *Nashville Post* , Feb. 20, 2020
(133) "Glancy Prongay & Murray LLP, a Leading National Securities Fraud Law Firm, Announces Investigation of Tivity Health, Inc. (TVTY) on Behalf of Investors," *Business Wire* , Feb. 20, 2020
(134) "Lost Money in Tivity Health, Inc.?; Gibbs Law Group Investigates Potential Securities Law Violations," *Business Wire* , Feb. 20, 2020
(135) "Investor Alert: Kaplan Fox Investigates Tivity Health, Inc.," *PR Newswire* , Feb. 20, 2020
(136) "Press Release: Investor Alert: Kaplan Fox Investigates Tivity Health, Inc.," *Factiva* , Feb. 20, 2020
(137) "NASDAQ New 52-Week Highs And Lows -2-," *Factiva* , Feb. 21, 2020
(138) "*TVTY Alert: Johnson Fistel Launches Investigation Into Tivity Health Following CEO Departure And Fourth Qtr. Results;  Investors Encouraged To Contact Firm >TVTY," *Factiva* , Feb. 21, 2020
(139) "Tivity shares 'in the penalty box' for a while; Analysts cut targets, skeptical about prospects for progress," *Nashville Post* , Feb. 21, 2020
(140) "TVTY Alert: Johnson Fistel Launches Investigation into Tivity Health Following CEO Departure and Fourth Qtr. Results; Investors Encouraged to Contact Firm," *PR Newswire* , Feb. 21, 2020

**Public Filings:**
(1) Nutrisystem, Inc. Form 8-K and accompanying press releases dated March 2, 2015
(2) Nutrisystem, Inc. Form 8-K and accompanying press releases dated February 25, 2016
(3) Nutrisystem, Inc. Form 8-K and accompanying press releases dated February 27, 2017
(4) Nutrisystem, Inc. Form 8-K and accompanying press releases dated February 26, 2018
(5) Tivity Form 8-K and accompanying press releases dated December 10, 2018
(6) Tivity Form 10-K for period ending December 31, 2018
(7) Tivity Form S-4, January 7, 2019
(8) Tivity Form Amended S-4, January 14, 2019
(9) Nutrisystem, Inc. Form 8-K and accompanying press releases dated February 19, 2019
(10) Tivity Form 8-K and accompanying press releases dated March 8, 2019
(11) Tivity Form 8-K and accompanying press releases dated March 18, 2019
(12) Tivity Form 10-Q, March 31, 2019
(13) Tivity Form DEF 14A, April 12, 2019
(14) Tivity Form 8-K and accompanying press releases dated May 8, 2019
(15) Tivity Form 8-KA, May 23, 2019

(16) Tivity Form 8-K (1 of 2) and accompanying press releases dated May 24, 2019
(17) Tivity Form 8-K (2 of 2) and accompanying press releases dated May 24, 2019
(18) Tivity Form 10-Q, June 30, 2019
(19) Tivity Form 8-K (1 of 2) dated August 7, 2019
(20) Tivity Form 8-K (2 of 2) dated August 7, 2019
(21) Tivity Form 10-Q, September 30, 2019
(22) Tivity Form 8-K and accompanying press releases dated November 12, 2019
(23) Tivity Form 8-K and accompanying press releases dated December 9, 2019
(24) Tivity Form 10-K for period ending December 31, 2019
(25) Tivity Form 8-K and accompanying press releases dated February 19, 2020
(26) Tivity Form 8-K and accompanying press releases dated October 19, 2020
(27) Tivity Form 10-Q, March 31, 2022

**Earnings Call Transcripts:**
(1) Tivity Q1 2019 Earnings Call Transcript, May 8, 2019
(2) Tivity Q2 2019 Earnings Call Transcript, August 7, 2019
(3) Tivity Q3 2019 Earnings Call Transcript, November 12, 2019
(4) Tivity Q4 2019 and FY 2019 Earnings Call Transcript, February 19, 2020
(5) Nutrisystem Q1 2018 Earnings Call Transcript, April 30, 2018
(6) JP Morgan Conference Transcript, January 15, 2020

**Articles and Books:**
(1) Eugene Fama, “Random Walks in Stock Market Prices,” *Financial Analysts Journal* , January-February 1995
(2) John Campbell, et al., *The Econometrics of Financial Markets,* 1997
(3) A. Craig MacKinlay, "Event Studies in Economics and Finance," *Journal of Economic Literature* , Vol. 35, No. 1, Mar. 1997
(4) Shannon P. Pratt, *Valuing a Business: The Analysis and Appraisal of Closely Held Companies* , (6th ed., 2022)
(5) Jeffrey M. Wooldridge, *Introductory Econometrics: A Modern Approach* (6th ed. 2016)
(6) “Nutrisystem Announces Fourth Quarter and Full Year 2018 Financial Results,” *Business Wire* , February 19, 2019
(7) Jonathan Eisenberg, *Litigating Securities Class Actions* (Vol. 1 2020)
(8) “Tivity Health Announces Sale of Nutrition Business,” *PR Newswire* , October 19, 2020
(9) “Piper Jaffray and Sandler O’Neill Complete Merger to Become Piper Sandler Companies,” *Business Wire* , January 6, 2020
(10) “Stone Point Capital Completes Acquisition of Tivity Health,” *PR Newswire* , June 28, 2022

**Case Law and Related Documents:**
(1) *Basic Inc. v. Levinson* , 485 U.S. 224 (1988)
(2) *Dura Pharm, Inc. v. Broudo* , 544 U.S. 336, (2005)
(3) *Halliburton Co. v. Erica P. John Fund, Inc.,* 573 U.S. (2014)

(4) Brief of Financial Economists as Amici Curiae in Support of Respondents, *Halliburton II* , 2014 WL 526436 (U.S. Feb 5, 2014)

**Other:**

(1) "S&P SmallCap 600," S&P Dow Jones Indices, https://www.spglobal.com/spdji/en/indices/equity/sp-600/#overview
(2) "Dow Jones U.S. Select Health Care Providers Index," S&P Dow Jones Indices, https://www.spglobal.com/spdji/en/indices/equity/dow-jones-us-select-health-care-providers-index/#overview
(3) 15 U.S.C. § 78u-4 (2011)
(4) Bloomberg LP
(5) S&P Capital IQ
(6) Refinitiv
(7) Tivity Health and Nutrisystem Factsheet dated December 11, 2018
(8) SEC filings

# Appendix C

## Per-Share Estimate of the Impact of Tivity's FY20 Healthcare Guidance

1. In the February 2020 Disclosure, Tivity provided its FY20 guidance for the Healthcare segment, which included an EBITDA margin compression of approximately 190 basis points (relative to its FY19 guidance) as set forth in the following table.[1, 2]

---

1 Tivity Form 8-K filed February 19, 2020, p. 3. Tivity expected margins to compress by approximately 190 basis points next year due to pricing pressures. *See also*, Tivity Earnings Call Transcript dated February 19, 2020 and Credit Suisse, "When It Rains, It Pours," February 19, 2020, p. 3 ("The EBITDA margin pressure expected in Healthcare segment in 2020 is driven by the Y/Y increase in the company's visit costs at the fitness centers for both SilverSneakers business and Prime networks due to a combination of higher contractual rates and expansion into some higher cost markets in 2020. Management noted that this level of increase is more significant compared to prior years, the company was able to secure multiyear agreements with 4 of its large national partners, which the company believes should help curtail the overall impact of rate increases beyond 2020 as these four partners collectively make up over 20% of its entire fitness network.")

2 Securities analysts generally found the FY20 revenue guidance for the Healthcare segment to be in-line and emphasized the unexpected margin compression. *See, e.g.*, Piper Sandler, "Q4 2019: Crisis in Nashville," February 20, 2020, p. 1 ("Healthcare reported an in-line Q4, but 2020 guide shows signs of pressure. 2020 revenue guidance of $683-695M bracketed PSC/ consensus estimates but adj EBITDA guidance implies margins decline ~190 bps y/y due to visit cost pressure."); SunTrust, "Nutrition Challenges Continue - Downgrading To Hold, Cutting Estimates And Target," February 20, 2020, p. 1 ("Importantly, Tivity also provided 2020 guidance which outlined further expected deterioration in Nutrition and roughly flattish adjusted EBITDA expectations in Healthcare despite solid expected revenue growth."); William Blair, "CEO Departure Signals Botched Strategy for Nutrition Acquisition; Downgrading to Market Perform," February 20, 2020, p. 1 ("The healthcare segment also expects some modest margin compression in 2020 due to higher fitness center fees, but—again—the key driver of weakness is the nutrition segment."); Credit Suisse, "When It Rains, It Pours," February 19, 2020, p. 1 ("Specifically, the revenue guidance for Healthcare came in at $683-$695 mln (vs CSe/Cons: $684/$684 mln)"); Jefferies, "Downgrade to Hold: Too Many Uncertainties," February 19, 2020, p. 1 ("... and on the Healthcare Segment. The 9% revenue growth guidance is adequate, albeit a little below the previous outlook of HSD-LDD. The key issue here is that margins are expected to be down nearly 200bps this year vs a modest increase in our previous model."); Cantor Fitzgerald, "Not Much ProducTIVITY Here; Downgrading to Neutral and Lowering Price Target," February 20, 2020, p. 1 ("Healthcare EBITDA guidance appears soft as well. Healthcare segment revenue is expected to grow by about 9% compared with our previous estimate of 10%. However, the company indicates that provider network costs have increased, which will affect profitability.")

# Appendix C

**Table C-1. Comparison of FY19 Guidance and FY20 Guidance for the Healthcare Segment**

| Healthcare | FY19 Guidance[3] | FY20 Guidance[4] | Margin Compression |
|---|---|---|---|
| Revenue (in mil) | $ 627.5 | $ 689.0 | |
| Adjusted EBITDA (in mil) | $ 141.5 | $ 142.5 | |
| Adjusted EBITDA Margin | 22.55% | 20.68% | -1.87% |

2. Multiplying the EBITDA margin compression of approximately 1.9 percent by revenue guidance of $689 million results in an impact of approximately $13.1 million for FY20 expected EBITDA.[5] Adjusting the expected EBITDA impact by Tivity's expected tax rate of 26.5 percent implies an after-tax impact of approximately $9.6 million, or approximately $0.20 per share in FY20, as set forth in the following table.[6]

---

3 Tivity Form 8-K filed November 12, 2019, p. 3. Tivity reported FY19 revenue guidance between $625 million and $630 million, and FY19 adjusted EBITDA guidance between $140 million and $143 million. The midpoints of the guidance ranges are used to assess the impact of the lower-than-expected adjusted EBITDA margins.

4 Tivity Form 8-K filed February 19, 2020, p. 3. Tivity reported FY20 revenue guidance between $683 million and $695 million, and FY20 adjusted EBITDA guidance between $140 million and $145 million. The midpoints of the guidance ranges are used to assess the impact of the lower-than-expected adjusted EBITDA margins.

5 I also reviewed securities analysts' estimates for the Healthcare segment in FY20 and found that only Credit Suisse provided adjusted EBITDA estimates by segment. Credit Suisse's expected FY20 Healthcare EBITDA before the February 2020 Disclosure was $156.1 million, which was slightly higher than Tivity's FY20 midpoint revenue guidance at previous EBITDA margins ($689 million × 22.6% = $155.4 million). After the February 2020 Disclosure, Credit Suisse's FY20 EBITDA estimate for Tivity ($200 million) was also higher than Tivity's FY20 midpoint EBITDA guidance ($197.5 million). *See* Tivity Form 8-K filed February 19, 2020, p. 3 and Credit Suisse, "When It Rains, It Pours," February 19, 2020, pp. 1 and 3, and Credit Suisse, "Q&A Our Way: In Search of Nutritional Growth," February 21, 2020, p. 1.

6 Amounts subject to rounding. Tivity provided guidance for an effective tax rate for FY20 between 26 percent and 27 percent. The midpoint of the effective tax rate guidance range is used. *See* Tivity Form 8-K filed February 19, 2020, p. 3.

**Table C-2. Per-Share Earnings Impact of FY20 Healthcare Segment Margin Compression**

| **Healthcare** | |
|---|---|
| FY20 Guidance Revenue (in mil) | $ 689.0 |
| Change in EBITDA Margin | -1.9% |
| FY20 EBITDA Impact (in mil) | $ 13.1 |
| × (1-Tax Rate) | × (1 - 26.5%) |
| FY20 After-Tax EBITDA Impact (in mil) | -$ 9.6 |
| / Number of Shares Outstanding (in mil)[7] | 48.4 |
| FY20 Earnings Per Share Impact[8] | -$ 0.20 |

3. This suggests that the revelation of expected margin compression in the Healthcare segment would have been expected to reduce shareholder value by approximately $0.20 per share over the course of FY20.

4. Tivity attributed the expected FY20 margin compression to higher fitness partner visit costs in its Healthcare segment "due to a combination of higher contractual rates and expansion into some higher cost markets into 2020."[9] Management noted, however, that it was able to secure multiyear agreements with four of its large national partners, which was expected to "help curtail the overall impact of rate increases beyond 2020 as these [four] partners collectively make up over 20% of [its] entire fitness network."[10] While Tivity referred to efforts to address the pricing pressure, the company did not provide an estimate as to when the Healthcare segment margin compression could be expected to remediate.[11] At the upper bound, the total impact of Healthcare

7 Based on 48,433,780 shares outstanding as of February 20, 2020. Tivity Form 10-K filed February 27, 2020, p. 2.

8 Amount rounded to the nearest penny.

9 Tivity FY 2019 Earnings Call Transcript, February 19, 2020.

10 Tivity FY 2019 Earnings Call Transcript, February 19, 2020.

11 Tivity FY 2019 Earnings Call Transcript, February 19, 2020 ("One of the advantages of having 18,000 [partner locations] is that you have some gyms that are higher cost, and you have some gyms that are lower cost. And over time, sometimes you can shift membership to lower cost gyms with marketing and other tools we have, but it's not a quick process. So it's something we're focused on. But there are usually no quick remedies.")

**Appendix C**

segment margin compression may be estimated by assuming that the margin compression would continue into perpetuity.

5. The relationship between Tivity's expected FY20 earnings and its share price may be observed directly by examining the stock's forward price-to-earnings ("P/E") ratios.

$$Unremediated\ Impact = \frac{P}{E_1} \times FY20\ Impact$$

| | | |
|---|---|---|
| where | $P$ | equals price of Tivity's stock, |
| | $E_1$ | equals next year's (FY20) expected earnings, and |
| | $FY20\ Impact$ | equals the per-share after-tax impact for FY20. |

6. Comparing contemporaneous estimates of Tivity's FY20 earnings, as published by covering analysts, to Tivity's share price before and after the February 2020 Disclosure, one may observe the implied forward P/E multiples, as set forth in the table below.

**Appendix C**

**Table C-3. Tivity Implied Forward FY20 P/E Multiples[12]**

| | February 19, 2020: $22.93 per share | | February 20, 2020: $12.50 per share | |
|---|---|---|---|---|
| **Analyst** | **EPS** | **Implied P/E** | **EPS** | **Implied P/E** |
| SunTrust Robinson Humphrey | $2.30 | **10.0** | $1.22 | **10.2** |
| Craig-Hallum | 1.83 | **12.5** | 0.85 | **14.7** |
| Jefferies | 2.21 | **10.4** | 1.30 | **9.6** |
| Credit Suisse | 2.20 | **10.4** | 1.35 | **9.3** |
| Piper Sandler | 2.15 | **10.7** | 1.40 | **8.9** |
| William Blair | 1.97 | **11.6** | 0.96 | **13.0** |
| Cantor Fitzgerald | 2.32 | **9.9** | 1.50 | **8.3** |
| Barrington Research | 1.90 | **12.1** | 1.10 | **11.4** |
| **Average** | $2.11 | **10.9** | $1.21 | **10.3** |
| **Median** | $2.18 | **10.5** | $1.26 | **9.9** |

12 Implied forward P/E equals closing share price divided by the FY20 EPS estimate. The closing share prices on February 19, 2020 and February 20, 2020 are $22.93 and $12.50, respectively. *See* SunTrust Robinson Humphrey, "Nutrition Challenges Continue - Downgrading To Hold, Cutting Estimates And Target," February 20, 2020, p. 1; Craig-Hallum, "Weak 2020 Guidance Driven By Retail Segment Weakness. Downgrading From BUY To HOLD In View Of Lower Estimates And Management Turnover. Reducing Price Target To $18," February 20. 2020, p. 1; Jefferies, "Downgrade to Hold: Too Many Uncertainties," February 19, 2020, p. 2; Credit Suisse, "When It Rains, It Pours," February 19, 2020, p. 1; Credit Suisse, "Q&A Our Way: In Search of Nutritional Growth," February 21, 2020, p. 1; Piper Sandler, "Q4 2019: Crisis in Nashville," February 20, 2020, p. 1; William Blair, "CEO Departure Signals Botched Strategy for Nutrition Acquisition; Downgrading to Market Perform," February 20, 2020, p. 4; Cantor Fitzgerald, "Increasing Confidence for Nutrition Segment; Fine-tuning Estimates and PT; Overweight," January 21, 2020, p. 3; Cantor Fitzgerald, "Not Much ProducTIVITY Here; Downgrading to Neutral and Lowering Price Target, February 20, 2020, p. 1, 4; Barrington Research, "Best Ideas 2020: Tivity Health (TVTY) – Healthcare is Solid; Nutrition Outlook is Shakier, but Stabilization Would Drive Material Recovery in Sentiment," January 7, 2020, p. 1, 2; Barrington Research, "Q4 Results, FY/20 Guidance Disappoint; CEO Terminated; Nutrition Business Still a Mess; No Quick Fixes; Reducing PT to $24 from $38," February 20, 2020, p. 6.

**Appendix C**

7. On February 19, 2020 (the day immediately prior to impact from the February 2020 Disclosure), the average and median forward P/E multiples were 10.9x and 10.5x, respectively; on February 20, 2020 (the day following the February 2020 Disclosure), the average and median forward P/E multiples were 10.3x and 9.9x, respectively. This indicates that the decline in Tivity's share price was roughly proportional to the decline in expected FY20 earnings, which suggests that the forward P/E multiples were relatively stable before and after the February 2020 Disclosure.[13]

8. The above forward P/E multiples suggest that the impact of a permanent change to Tivity's expected earnings (such as assuming the Healthcare segment margin compression would remain unremediated into perpetuity) would be no greater than 11x the single year expected impact in FY20.[14] The unremediated impact of margin compression in the Healthcare segment is thus equal to *no more* than \$2.20, as set forth in the table below.[15]

---

[13] The decline in share price (approximately 45 percent) was slightly greater that the average decline in FY20 EPS estimates (approximately 43 percent), which resulted in a slight forward P/E multiple compression.

[14] I found that Cantor Fitzgerald also provided a cost of equity of 12.2 percent and a growth rate of 2.0 percent both prior to and after the February 2020 Disclosure. The Gordon Growth Model ("GGM") can be used to value a perpetual cash flow stream using the following formula: $P = D_1/(r-g)$ where $D_1$ equals the value of next year's cash flow (or $D_0 \times (1+g)$) equals the discount rate commensurate with the riskiness of the cash flow, and $g$ equals the constant growth rate of the cash flow expected into perpetuity. The implied forward P/E multiple can be re-expressed as $P/E = (1+g)/(r-g)$. The valuation inputs from Cantor Fitzgerald would imply a forward P/E multiple of 10x. *See* Cantor Fitzgerald, "Increasing Confidence for Nutrition Segment; Fine-tuning Estimates and PT; Overweight," January 21, 2020, p. 6 and Cantor Fitzgerald, "Not Much ProducTIVITY Here; Downgrading to Neutral and Lowering Price Target," February 20, 2020, p. 7. *See also,* Pratt, Shannon, P., *Valuing a Business: The Analysis and Appraisal of Closely Held Companies*, (6th ed., 2022), p. 187.

[15] I understand that Tivity prepared a fair value assessment of its Healthcare segment and Nutrition segment to assess whether any asset impairments needed to be recognized in Q4 2019. *See e.g.*, Deposition Transcript of Brandon DiStefano on November 29, 2022 ("DiStefano Tr.") 26:7-17; 111:4-10, and DiStefano Deposition Exhibit 420B. An impairment loss is recognized as the amount by which the carrying value, or book value, of an asset exceeds its fair value. Book value is generally based on an asset's historical cost, as opposed to its current economic value. *See* Pratt, Shannon, P., *Valuing a Business: The Analysis and Appraisal of Closely Held Companies*, (6th ed., 2022), pp. 362-363 and 1080-82.

**Appendix C**

**Table C-4. Per-Share Impact of Unremediated FY20 Healthcare Segment Margin Compression**

| Healthcare | |
|---|---|
| FY20 After-Tax Per-Share EBITDA Impact | -$ 0.20 |
| × Forward P/E Multiple | 11.0x |
| Unremediated After-Tax Per-Share EBITDA Impact | -$ 2.20 |

9. Based on this analysis, it is my opinion that the revelation of expected margin compression in Tivity's Healthcare segment had a negative impact on Tivity's share price of *no more* than $2.20 on February 20, 2020.

**Exhibit 1**
**Robert Strougo, *et al* . vs Tivity Health, Inc. *et al* .**
**Summary of Abnormal Share Price Returns**

| | **December 9, 2019** | **February 20, 2020** |
|---|---|---|
| **Parameter Estimates:** | | |
| S&P SmallCap Total Return Index | 0.664*** | 0.664*** |
| Dow Joes U.S. Select Health Care Providers Total Return Index | 0.608*** | 0.608*** |
| Constant (Intercept) | 0.000 | 0.000 |
| **Benchmark Log Returns:** | | |
| S&P SmallCap Total Return Index | (0.28%) | 0.49% |
| Dow Joes U.S. Select Health Care Providers Total Return Index | (1.20%) | (1.09%) |
| **Abnormal Return Calculation:** | | |
| Predicted Log Return for TVTY | (0.91%) | (0.33%) |
| Actual Log Return for TVTY | (11.26%) | (60.67%) |
| Abnormal Log Return for TVTY | (10.35%) | (60.34%) |
| Predicted Nominal Return for TVTY | (0.82%) | (0.18%) |
| Actual Nominal Return for TVTY | (10.64%) | (45.49%) |
| Abnormal Nominal Return for TVTY | (9.83%) | (45.31%) |
| TVTY Previous Day Closing Price ($USD) | $22.64 | $22.93 |
| **Per Share Abnormal Return** | **($2.23)*** ** | **($10.39)*** ** |

**Sources and notes:**
Share prices, adjusted share prices, and index data provided by Bloomberg, L.P.
Asterisks next to abnormal returns represent significance levels based on a two-tailed test: * p<0.10, ** p<0.05, *** p<0.01.
Estimation window between March 8, 2019 and February 19, 2020. For each trading day in the Class Period, I use an estimation window consisting of all trading days in the Class Period other than the one predicted. I also include indicator variables that have a value of one on earnings days and Ms. Zier's termination and zero on all other days.

**Exhibit 2**
**Robert Strougo, *et al*. vs Tivity Health, Inc. *et al*.**
**Revisions to Price Targets Following the February 2020 Disclosure**

| Analyst | Price Target Initial | Price Target Revised | Price Target % Change | Source |
|---|---|---|---|---|
| SunTrust Robinson Humphrey | $25 | $15 | (40%) | (1) |
| Craig-Hallum | 30 | 18 | (40%) | (2) |
| Jefferies | 28 | 16 | (43%) | (3) |
| Credit Suisse | 22 | 14 | (36%) | (4) |
| Piper Sandler | 25 | 15 | (40%) | (5) |
| Cantor Fitzgerald | 40 | 17 | (58%) | (6) |
| Barrington Research | 38 | 24 | (37%) | (7) |
| **Average % Change** | | | **(42%)** | |

**Sources:**

(1) SunTrust, "Nutrition Challenges Continue - Downgrading To Hold, Cutting Estimates And Target," February 20, 2020, p. 1.

(2) Craig Hallum, "Weak 2020 Guidance Driven By Retail Segment Weakness. Downgrading From BUY To HOLD In View Of Lower Estimates And Management Turnover. Reducing Price Target To $18," February 20, 2020, p. 1.

(3) Jefferies, "Downgrade to Hold: Too Many Uncertainties," February 19, 2020, p. 1.

(4) Credit Suisse, "Q&A Our Way: In Search of Nutritional Growth," February 21, 2020, p. 1.

(5) Piper Sandler, "Q4 2019: Crisis in Nashville," February 20, 2020, p. 1.

(6) Cantor Fitzgerald, "Not Much ProducTIVITY Here; Downgrading to Neutral and Lowering Price Target," February 20, 2020, p. 1.

(7) Barrington Research, "Q4 Results, FY/20 Guidance Disappoint; CEO Terminated; Nutrition Business Still a Mess; No Quick Fixes; Reducing PT to $24 from $38," February 20, 2020, p. 1.

**Exhibit 3**
**Robert Strougo, *et al* . vs Tivity Health, Inc. *et al* .**
**Revisions to EPS Forecasts Following the February 2020 Disclosure**

| | EPS Forecast for FY20 | | | |
|---|---|---|---|---|
| **Analyst** | **Initial** | **Revised** | **% Change** | **Source** |
| SunTrust Robinson Humphrey | $2.30 | $1.22 | (47%) | (1) |
| Craig-Hallum | 1.83 | 0.85 | (54%) | (2) |
| Jefferies | 2.21 | 1.30 | (41%) | (3) |
| Credit Suisse | 2.20 | 1.35 | (39%) | (4) |
| Piper Sandler | 2.15 | 1.40 | (35%) | (5) |
| William Blair | 1.97 | 0.96 | (51%) | (6) |
| Cantor Fitzgerald | 2.32 | 1.50 | (35%) | (7) |
| Barrington Research | 1.90 | 1.10 | (42%) | (8) |
| **Average % Change** | | | **(43%)** | |

**Sources:**
(1) SunTrust, "Nutrition Challenges Continue - Downgrading To Hold, Cutting Estimates And Target," February 20, 2020, p. 1.
(2) Craig Hallum, "Weak 2020 Guidance Driven By Retail Segment Weakness. Downgrading From BUY To HOLD In View Of Lower Estimates And Management Turnover. Reducing Price Target To $18," February 20, 2020, p. 1.
(3) Jefferies, "Downgrade to Hold: Too Many Uncertainties," February 19, 2020, p. 1.
(4) Credit Suisse, "Q&A Our Way: In Search of Nutritional Growth," February 21, 2020, p. 1.
(5) Piper Sandler, "Q4 2019: Crisis in Nashville," February 20, 2020, p. 1.
(6) Cantor Fitzgerald, "Not Much ProducTIVITY Here; Downgrading to Neutral and Lowering Price Target," February 20, 2020, p. 1.
(7) Barrington Research, "Best Ideas 2020: Tivity Health (TVTY) – Healthcare is Solid; Nutrition Outlook is Shakier, but Stabilization Would Drive Material Recovery in Sentiment," January 7, 2020, p. 1; Barrington Research, "Q4 Results, FY/20 Guidance Disappoint; CEO Terminated; Nutrition Business Still a Mess; No Quick Fixes; Reducing PT to $24 from $38," February 20, 2020, p. 1.
(8) William Blair, "CEO Departure Signals Botched Strategy for Nutrition Acquisition; Downgrading to Market Perform," February 20, 2020, p. 4.

**Exhibit 4**
**Robert Strougo, *et al* . vs Tivity Health, Inc. *et al* .**
**90-Day Lookback Period**

| Calendar Day | Trade Day | Date | Price | Average Price |
|---|---|---|---|---|
| 1 | 1 | 2/20/2020 | $ 12.50 | $ 12.50 |
| 2 | 2 | 2/21/2020 | 12.00 | 12.25 |
| 5 | 3 | 2/24/2020 | 13.01 | 12.50 |
| 6 | 4 | 2/25/2020 | 13.36 | 12.72 |
| 7 | 5 | 2/26/2020 | 12.14 | 12.60 |
| 8 | 6 | 2/27/2020 | 12.01 | 12.50 |
| 9 | 7 | 2/28/2020 | 12.67 | 12.53 |
| 12 | 8 | 3/2/2020 | 13.30 | 12.62 |
| 13 | 9 | 3/3/2020 | 11.86 | 12.54 |
| 14 | 10 | 3/4/2020 | 12.00 | 12.49 |
| 15 | 11 | 3/5/2020 | 11.63 | 12.41 |
| 16 | 12 | 3/6/2020 | 10.91 | 12.28 |
| 19 | 13 | 3/9/2020 | 8.89 | 12.02 |
| 20 | 14 | 3/10/2020 | 9.00 | 11.81 |
| 21 | 15 | 3/11/2020 | 7.90 | 11.55 |
| 22 | 16 | 3/12/2020 | 4.93 | 11.13 |
| 23 | 17 | 3/13/2020 | 4.36 | 10.73 |
| 26 | 18 | 3/16/2020 | 3.16 | 10.31 |
| 27 | 19 | 3/17/2020 | 3.16 | 9.94 |
| 28 | 20 | 3/18/2020 | 2.68 | 9.57 |
| 29 | 21 | 3/19/2020 | 3.09 | 9.26 |
| 30 | 22 | 3/20/2020 | 3.84 | 9.02 |
| 33 | 23 | 3/23/2020 | 4.32 | 8.81 |
| 34 | 24 | 3/24/2020 | 5.71 | 8.68 |
| 35 | 25 | 3/25/2020 | 7.20 | 8.63 |
| 36 | 26 | 3/26/2020 | 6.89 | 8.56 |
| 37 | 27 | 3/27/2020 | 7.07 | 8.50 |
| 40 | 28 | 3/30/2020 | 6.43 | 8.43 |

**Exhibit 4**
**Robert Strougo, *et al* . vs Tivity Health, Inc. *et al* .**
**90-Day Lookback Period**

| Calendar Day | Trade Day | Date | Price | Average Price |
|---|---|---|---|---|
| 41 | 29 | 3/31/2020 | 6.29 | 8.36 |
| 42 | 30 | 4/1/2020 | 5.27 | 8.25 |
| 43 | 31 | 4/2/2020 | 5.11 | 8.15 |
| 44 | 32 | 4/3/2020 | 4.73 | 8.04 |
| 47 | 33 | 4/6/2020 | 5.37 | 7.96 |
| 48 | 34 | 4/7/2020 | 5.62 | 7.89 |
| 49 | 35 | 4/8/2020 | 6.25 | 7.85 |
| 50 | 36 | 4/9/2020 | 6.50 | 7.81 |
| 54 | 37 | 4/13/2020 | 6.40 | 7.77 |
| 55 | 38 | 4/14/2020 | 6.78 | 7.75 |
| 56 | 39 | 4/15/2020 | 6.39 | 7.71 |
| 57 | 40 | 4/16/2020 | 6.23 | 7.67 |
| 58 | 41 | 4/17/2020 | 6.74 | 7.65 |
| 61 | 42 | 4/20/2020 | 6.79 | 7.63 |
| 62 | 43 | 4/21/2020 | 6.75 | 7.61 |
| 63 | 44 | 4/22/2020 | 6.83 | 7.59 |
| 64 | 45 | 4/23/2020 | 7.33 | 7.59 |
| 65 | 46 | 4/24/2020 | 7.16 | 7.58 |
| 68 | 47 | 4/27/2020 | 7.65 | 7.58 |
| 69 | 48 | 4/28/2020 | 8.08 | 7.59 |
| 70 | 49 | 4/29/2020 | 9.48 | 7.63 |
| 71 | 50 | 4/30/2020 | 8.97 | 7.65 |
| 72 | 51 | 5/1/2020 | 9.09 | 7.68 |
| 75 | 52 | 5/4/2020 | 8.44 | 7.70 |
| 76 | 53 | 5/5/2020 | 9.65 | 7.73 |
| 77 | 54 | 5/6/2020 | 9.82 | 7.77 |
| 78 | 55 | 5/7/2020 | 11.36 | 7.84 |
| 79 | 56 | 5/8/2020 | 10.25 | 7.88 |


Case 3:20-cv-00165 Document 362 Filed 05/02/25 Page 105 of 106 PageID #: 10922

**Exhibit 4**
**Robert Strougo, *et al* . vs Tivity Health, Inc. *et al* .**
**90-Day Lookback Period**

| Calendar Day | Trade Day | Date | Price | Average Price |
|---|---|---|---|---|
| 82 | 57 | 5/11/2020 | 9.37 | 7.91 |
| 83 | 58 | 5/12/2020 | 9.99 | 7.94 |
| 84 | 59 | 5/13/2020 | 8.50 | 7.95 |
| 85 | 60 | 5/14/2020 | 8.69 | 7.96 |
| 86 | 61 | 5/15/2020 | 8.65 | 7.98 |
| 89 | 62 | 5/18/2020 | 9.69 | 8.00 |
| 90 | 63 | 5/19/2020 | 9.16 | 8.02 |

**Sources and notes:**
TVTY share prices provided by Bloomberg, L.P.