UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ROBERT STROUGO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TIVITY HEALTH, INC., et al.,<br><br>Defendants. | Civil Action No. 3:20-cv-00165 |

## ORDER

This matter is before the Court on Plaintiff's motion for approval of the Plan of Allocation of settlement proceeds. (Doc No. 449). Having considered the entire record, the Court rules as follows:

1. For purposes of this Order, the terms used herein shall have the same meanings as set forth in the Stipulation of Settlement. ("Stipulation"). (Doc. No. 445).

2. Pursuant to and in compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all Persons and entities who are Class Members and who could be identified with reasonable effort, advising them of the Plan of Allocation and of their right to object, as such a full and fair opportunity was accorded to all Persons and entities who are Class Members to be heard with respect to the Plan of Allocation. There have been no objections to the Plan of Allocation. No persons or Class Members appeared at the hearing on November 12, 2025 for final approval of the settlement.

3. The Court hereby finds and concludes that the formulas for the calculation of the claims of Authorized Claimants that is set forth in the Notice of Proposed Settlement of Class Action ("Notice") made available to Class Members provides a fair and reasonable basis to allocate the proceeds of the Net Settlement Fund, established by the Stipulation, among Class Members, with due consideration to administrative convenience and necessity.

4. This Court hereby finds and concludes that the Plan of Allocation is, fair, reasonable and adequate, and the Court hereby approves the Plan of Allocation.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE